UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| **Jane DOE**, <br><br> Petitioner/Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM**, Secretary of the U.S. Department of Homeland Security, in her Official capacity; **THERESA MESSIER**, Superintendent, Chittenden Regional Correctional Facility, in her official capacity, <br><br> Respondents/Defendants. | Case No. 2:25-cv-00240-CR |

## INDEX OF EXHIBITS

| | |
|---|---|
| **A** | Letter from Dr. Leond Peshkin, Harvard Medical School, dated February 23, 2025 |
| **B** | Letter from Dr. Geneviève Almouzni, PhD, Centre de Recherche, dated February 20, 2025 |
| **C** | Partially Completed Notcie and Order of Expedited Removal, Form I-860, dated February 16, 2025 |
| **D** | ICE Detainee Locator Page, dated February 22, 2025 |
| **E** | Email Correspondence between Gregory Romanovsky and Chief CBP Officer, Boston Logan Airport, dated February 21, 2025 |
| **F** | Email Correspondence between Gregory Romanovsky and David W. Johnston, dated February 20-21, 2025 |
| **G** | Request for Release submitted to U.S. Immigration and Customs Enforcement, dated February 2, 2025 |
| **H** | Request for Expedited Adjudication of Credible Fear Interview submitted to Newark Asylum Office, dated February 21, 2025 |