# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| **Jane DOE,** )<br><br>    Petitioner-Plaintiff, )<br><br>v. )<br><br>**U.S. DEPARTMENT OF HOMELAND** )<br>**SECURITY; KRISTI NOEM,** Secretary of the )<br>U.S. Department of Homeland Security, in her )<br>Official capacity; **THERESA MESSIER,** )<br>Superintendent, Chittenden Regional Correctional )<br>Facility, in her official capacity, )<br><br>    Respondents-Defendants. ) | Case No. 2:25-cv-00240-CR<br><br>**[PROPOSED]**<br>**ORDER TO SHOW CAUSE** |

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243 and 8 U.SC. § 1252(e) and Petitioner's Petition for Writ of Habeas Corpus and Complaint for Delcaratory and Injunctive Relief (Dkt. No. 1), IT IS HEREBY ORDERED that:

1.    Respondents-Defendants shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by March 5, 2025;

2.    Petitioner shall have an opportunity to file a reply by March 12, 2025;

3.    This matter shall be heard by this Court as expeditiously as possible thereafter; and

4.    Service of this Order shall be made by Petitioner-Plaintiff by electronic mail on: Jeffrey Hartman. Trial Attorney, Office of Immigration Litigation, U.S. Department of Justice. P.O. Box 868, Ben Franklin Station, Washington, D.C. 20044, Jeffrey.M.Hartman@usdoj.gov

by 5:00pm on March 5, 2025 and shall constitute good and sufficient service.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE CHRISTINA REISS