UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil No. 2:25-CV-240 |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, KRISTI NOEM, ) | |
| THERESA MESSIER, ) | |
| ) | |
| Respondents. ) | |

## ORDER ON LIFTING OF RULE 5.2(C) RESTRICTIONS

The court has received media requests to modify the Federal Rule of Civil Procedure 5.2(c) restrictions on the docket in the above-captioned matter to allow nonparties to access case filings remotely through PACER. The court hereby ORDERS any party who wishes to object to this request to file an objection on or before May 14th, 2025.

SO ORDERED.

Dated at Burlington, in the District of Vermont this 8th day of May, 2025.

Christina Reiss
Chief Judge