REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Kseniia Petrova

     v.                                                                    Case No. 2:25-cv-240

U.S. Department of Homeland Security,
Kristi Noem, Theresa Messier


TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Wednesday, May 28, 2025 in Burlington, Vermont, before Honorable Christina Reiss, Chief District Judge, for a Bail Hearing.

Location: 510                                                     JEFFREY S. EATON, Clerk
                                                                           By: */s/ Lescha Wilder*
                                                                             Deputy Clerk
                                                                             5/21/2025


TO:

Brian S. Green, Esq.
Gregory Romanovsky, Esq.

Jeffrey M. Hartman, Esq.
Matthew J. Greer, AUSA
Debbie H. Stevens, Esq.

Johanna Masse, Court Reporter

Naira Hagopian, Russian Interpreter

ZOOM INFORMATION

Topic: 2:25-cv-240 Petrova v US Dept Of Homeland Security et al
Time: May 28, 2025 10:00 AM Eastern Time (US and Canada)
Join ZoomGov Meeting
https://vtuscourts.zoomgov.com/j/1613849148?pwd=tpInPSru1B9PtKydrPcXRG6fHMwZiP.1

Meeting ID: 161 384 9148
Passcode: 122139

---

One tap mobile
+16692545252,,1613849148# US (San Jose)
+16468287666,,1613849148# US (New York)


*\*\*Pursuant to the Judicial Conference policy governing remote access to hearings, the court may not offer remote public audio access to the portion of the proceeding in which a witness is testifying. In addressing this situation, the court may mute the remote public audio access line while the witness is testifying, or terminate the remote public audio access for the remainder of the hearing.*

*An official transcript of this hearing may be ordered by contacting Court Reporter Johanna Masse at 802-951-8102.*