# EXHIBIT E

# United States Government Memorandum

**To:** Honorable Kayla McClusky
U.S. Magistrate Judge
Western District of Louisiana

**From:** Kristin Vidrine
Supervising U.S. Probation Officer
Western District of Louisiana
Rule 5 Out

**Subject:** PETROVA, Ksensiia
WDLA 3:25-mj-00092
DMA 25-5150-JGD

**Date:** May 14, 2025

---

The above identified defendant was arrested on May 14, 2015, pursuant to a Warrant and Complaint originating in the District of Massachusetts. The Complaint charges Smuggling Goods into the United States, a violation of 18 U.S.C. §545. The government has moved for detention. Further, the Department of Homeland Security, Immigration and Customs Enforcement, has lodged an immigration detainer based on the pendency of ongoing removal proceedings and biometric confirmation of her identity.

Ms. Petrova is a native of Russia. She has no known prior criminal history. Considering the lack of criminal history, she does not pose a danger to the community. However, due to her ties outside of the United States and Immigration status, she poses a risk of nonappearance.

Ms. Petrova is not an acceptable candidate for release at this time.