UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| **KSENIIA PETROVA,**<br><br>  Petitioner,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM**, Secretary of the U.S. Department of Homeland Security, in her official capacity; **THERESA MESSIER**, Superintendent, Chittenden Regional Correctional Facility, in her official capacity,<br><br>  Respondents. | Case No. 2:25-cv-00240-CR<br><br>**PETITIONER'S PROPOSED WITNESS LIST** |

Petitioner Kseniia Petrova respectfully submits the following list of witnesses for the bail hearing scheduled for May 28, 2025:

1. **Dr. Michael D. West (via Zoom)**

Dr. West is a cell and molecular biologist with over 40 years of experience in biological and medical research relating to the biology of embryonic development and aging.

Expected Testimony:

Dr. West will testify regarding (a) the nature and significance of Ms. Petrova's scientific work; and (b) the characteristics of the research samples Ms. Petrova attempted to bring with her into the United States on February 16, 2025.

Supporting Materials:

Declaration and CV submitted concurrently.

2. **Cora Anderson (in person)**

*Research Assistant, Harvard Medical School*

Expected Testimony:

Ms. Anderson, a colleague of Ms. Petrova, will provide testimony regarding Ms. Petrova's character and affirm that Ms. Petrova poses neither a danger to the community nor a flight risk.

Supporting Materials:

Written statement at Dkt. 32-2, pp. 25–26; CV submitted concurrently.

3. **Mariia Diakova (in person)**

Bioinformatics Scientist, Harvard Medical School

Expected Testimony:

Ms. Diakova will likewise testify to Ms. Petrova's professional dedication and strong character and confirm that she poses no danger to the community or risk of flight.

Supporting Materials:

Letter to ICE at Dkt. 32-2, pp. 29–35; CV submitted concurrently.

4. **Dr. Marc Kirschner (in person)**

*Professor of Systems Biology, Harvard Medical School*

Expected Testimony:

Dr. Kirschner, head of the laboratory in which Ms. Petrova conducts her research, will testify regarding her essential contributions to the lab's work and the harm caused by her detention.

Supporting Materials:

CV and lab web page submitted concurrently.

| | |
|---|---|
| Dated: May 28, 2025 | Respectfully submitted, |
| /s/ *Brian Scott Green*<br>Brian Scott Green<br>Law Office of Brian Green<br>9609 S University Boulevard #630084<br>Highlands Ranch, CO 80130<br>(443) 799-4225<br>briangreen@greenusimmigration.com | /s/ *Gregory Romanovsky (pro hac vice)*<br>Gregory Romanovsky<br>Romanovsky Law Offices<br>12 Marshall Street<br>Boston, MA 02108<br>(617) 787-0000<br>gr@romanovskylaw.com |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Proposed Witness List filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  May 28, 2025             By:        / s /  Gregory Romanovsky
                                                                                       Gregory Romanovsky