# EXHIBIT 1

### Declaration of Michael D. West, PhD
### CEO, LifeCraft Sciences, Inc.

My name is Dr. Michael David West. I am a cell and molecular biologist with over 40 years of experience in biological and medical research relating to the biology of embryonic development and aging. I received my PhD at Baylor College of Medicine in the division of Molecular Virology where I was formally trained in virology and epidemiology. While I have participated in academic life as an adjunct Professor at the University of California, Berkeley, the majority of my career has been in the field of drug development in the biotechnology industry. I have founded or managed as CEO five public companies and led the development of numerous therapeutic products including some still in clinical trials and one currently FDA-approved and one marketed under the name RYTELO, for the treatment of myelodysplastic syndrome. I am an author on over 70 peer-reviewed scientific publications, an inventor on over 400 patents and patent applications filed world-wide, and have testified numerous times before the U.S. Congress as an expert in the field of embryonic development and cell-based regenerative therapies.

In preparation of this declaration, I reviewed the Curriculum Vitae of Ms. Kseniia Petrova as well as her peer-reviewed scientific publications. In addition, I carefully reviewed certain protocols used to prepare tissue samples of developing frog (Xenopus) embryos that Ms. Petrova was bringing to Harvard Medical School in February of 2025. To be certain that I was reviewing correct information, I emailed Dr. Anne-Hélene Monsoro-Burq of Institut Curie on Saturday May 24, 2025 and just received a detailed reply today (May 27, 2025).

Based on my training, knowledge, and expertise, in virology and epidemiology, cell biology, and managing pathogen-free containment for human clinical studies, I can affirm with certainty that the complete assortment of samples Ms. Petrova was transporting In February of this year was entirely non-hazardous, noninfectious, non-toxic, non-human histological samples as stated in the letter dated February 20, 2025 by Dr. Geneviève Almouzni. These developing frog samples that were being transported by Ms. Petrova to

Harvard Medical School were, in my opinion, entirely safe and posing no health safety risk of any type to humans, animals, agriculture, or any other known risk to the United States.

The reason this can be stated with certainty is that that there is a plethora of scientific studies demonstrating that the formalin/formaldehyde treatments, together with alcohol dehydration render bacteria, bacterial spores, viruses, or fungi non-viable. By way on nonlimiting example, even relatively resistant bacterial spores are rendered inert by formalin treatment (Vardaxis et al, 1997. Sporicidal activity of chemical and physical tissue fixation methods. *J. Clin. Pathol*. 50: 429-433). All of the samples transported by Ms Petrova in February of 2025 were, according to representations made to me in an email from Dr. Anne-Hélene Monsoro-Burq of Institut Curie, treated in this manner. This is to be expected since this is standard protocol for this type of research. Therefore, put simply, the samples, while derived from living cells, were at the time of transport entirely inert in nature, similar to the way a piece of paper, while derived from plant material, should not be considered a "plant" in a biological context. Similarly, shoe leather, although biological in origin, by the process of tanning is rendered non-viable and paper and leather are not believed to be a possible vector for the transmission of pathogens.

Secondly, I can affirm that Ms. Kseniia Petrova is a scientist with highly-desirable skills for the United States in computer science as it relates to medical research, a field known as bioinformatics. I base this on her Curriculum Vitae and after carefully reviewing her peer-reviewed scientific publications. For example, she is the first author of a paper published in the prestigious scientific journal *Developmental Biology* titled "A Revised Single-Cell Transcriptomic Atlas of Xenopus Embryo Reveals New Differentiation Dynamics," (*Dev Biol* 2024. 511: 76-83). Being first author means that she played the lead role in the paper. In this report, she describes the mapping of molecular pathways that could play a fundamental role in understanding the process of development and tissue regeneration, and novel therapies to address one of the largest challenges facing the United States;

namely, that of chronic age-related degenerative diseases such as heart failure, stroke, arthritis, as well as numerous other devastating human medical conditions.

The laboratory model of Xenopus is a well-established model of development and regeneration research. I am the founder of an electronic database on such pathways produced in collaboration with scientists in Israel called LifeMap Discovery where $7M was expended to begin a mapping project in mice similar to that being undertaken by Ms. Petrova. If Xenopus development and regeneration could be so mapped, it could greatly advance medical research and likely, in my opinion, lead to therapies that could be of enormous benefit to citizens of the United States.

In summary, Ms. Petrova has skills that can easily be identified by researchers in the biological and medical sciences as being of enormous benefit to the United States if it is to continue to lead in the medical sciences. And her transport of fixed, denatured, and inert Xenopus-derived samples posed no conceivable health or safety risk to the United States and should not have been considered "biologicals" in the sense that they were alive or were a vector for a living pathogen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of knowledge and belief.

May 27, 2025

Michael D. West, PhD
CEO
LifeCraft Sciences, Inc.

# MICHAEL DAVID WEST, B.S., M.S., Ph.D.

### CURRICULUM VITAE
### May, 2025

**Summary:**

Dr. West is the CEO of LifeCraft Sciences, Inc. He has focused his career primarily on developing therapeutics targeting human aging. More specifically, his interests are the overlap of aging and regeneration and methods of reprogramming the cells of the human body back to a regenerative state. He received his Ph.D. from Baylor College of Medicine in 1989 concentrating on the biology of cell senescence and the secretome of aged cells (a phenomenon that came to be known as "SASP"). His experience includes being founder/CEO of five publicly-traded companies including being the founder and first CEO of Geron Corporation of Menlo Park, California (Nasdaq: GERN) where he was variously, CEO, Director, and Vice President and initiated and managed programs in telomerase diagnostics, oligonucleotide-based telomerase inhibition as anti-tumor therapy, and the cloning and use of the catalytic component of telomerase (*TERT*) in therapy to rescue cells from senescence. His pioneering work in telomerase inhibition led to the drug RyTelo® (Imetelstat) for the treatment of cancer. From 1995 to 1998 while at Geron he organized and managed the research collaboration between the company and its academic collaborators James Thomson and John Gearhart that led to the first isolation of human embryonic stem and human embryonic germ cells. From 1998 to 2007 he held positions as CEO, President, and Chief Scientific Officer at Advanced Cell Technology, Inc (later renamed Ocata), which was acquired by Astellas Pharma, Inc. At ACT he managed programs in reprogramming developmental aging using somatic cell nuclear transfer, retinal differentiation, and *PureStem™*, a technology for the multiplex derivation and characterization of diverse clonal human embryonic progenitor cell lines. From 2007 to 2018 he was a CEO of Lineage Cell Therapeutics (NYSE American: LCTX) (previously known as BioTime, Inc.) where he led efforts to acquire Geron's stem cell assets initially residing in Asterias Biotherapeutics (NYSE American: AST). During his tenure at Lineage, he led in the development of *OpRegen* for age-related macular degeneration which was eventually licensed to Genentech/Roche. He also led the development of *Renevia*, a matrix for cell transplantation now approved for use in Europe, *OPC-1* for the treatment of spinal cord injury, *VAC-2*, a human ES cell-derived dendritic cell vaccine targeting telomerase in lung cancer, and diverse novel preclinical programs in orthopedics and other applications in regenerative medicine. He founded AgeX Therapeutics (NYSE American: AGE) later merged with Serena Therapeutics (NYSE American: SER), where he led preclinical-stage programs in metabolic and vascular aging as well as technologies for the reversal of the aging of human cells to a youthful regenerative state (induced Tissue Regeneration (iTR)) commonly referred to as "partial reprogramming." He also led allied programs related to cancer. He currently is founder and CEO of LifeCraft Sciences, Inc managing novel preclinical programs targeting aging and cancer.

Dr. West is an author of over 70 peer-reviewed scientific papers with over 3,300 citations, an inventor on over 370 patents and patent applications filed world-wide, lectures widely in scientific and pharmaceutical meetings, and has represented the scientific research and biotechnology industry in numerous Congressional Hearings. He has appeared on numerous television and radio programs, and podcasts including Meet the Press, CNN, CNBC, Fox News, The Oprah Winfrey Show, The Royal Society of London, BBC, Bill Nye, as well as others.

**Personal:**

| | |
|---|---|
| Date and Place of Birth | April 28, 1953; Niles, Michigan |
| Citizenship | U.S.A. |
| Email: reportedlyme@gmail.com | |
| Cell: (415) 755-5281 | |

**Education:**

| | | | |
|---|---|---|---|
| Niles Senior High School; Niles, MI | | | 1971 |
| Rensselaer Polytechnic Institute; Troy, NY | B.S. | Major: Psychology Minor: Management | 1976 |
| Andrews University; Berrien Springs, MI | | M.S.  Biology | 1982 |
| Baylor College of Medicine; Houston, TX | | Ph.D.  Cell Biology (Division of Molecular Virology) | 1989 |
| University of Texas Southwestern Medical Center at Dallas; Dallas, TX | | Postdoc and Med. Student (MSIII) | 1988-1992 |

**Business Experience:**

| | | |
|---|---|---|
| Geron Corporation (Nasdaq: GERN) | Founder, Director, Officer | 1990-1998 |
| Origen Therapeutics, Inc. | Founder, Chairman, | 1997-1999 |
| Advanced Cell Technology, Inc. | Chairman & CEO | 1998-2004 |
| (AKA Ocata Therapeutics, now | | |
| now Astellas Pharma, Inc.) | | |
| (NASDAQ: OCAT) | CSO | 2004-2007 |
| Cyagra, LLC. | President & CEO | 2000-2002 |
| A.C.T. Group, Inc. | Founder, Chairman, | |
| | President & CEO | 1999-2005 |
| BioTime, Inc. | | |
| (NYSE MKT: BTX, now LCTX) | CEO | |
| 2007-2015 | | |
| | Co-CEO | 2015-2018 |
| ReCyte Therapeutics | CEO | 2007-2023 |
| OncoCyte Corporation (NYSE: OCX) | Founder, Board Member | 2009-2016 |
| BioTime Asia | CEO | 2010-2018 |
| ES Cell International | CEO | 2010-1013 |
| OrthoCyte Corporation | CEO | 2010-2018 |
| LifeMap Sciences (GeneCards) | Board Member/CSO | 2010-2021 |
| Asterias Biotherapeutics | | |
| (NYSE MKT: AST, now LCTX) | Board Member, VP | 2013-2018 |
| Asterias Biotherapeutics | | |
| (NYSE MKT: AST, now LCTX) | CEO | 2014 |
| AgeX Therapeutics (NYSE: AGE now SER) | CEO | 2017-2023 |
| Reverse Bioengineering, Inc. | Founder, President | 2019-2023 |
| LifeCraft Sciences, Inc. | Founder, CEO | 2024-Present |

**Additional Affiliations:**

Ben-Gurion University of the Negev – Board of Governors

**Research and Professional Experience:**

| | |
|---|---|
| 2024-Present | LifeCraft Sciences, Inc. |
| | Alameda, CA 94501 |
| | |
| 2019-2023 | Reverse Bioengineering, Inc. |
| | Founder, President |
| | 1101 Marina Village Parkway |
| | Alameda, CA 94501 |

2017-2023          Founder, Chief Executive Officer
                   AgeX Therapeutics, Inc. (NYSE American: AGE, now SER)
                   1101 Marina Village Parkway
                   Alameda, CA 94501


2010-2018          Chief Executive Officer
                   OrthoCyte Corporation
                   1301 Harbor Bay Pkwy
                   Alameda, CA 94502


2014-2014          Interim Chief Executive Officer
                   Asterias Biotherapeutics (NYSE American AST, now LCTX)
                   230 Constitution
                   Menlo Park, CA


2010-2013          Chief Executive Officer
                   ES Cell International Pte. Ltd.
                   Biopolis Street
                   #01-03 Genome
                   Singapore 138672


2010-2013          Chief Executive Officer
                   BioTime Asia
                   Hong Kong


2009-2011          Chief Executive Officer
                   OncoCyte Corporation
                   1301 Harbor Bay Pkwy
                   Alameda, CA 94502


2015-2018          Co-Chief Executive Officer
                   BioTime, Inc. (NYSE American: BTX, now LCTX))
                   1010 Atlantic Ave.
                   Alameda, CA 94501


2007-2015          Chief Executive Officer
                   BioTime, Inc. (NYSE American: BTX, now LCTX)
                   1010 Atlantic Ave.
                   Alameda, CA 94501


2007-Present       Chief Executive Officer
                   ReCyte Therapeutics. Inc.
                   1301 Harbor Bay Pkwy
                   Alameda, CA 94502

| | |
|---|---|
| 2005-2008 | Adjunct Professor<br>Department of Bioengineering<br>University of California, Berkeley |
| 2004-2007 | President,<br>Chief Scientific Officer<br>Advanced Cell Technology, Inc. (Re-named Ocata: Nasdaq: OCAT,<br>now Astellas Pharma, Inc.)<br>381 Plantation St.<br>Worcester, MA 01605 |
| 1998-2004 | President, CEO, Chairman<br>Advanced Cell Technology, Inc. (Re-named Ocata: Nasdaq: OCAT,<br>now Astellas Pharma, Inc.)<br>One Innovation Dr.<br>Worcester, MA 01605 |
| 1999-2005 | Founder, Chairman,<br>President & CEO<br>A.C.T. Group, Inc. (Holding company for OCAT)<br>One Innovation Dr.<br>Worcester, MA 01605 |
| 2003-Present: | Board Member<br>BioTime, Inc. |
| 2000-2002 | President & CEO<br>Cyagra, Inc.<br>One Innovation Dr.<br>Worcester, MA 01605 |
| 1997-1999 | Founder, Chairman,<br>Origen Therapeutics, Inc.<br>1450 Rollins Rd.<br>Burlingame, CA 94080 |
| 1992-1998 | Founder, VP, Chief Scientific Officer,<br>VP New Technology Discovery (Nasdaq: GERN)<br>Geron Corporation<br>230 Constitution Dr.<br>Menlo Park, CA 94025 |
| 1990-1992 | Founder, President & CEO<br>Geron Corporation (Nasdaq: GERN)<br>200 Constitution Dr. |

Menlo Park, CA 94025

1990 - 1992       Senior Research Scientist
Department of Cell Biology
 and Neuroscience
Southwestern Medical School
5323 Harry Hines Blvd.
Dallas, Texas  75235
Laboratories of:
Dr. Woodring E. Wright
Dr. Jerry W. Shay

1989 - 1990       Postdoctoral Research Fellow
Department of Cell Biology
 and Neuroscience
Southwestern Medical School
5323 Harry Hines Blvd.
Dallas, Texas  75235
Laboratories of:
Dr. Woodring E. Wright
Dr. Jerry W. Shay

1985 - 1988       Graduate Student (Ph.D.)
Baylor College of Medicine
Division of Molecular Virology
One Baylor Plaza
Houston, TX  77030
Advisor: Dr. James R. Smith

1982 - 1985       Graduate Student (Doctoral Candidate)
University of Arkansas
 for Medical Sciences
Department of Biochemistry
Little Rock, AR  72205

## RESEARCH GRANT SUPPORT

2009   (PI: West); (06/09- 05/12); California Institute for Regenerative Medicine;
Addressing the Cell Purity and Identity Bottleneck through Generation and Expansion of
Clonal Human Embryonic Progenitor Cell Lines, $4,721,706.

## PATENTS AND PATENT APPLICATIONS

1.  Blackburn, E.H., Shay, J., West, M.D., Wright, W. 1993. Therapy and Diagnosis of Conditions Related to Telomere Length and/or Telomerase Activity. Australian Application No. AU4374093A.

2.  West, M.D., Shay, J., Wright, W., Blackburn, E.H. 1993. Methods of modulating cell proliferation through telomerase modulation. Canadian Application No. CA2245462A1.

3.  West, M.D., Shay, J., Wright, W., Blackburn, E.H. 1993. Therapy and diagnosis of conditions related to telomere length and/or telomerase activity. PCT Publication No. WO1993023572A1.

4.  Blackburn, E.H., Harley, C.B., Kim, N.W., Mceachern, M.J., Shay, J., Strahl, C.M., Vaziri, H., Weinrich, S.L., West, M.D., Wright, W.E. 1995. Therapy and Blackburn, E.H., Shay, J., West, M.D., Wright, W. 1993. Therapy and Diagnosis of Conditions Related to Telomere Length and/or Telomerase Activity. Australian Application No. AU4374093A.

5.  West, M.D., Shay, J., Wright, W., Blackburn, E.H. 1993. Methods of modulating cell proliferation through telomerase modulation. Canadian Application No. CA2245462A1.

6.  West, M.D., Shay, J., Wright, W., Blackburn, E.H. 1993. Therapy and diagnosis of conditions related to telomere length and/or telomerase activity. PCT Publication No. WO1993023572A1.

7.  Blackburn, E.H., Harley, C.B., Kim, N.W., Mceachern, M.J., Shay, J., Strahl, C.M., Vaziri, H., Weinrich, S.L., West, M.D., Wright, W.E. 1995. Therapy and diagnosis of conditions related to telomere length and/or telomerase activity. PCT Publication No. WO1995013382A1.

8.  Feng, J., Funk, W., Hirsch, K.S., Linskens, M.H.K., Villeponteau, B., West, M.D. 1996. Methods and reagents for the identification and regulation of senescence-related genes. Australian Application No. AU3692495A.

9.  Linskens, M.H.K., Hirsch, K.S., Villeponteau, B., Feng, J., Funk, W., West, M.D. 1996. Methods and reagents for the identification and regulation of senescence-related genes. PCT Publication No. WO1996013610A3.

10. Linskens, M.H.K., Hirsch, K.S., Villeponteau, B., Feng, J., Funk, W., West, M.D. 1996. Methods and reagents for the identification and regulation of senescence-related genes. PCT Publication No. WO1996013610A2.

11. West, M.D. 1996. Trypsin-sensitive Agent Able to Reduce PAI-1 and beta-APP Expression in Senescent Cells and Increase the Ability of Fibroblasts to Divide in Culture. U.S. Patent No. 5,482,838.

12. West, M.D. 1996. Isoquinoline poly (ADP-ribose) polymerase inhibitors to treat skin diseases associated with cellular senescence. U.S. Patent No. 5,589,483.

13. West, M.D., Shay, J., Wright, W. 1996. Therapy and Diagnosis of Conditions Related to Telomere Length and/or Telomerase Activity. U.S. Patent No. 5,489,508.

14. West, M., Shay, J., Wright, W., Blackburn, E. 1996. Treatment and diagnosis of conditions associated with telomere length and / or telomerase activity. Japanese Application No. JPH08501079A.

15. Shay, J., West, M.D., Wright, W.E. 1997. Methods for cancer diagnosis and prognosis. U.S. Patent No. 5,639,613.

16. Shay, J., West, M.D., Wright, W.E. 1997. Methods for cancer diagnosis and prognosis. U.S. Patent No. 5,693,474.

17. Feng, J., Funk, W., Hirsch, K.S., Linskens, M.H.K., Villeponteau, B., West, M.D. 1997. Methods and reagents for the identification and regulation of senescence-related genes. European Application No. EP0789780A1.

18. West, M.D., Harley, C.B., Strahl, C.M., McEachern, M.J., Shay, J., Wright, W.E., Blackburn, E.H., Vaziri, H. 1997. Therapy and diagnosis of conditions related to telomere length and/or telomerase activity. U.S. Patent No. 5,645,986

19. West, M.D., Shay, J., Wright, W.E. 1997. Telomerase diagnostic methods. U.S. Patent No. 5,648,215.

20. West, M.D., Shay, J., Wright, W.E. 1997. Methods for screening for agents which modulate telomere length. U.S. Patent No. 5,686,245.

21. West, M.D., Shay, J., Wright, W.E. 1997. Methods and reagents for lengthening telomeres. U.S. Patent No. 5,686,306.

22.    West, M.D., Shay, J., Wright, W., Blackburn, E.H., McEachern, M.J.  1997.
        Telomerase activity assays for diagnosing pathogenic infections.  U.S. Patent No.
        5,695,932.

23.    Blackburn, E.H., Shay, J., West, M.D., Wright, W.  1998.  Therapy and diagnosis of
        conditions related to telomere length and/or telomerase activity.  Australian Patent
        No. AU688262B2.

24.    Feng, J., Funk, W., Hirsch, K.S., Linskens, M.H.K., Villeponteau, B., West, M.D.
        1998.  Methods and reagents for the identification and regulation of senescence-
        related genes.  Australian Patent No. AU698841B2.

25.    Linskens, M.H.K., Hirsch, K.S., Villeponteau, B., Feng, J., Funk, W., West, M.D.
        1998.  Methods and reagents for the identification and regulation of senescence-
        related genes.  U.S. Patent No. 5,744,300.

26.    Linskens, M.H.K., Hirsch, K.S., Villeponteau, B., Feng, J., Funk, W., West, M.D.
        1998.  Methods and reagents for identifying and controlling aging-related genes.
        Japanese Application No. JPH10508200A.

27.    West, M.D.  1998.  Poly(ADP-Ribose) Polymerase inhibitors to treat diseases
        associated with cellular senescence.  Australian Application No. AU1743997A.

28.    West, M.D.  1998.  Poly(ADP-Ribose) Polymerase inhibitors to treat diseases
        associated with cellular senescence.  PCT Publication No. WO1998027975A1.

29.    West, M.D., Shay, J., Wright, W.E.  1998.  Method for screening for agents which
        increase telomerase activity in a cell.  U.S. Patent No. 5,830,644.

30.    West, M.D., Shay, J., Wright, W.E.  1998.  Methods for diagnosis of conditions
        associated with elevated levels of telomerase activity.  U.S. Patent No. 5,840,495.

31.    West, M.D., Shay, J., Wright, W.  1998.  Therapy and diagnosis of conditions
        related to telomere length and/or telomerase activity.  U.S. Patent No. 5,707,795.

32.    Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  1999.
        Methods and materials for the growth of primate-derived primordial stem cells.
        Australian Application No. AU1197699A.

33.    Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  1999.
        Methods and materials for the growth of primate-derived primordial stem cells in
        feeder-free culture.  Canadian Application No. CA2307807A1.

34.    Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  1999.
       Methods and materials for the growth of primate-derived primordial stem cells.
       PCT Publication No. WO1999020741A1.

35.    Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  1999.
       Methods and materials for the growth of primate-derived primordial stem cells.
       PCT Publication No. WO1999020740A2.

36.    Blackburn, E.H., Shay, J., West, M.D., Wright, W.  1999.  Method for screening
       telomerase activity-regulating agent.  Japanese Application No. JPH11123100A.

37.    Blackburn, E.H., Shay, J., West, M.D., Wright, W.  1999.  Method of detection.
       Japanese Application No. JPH11127874A.

38.    Blackburn, E.H., Shay, J., West, M.D., Wright, W.  1999.  Therapy and diagnosis of
       conditions related to telomere length and/or telomerase activity.  Australian
       Application No. AU8949598A.

39.    West, M.D., Harley, C.B., Weinrich, S.L., Strahl, C.M., McEachern, M.J., Shay, J.,
       Wright, W.E., Blackburn, E.H., Kim, N.W., Vaziri, H.  1999.  Methods of screening
       for compounds that derepress or increase telomerase activity.  U.S. Patent No.
       6,007,989.

40.    West, M.D., Shay, J., Wright, W.E., Kim, N.W., Harley, C.B., Weinrich, S.L.  1999.
       Detecting cancerous conditions by assaying for telomerase activity.  U.S. Patent
       No. 5,989,807.

41.    West, M.D.  1999.  Poly (ADP-ribose) polymerase inhibitors to treat diseases
       associated with cellular senescence.  U.S. Patent No. 5,874,444.

42.    Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2000.
       Methods and materials for the growth of primate-derived primordial stem cells.
       European Application No. EP1025204A1.

43.    Blackburn, E.H., Shay, J., West, M.D., Wright, W.  2000.  Detection and method of
       screening out telomerase activity regulator.  Japanese Application No.
       JP2000116388A.

44.    Blackburn, E.H., Shay, J., West, M.D., Wright, W.  2000.  Therapy and diagnosis of
       conditions related to telomere length and/or telomerase activity.  Australian Patent
       No. AU726528B2.

45.     Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2001.
        Method and material for proliferating primitive stem cell derived from primate in
        culture product containing no feeder cell.  Japanese Application No.
        JP2001017163A.

46.     Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2001.
        Methods and materials for growing primate-derived primordial stem cells in feeder
        cell-free culture.  Japanese Application No. JP2001520036A.

47.     Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2001.
        Methods and materials for growing primate-derived primordial stem cells in feeder
        cell-free culture.  Japanese Patent No. JP3880795B2.

48.     Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2001.
        Methods and materials for the growth of primate-derived primordial stem cells.
        Australian Application No. AU7235600A.

49.     Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2001.
        Methods and materials for the growth of primate-derived primordial stem cells in
        feeder-free culture.  Australian Application No. AU1277199A.

50.     Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2001.
        Methods and materials for the growth of primate-derived primordial stem cells in
        feeder-free culture.  Australian Patent No. AU729377B2.

51.     Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2001.
        Methods and materials for the growth of primate-derived primordial stem cells.
        European Application No. EP1025204A4.

52.     Blackburn, E.H., Shay, J., West, M.D., Wright, W.  2001.  Therapy and diagnosis of
        conditions related to telomere length and/or telomerase activity.  Australian
        Application No. AU8949698A.

53.     Blackburn, E.H., Shay, J., West, M.D., Wright, W.  2001.  Therapy and diagnosis of
        conditions related to telomere length and/or telomerase activity.  Australian Patent
        No. AU735840B2.

54.     Cibelli, J., West, M.D., Lanza, R.P.  2001.  Method of producing differentiated
        progenitor cells by culturing morula or inner cell mass cells.  Canadian Application
        No. CA2388497A1.

55.    Cibelli, J., Lanza, R.P., West, M.  2001.  Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells.  Australian Application No. AU7350800A.

56.    Cibelli, J., West, M.D., Lanza, R.P.  2001.  Methods of producing differentiated progenitor cells and lineage-defective embryonic stem cells.  PCT Publication No. WO2001029206A1.

57.    West, M.D.  2001.  Pluripotent cells comprising allogenic nucleus and mitochondria.  Australian Application No. AU5705301A.

58.    West, M.D.  2001.  The production of agricultural animals from embryonic stem (es) cells.  Australian Application No. AU5970301A.

59.    West, M.D.  2001.  Pluripotent cells comprising allogenic nucleus and mitochondria.  Canadian Application No. CA2405555A1.

60.    West, M.D.  2001.  Pluripotent cells comprising allogenic nucleus and mitochondria.  PCT Publication No. WO2001079445A2.

61.    West, M.D.  2001.  The production of agricultural animals from embryonic stem (ES) cells.  PCT Publication No. WO2001084920A1.

62.    West, M.D., Shay, J., Wright, W.E.  2001.  Use of oligonucleotide telomerase inhibitors to reduce telomere length.  U.S. Patent No. 6,194,206.

63.    West, M.D., Shay, J., Wright, W., Blackburn, E.H.  2001.  Detection of conditions or diseases associated with an altered level of telomerase activity.  Canadian Application No. CA2245461A1.

64.    West, M.D., Shay, J., Wright, W., Blackburn, E.H.  2001.  Detection of conditions or diseases associated with an altered level of telomerase activity.  Canadian Patent No. CA2245461C.

65.    West, M., Lanza, R.L., Cibelli, J.  2001.  Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells.  Canadian Application No. CA2383790A1.

66.    West, M., Lanza, R.L., Cibelli, J.  2001.  Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells.  PCT Publication No. WO2001018236A1.

67.   West, M., Lanza, R.L., Cibelli, J.  2001.  Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells.  PCT Publication No. WO2001018236A.

68.   Lanza, R., West M.  2001.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  Australian Application No. AU7575500A.

69.   Lanza, R., West M.  2001.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  Canadian Application No. CA2383776A1.

70.   Lanza, R., West M.  2001.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  PCT Publication No. WO2001018193A1.

71.   Blackburn, E.H., Shay, J., West, M.D., Wright, W.  2002.  Detection method. Japanese Application No. JP2002101898A.

72.   Blackburn, E.H., Shay, J., West, M.D., Wright, W.  2002.  Therapy and Diagnosis of Conditions Related to Telomere Length and/or Telomerase Activity.  Canadian Application No. CA2135648A1.

73.   Cibelli, J., West, M.D., Lanza, R.P.  2002.  Methods of producing differentiated progenitor cells and defective embryonic stem cells in lineage.  Brazilian Application No. BR0014864A.

74.   Cibelli, J., West, M.D.  2002.  Method for generating cloned animals using chromosome shuffling.  Australian Application No. AU2002250402A1.

75.   Cibelli, J., West, M., Lanza, R.  2002.  Methods of producing differentiated progenitor cells and lineage-defective embryonic stem cells.  European Application No. EP1226239A1.

76.   West, M.D., Shay, J., Wright, W., Blackburn, E.H.  2002.  Therapy and Diagnosis of Conditions Related to Telomere Length and/or Telomerase Activity.  Canadian Patent No. CA2135648C.

77.   West, M.D., Shay, J., Wright, W., Blackburn, E.H.  2002.  Methods of modulating cell proliferation through telomerase modulation.  Canadian Patent No. CA2245462C.

78.   West, M.D., Shay, J., Wright, W., Blackburn, E.H.  2002.  Screening methods to identify inhibitors of telomerase activity.  U.S. Patent No. 6,368,789.

79.  West, M.D., Shay, J., Wright, W.E., Kim, N.W., Harley, C.B., Weinrich, S.L.  2002.  Detecting cancerous conditions by assaying for telomerase activity.  U.S. Patent No. 6,391,554.

80.  West, M.D., Shay, J., Wright, W., Blackburn, E.H.  2002.  Therapy and diagnosis of conditions related to telomere length and/or telomerase activity.  U.S. Application No. 20020127634.

81.  West, M.D., Cibelli, J.  2002.  Method for generating cloned animals using chromosome shuffling.  PCT Publication No. WO2002077175A2.

82.  West, M.D., Cibelli, J.  2002.  Method for generating cloned animals using chromosome shuffling.  PCT Publication No. WO2002077175A3.

83.  West, M., Cibelli, J.  2002.  Method for generating cloned animals using chromosome shuffling.  U.S. Application No. 20020174449.

84.  West, M., Lanza, R.L., Cibelli, J.  2002.  Telomere and restoration of cell life span in cloned senescent somatic cell animals.  Brazilian Application No. BR0013844A.

85.  West, M., Lanza, R.L., Cibelli, J.  2002.  Methods of repairing tandemly repeated DNA sequences and extending cell life-span using nuclear transfer.  Chinese Application No. CN1377424A.

86.  West, M., Lanza, R.L., Cibelli, J.  2002.  Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells.  European Application No. EP1214443A1.

87.  Lanza, R., Cibelli, J., Damiani, P., West M.D.  2002.  Method for generating cloned animals using chromosome shuffling.  Australian Application No. AU1303302A.

88.  Lanza, R., Cibelli, J., Damiani, P., West M.D.  2002.  Cloning endangered and extinct species.  Australian Application No. AU1661702A.

89.  Lanza, R., Cibelli, J., Damiani, P., West M.D.  2002.  Cloning endangered and extinct species.  Canadian Application No. CA2425076A1.

90.  Lanza, R., Cibelli, J., Damiani, P., West M.D.  2002.  Method for generating cloned animals using chromosome shuffling.  Canadian Application No. CA2425100A1.

91.  Lanza, R., West M.  2002.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  Chinese Application No. CN1376196A.

92.   Lanza, R., West M.  2002.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  European Application No. EP1214403A1.

93.   Lanza, R., West M.  2002.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  U.S. Application No. 20020046410.

94.   Lanza, R., Cibelli, J., Damiani, P., West M.D.  2002.  Cloning endangered and extinct species.  PCT Publication No. WO2002028164A2.

95.   Lanza, R., Cibelli, J., Damiani, P., West M.D.  2002.  Cloning endangered and extinct species.  PCT Publication No. WO2002028164A3.

96.   Lanza, R., Cibelli, J., Damiani, P., West M.D.  2002.  Method for generating cloned animals using chromosome shuffling.  PCT Publication No. WO2002029002A2.

97.   Lanza, R., Cibelli, J., Damiani, P., West M.D.  2002.  Method for generating cloned animals using chromosome shuffling.  PCT Publication No. WO2002029002A3.

98.   Lanza, R.L., West M.D.  2002.  Method for facilitating the production of differentiated cell types and tissues from embryonic and adult pluripotent and multipotent cells.  PCT Publication No. WO2002078449A2.

99.   Lanza, R.L., West M.D.  2002.  Method for facilitating the production of differentiated cell types and tissues from embryonic and adult pluripotent and multipotent cells.  PCT Publication No. WO2002078449A3.

100.  Bodnar, A., Chiu, C-P, Gold, J., Inokuma, M., West, M.  2003.  Feeder-free culture method for embryonic stem cell.  U.S. Application No. 20030175956.

101.  Edelberg, J., Rafii, S., Hong, M., Lanza, R.P., West, M.D.  2003.  Endothelial precursor cells for enhancing and restoring vascular function.  Australian Application No. AU2003215189A1.

102.  Edelberg, J., Rafii, S., Hong, M., Lanza, R.P., West, M.D.  2003.  Endothelial precursor cells for enhancing and restoring vascular function.  Australian Application No. AU2003215189A8.

103.  Edelberg, J., Rafii, S., Hong, M., Lanza, R.P., West, M.D.  2003.  Endothelial precursor cells for enhancing and restoring vascular function.  PCT Publication No. WO2003070083A2.

104. Cibelli, J., West, M.D.  2003.  Embryonic or stem-like cell lines produced by cross species nuclear transplantation and methods for enhancing embryonic development by genetic alteration of donor cells or by tissue culture conditions.  Australian Application No. AU2002367294A1.

105. Cibelli, J., West, M.D., Campbell, K.  2003.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  Canadian Application No. CA2468292A1.

106. Cibelli, J., West, M.D., Lanza, R.P.  2003.  Method of producing differentiated progenitor cells and lineage-defective embryonic stem cells.  Chinese Application No. CN1413250A.

107. Cibelli, J., West, M.  2003.  Embryonic or stem-like cell lines produced by cross species nuclear transplantation and methods for enhancing embryonic development by genetic alteration of donor cells or by tissue culture conditions.  Canadian Application No. CA2471827A1.

108. Cibelli, J., West, M., Lanza, R.  2003.  Methods of producing differentiated progenitor cells and lineage-defective embryonic stem cells.  European Application No. EP1226239A4.

109. Cibelli, J., West, M., Lanza, R.  2003.  Detection and method of screening out telomerase activity regulator.  Japanese Application No. JP2003512052A.

110. Cibelli, J., Damiani, P.,  Lanza, R., West, M.D.  2003.  Method for generating cloned animals using chromosome shuffling.  European Application No. EP1334356A2.

111. Cibelli, J., West, M., Campbell, K.  2003.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  Japanese Application No. JP2005510232A.

112. Cibelli, J., West, M.  2003.  Embryonic or stem-like cell lines produced by cross species nuclear transplantation and methods for enhancing embryonic development by genetic alteration of donor cells or by tissue culture conditions.  PCT Publication No. WO2003057836A2.

113. Cibelli, J., West, M.  2003.  Embryonic or stem-like cell lines produced by cross species nuclear transplantation and methods for enhancing embryonic development by genetic alteration of donor cells or by tissue culture conditions.  PCT Publication No. WO2003057836A3.

114.  Cibelli, J., West, M.  2003.  Embryonic or stem-like cell lines produced by cross species nuclear transplantation and methods for enhancing embryonic development by genetic alteration of donor cells or by tissue culture conditions.  U.S. Application No. 20030229908.

115.  Cibelli, J., West, M., Campbell, K.  2003.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  PCT Publication No. WO2003046141A2.

116.  Cibelli, J., West, M., Campbell, K.  2003.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  PCT Publication No. WO2003046141A3.

117.  Cibelli, J., West, M., Campbell, K.  2003.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  U.S. Application No. 20030232430.

118.  Cibelli, J., West, M., Lanza, R.  2003.  Methods of producing differentiated progenitor cells and lineage-defective embryonic stem cells.  Mexican Application No. MXPA02003733A.

119.  Campbell, K., Cibelli, J., West, M.  2003.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  Australian Application No. AU2002360424A1.

120.  West, M.D.  2003.  Stem cell-derived endothelial cells modified to disrupt tumor angiogenesis.  Australian Application No. AU2003205266A1.

121.  West, M.D.  2003.  Pluripotent cells comprising allogenic nucleus and mitochondria.  Australian Application No. AU2003217569A1.

122.  West, M.D.  2003.  Pluripotent cells comprising allogenic nucleus and mitochondria.  Australian Application No. AU2003217569A8.

123.  West, M.D.  2003.  Cloning B and T-lymphocytes.  Australian Application No. AU2003235652A1.

124.  West, M.D.  2003.  A bank of stem cells for transplantation.  Australian Application No. AU2003237257A1.

125.  West, M.D.  2003.  A bank of stem cells for transplantation.  Australian Application No. AU2003237257A8.

126.  West, M.D.  2003.  A bank of stem cells for transplantation.  Canadian Application No. CA2505598A1.

127.  West, M.D.  2003.  Pluripotent cells comprising allogenic nucleus and mitochondria.  Chinese Application No. CN1427887A.

128.  West, M.D.  2003.  Pluripotent cells comprising allogenic nucleus and mitochondria.  European Application No. EP1282685A2.

129.  West, M.D.  2003.  Pluripotent cells containing allogeneic nuclei and mitochondria. Japanese Application No. JP2003530848A.

130.  West, M.D.  2003.  Pluripotent cells comprising allogenic nucleus and mitochondria.  Mexican Application No. MXPA02010075A.

131.  West, M.D.  2003.  Stem cell-derived endothelial cells modified to disrupt tumor angiogenesis.  PCT Publication No. WO2003061591A2.

132.  West, M.D.  2003.  Pluripotent cells comprising allogenic nucleus and mitochondria.  PCT Publication No. WO2003072708A2.

133.  West, M.D.  2003.  A bank of stem cells for transplantation.  PCT Publication No. WO2003100018A2.

134.  West, M.D., Harley, C.B., Weinrich, S.L., Strahl, C.M., McEachern, M.J., Shay, J., Wright, W.E., Blackburn, E.H., Kim, N.W., Vaziri, H.  2003.  Diagnostic methods for conditions associated with elevated cellular levels of telomerase activity.  U.S. Patent No. 6,551,774.

135.  West, M.D., Page, R., Schoeler, H., Chapman, K.B.  2003.  Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy.  Canadian Application No. CA2458575A1.

136.  West, M.D., Page, R., Schoeler, H., Chapman, K.  2003.  Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy.  PCT Publication No. WO2003018760A2.

137.  West, M.D., Page, R., Schoeler, H., Chapman, K.  2003.  Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy.  PCT Publication No. WO2003018760A3.

138.  West, M.  2003.  Cloning B and T-lymphocytes.  Canadian Application No. CA2473909A1.

139. West, M.  2003.  Cloning B and T-lymphocytes.  PCT Publication No. WO2003060083A2.

140. West, M.  2003.  Cloning B and T-lymphocytes.  U.S. Application No. 20030217374.

141. West, M., Lanza, R.L., Cibelli, J.  2003.  Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells.  European Application No. EP1214443A4.

142. West, M., Lanza, R.L., Cibelli, J.  2003.  Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells.  Japanese Application No. JP2003508079A.

143. West, M., Harley, C., Weinrich, S., Strahl, C., McEachern, M., Shay, J., Wright, W., Blackburn, E., Kim, N., Vaziri, H.  2003.  Methods of screening for compounds that derepress or increase telomerase activity.  U.S. Application No. 20030190638.

144. West, M., Shay, J., Wright, W.  2003.  Therapy and diagnosis of conditions related to telomere length and/or telomerase activity.  U.S. Application No. 20030175766.

145. West, M., Page, R., Scholer, H., Chapman, K.  2003.  Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy.  U.S. Application No. 20030224345.

146. Lanza, R., West M.  2003.  Process for generating immunocompatible cells and tissues using nuclear transfer techniques.  Brazilian Application No. BR0011905A.

147. Lanza, R., West M.  2003.  Method for producing immunocompatible cells and tissues using nuclear transfer technology.  Japanese Application No. JP2003509028A.

148. Lanza, R., West M.  2003.  Method for facilitating the production of differentiated cell types and tissues from embryonic and adult pluripotent and multipotent cells.  U.S. Application No. 20030027330.

149. Edelberg, J., Rafii, S., Hong, M., Lanza, R., West, M.D.  2004.  Endothelial precursor cells for enhancing and restoring vascular function.  U.S. Application No. 20040001807.

150. Edelberg, J., Rafii, S., Hong, M., Lanza, R.P., West, M.D. 2004. Endothelial precursor cells for enhancing and restoring vascular function. PCT Publication No. WO2003070083A3.

151. Cibelli, J., West, M., Lanza, R. 2004. Methods of producing differentiated progenitor cells and lineage-defective embryonic stem cells. New Zealand Application No. NZ518191A.

152. Cibelli, J., Damiani, P., Lanza, R., West, M.D. 2004. Method for generating cloned animals using chromosome shuffling. European Application No. EP1334356A4.

153. Campbell, K., West, M. 2004. Methods using gene trapped stem cells for marking pathways of stem cell differentiation and making and isolating differentiated cells. Australian Application No. AU2003286442A1.

154. Campbell, K., Page, R., Scholer, H., West, M.D. 2004. Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy. European Application No. EP1444326A2.

155. Campbell, K., Cibelli, J., West, M. 2004. Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells. European Application No. EP1456374A2.

156. West, M.D. 2004. Pluripotent cells comprising allogeneic nucleus and mitochondria. Brazilian Application No. BR0110072A.

157. West, M.D. 2004. Stem cell-derived endothelial cells modified to disrupt tumor angiogenesis. PCT Publication No. WO2003061591A3.

158. West, M.D. 2004. Pluripotent cells comprising allogenic nucleus and mitochondria. PCT Publication No. WO2003072708A3.

159. West, M.D. 2004. A bank of stem cells for transplantation. PCT Publication No. WO2003100018A3.

160. West, M. 2004. Cloning B and T-lymphocytes. PCT Publication No. WO2003060083A3.

161. West, M. 2004. Stem cell-derived endothelial cells modified to disrupt tumor angiogenesis. U.S. Application No. 20040018178.

162. West, M. 2004. Production of agricultural animals from embryonic stem (ES) cells. U.S. Application No. 20040040050.

163. West, M. 2004. Bank of stem cells for producing cells for transplantation having HLA antigens matching those of transplant recipients, and methods for making and using such a stem cell bank. U.S. Application No. 20040091936.

164. West, M., Cibelli, J., Lanza, R. 2004. Methods of restoring telomere length and extending cell lifespan using nuclear transfer. U.S. Application No. 20040180430.

165. West, M., Chapman, K. 2004. Methods using gene trapped stem cells for marking pathways of stem cell differentiation and making and isolating differentiated cells. Canadian Application No. CA2502250A1.

166. West, M., Shay, J., Wright, W., Blackburn, E. 2004. Therapy and diagnosis of conditions related to telomere length and/or telomerase activity. U.S. Application No. 20040198659.

167. West, M., Chapman, K. 2004. Methods using gene trapped stem cells for marking pathways of stem cell differentiation and making and isolating differentiated cells. PCT Publication No. WO2004035748A2.

168. West, M., Chapman, K. 2004. Methods using gene trapped stem cells for marking pathways of stem cell differentiation and making and isolating differentiated cells. PCT Publication No. WO2004035748A3.

169. West, M., Chapman, K. 2004. Method using gene trapped stem cells for making pathways of stem cell differentiation and making and isolating differentiated cells. U.S. Application No. 20040219563.

170. West, M., Lanza, R.L., Cibelli, J. 2004. Telomere restoration and extension of cell life span in animals cloned from senescent somatic cells. Mexican Application No. MXPA02002443A.

171. Damiani, P., Lanza, R., Cibelli, J., West, M. 2004. Cloning endangered and extinct species. U.S. Application No. 20040031069.

172. Lanza, R., West M.D., Cibelli, J. 2004. Method for generating immune-compatible cells and tissues using nuclear transfer techniques. U.S. Patent No. 6,808,704.

173. Lanza, R., Cibelli, J., Damiani, P., West M. 2004. Method for generating cloned animals using chromosome shuffling. U.S. Application No. 20040139489.

174.  Lanza, R., West M.  2004.  Method for generating immune compatible cells and tissues using nuclear transfer techniques.  Mexican Application No. MXPA02002444A.

175.  Blackburn, E.H., Shay, J., West, M.D., Wright, W.  2005.  Method for detection. Japanese Application No. JP2005198659A.

176.  Cibelli, J., Lanza, R.P., West, M.D.  2005.  Methods of producing differentiated progenitor cells and lineage-defective embryonic stem cells.  Australian Application No. AU1200001A.

177.  Cibelli, J., Lanza, R.P., West, M.D.  2005.  Methods of producing differentiated progenitor cells and lineage-defective embryonic stem cells.  Australian Patent No. AU782385B2.

178.  Cibelli, J., West, M., Campbell, K.  2005.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  Mexican Application No. MXPA04005010A.

179.  Cibelli, J., West, M., Lanza, R.  2005.  Method of differentiation of morula or inner cell mass cells and method of making lineage-defective embryonic stem cells.  U.S. Application No. 20050265976.

180.  Campbell, K., Klimanskaya, I.V., West, M.D.  2005.  Novel culture systems for ex vivo development.  Australian Application No. AU2005205516A1.

181.  Campbell, K., West, M.D.  2005.  Methods using gene trapped stem cells for marking pathways of stem cell differentiation and making and isolating differentiated cells.  European Application No. EP1581636A2.

182.  Campbell, K., Cibelli, J., West, M.  2005.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  European Application No. EP1456374A4.

183.  West, M.D.  2005.  Multipotential cell containing heterogenous nuclear and mitochondrion.  Chinese Application No. CN1673361A.

184.  West, M.D.  2005.  A bank of stem cells for producing cells for transplantation having hla antigens matching those of transplant recipients, and methods for making and using such a stem cell bank.  European Application No. EP1513928A2.

185. West, M.D.  2005.  Modified oocytes and embryonic non-human stem cells able to be cultured into a variety of differentiated cell types.  New Zealand Application No. NZ521711A.

186. West, M.D., Chapman, K.B., Klimanskaya, I.V.  2005.  Novel culture systems for ex vivo development.  Canadian Application No. CA2552288A1.

187. West, M.D., Chapman, K.B., Klimanskaya, I.V.  2005.  Novel culture systems for ex vivo development.  Canadian Application No. CA2852122A1.

188. West, M.D., Page, R.L., Schoeler, H., Chapman, K.B.  2005.  Detection method. Japanese Application No. JP2005500847A.

189. West, M.D., Chapman, K.B., Klimanskaya, I.V.  2005.  Novel culture systems for ex vivo development.  PCT Publication No. WO2005068610A1.

190. West, M.D., Page, R., Schoeler, H., Chapman, K.  2005.  Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy.  Mexican Application No. MXPA04001725A.

191. West, M., Lanza, R., Cibelli, J.  2005.  Methods of repairing tandemly repeated DNA sequences and extending cell life-span nuclear transfer.  U.S. Application No. 20050255596.

192. West, M., Lanza, R.L., Cibelli, J.  2005.  Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells.  New Zealand Application No. NZ531844A.

193. Lanza, R., West M.  2005.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  Australian Patent No. AU783162B2.

194. Lanza, R., West M.  2005.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  European Application No. EP1214403A4.

195. Lanza, R., West M.  2005.  Method for facilitating the production of differentiated cell types and tissues from embryonic and adult pluripotent and multipotent cells. U.S. Application No. 20050153443.

196. Edelberg, J., Rafii, S., Hong, M., Lanza, R.P., West, M.D.  2006.  Endothelial precursor cells for enhancing and restoring vascular function.  U.S. Patent No. 7,135,171.

197. Campbell, K., Larocca, D., West, M.D.  2006.  Methods for identifying ligands for stem cells and cells derived therefrom.  Australian Application No. AU2006252690A1.

198. Campbell, K., West, M.D.  2006.  Methods using gene trapped stem cells for marking pathways of stem cell differentiation and making and isolating differentiated cells.  European Application No. EP1581636A4.

199. Campbell, K., Page, R., Scholer, H., West, M.D.  2006.  Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy.  European Application No. EP1444326A4.

200. West, M.D., Chapman, K.B., Klimanskaya, I.V.  2006.  Novel culture systems for ex vivo development.  European Application No. EP1711594A1.

201. West, M.D., Chapman, K.B., Larocca, D.  2006.  Methods for identifying ligands for stem cells and cells derived therefrom.  Canadian Application No. CA2609541A1.

202. West, M.D., Page, R.L., Schoeler, H., Chapman, K.B.  2006.  Detection method.  Japanese Application No. JP2005500847A5.

203. West, M.D., Chapman, K.B., Larocca, D.  2006.  Methods for identifying ligands for stem cells and cells derived therefrom.  PCT Publication No. WO2006130504A2.

204. West, M.D., Chapman, K.B., Larocca, D.  2006.  Methods for identifying ligands for stem cells and cells derived therefrom.  PCT Publication No. WO2006130504A3.

205. West, M.  2006.  Stem cell-derived endothelial cells modified to disrupt tumor angiogenesis.  U.S. Application No. 20060024280.

206. West, M., Shay, J., Wright, W.  2006.  Therapy and diagnosis of conditions related to telomere length and/or telomerase activity.  U.S. Application No. 20060172960.

207. West, M., Chapman, K., Klimanskaya, I.  2006.  Novel culture systems for EX vivo development.  U.S. Application No. 20060031955.

208. West, M., Chapman, K., Klimanskaya, I.  2006.  Novel culture systems for ex vivo development.  U.S. Application No. 20060112438.

209.  Lanza, R., West M.  2006.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  New Zealand Application No. NZ536786A.

210.  Lanza, R., West M.  2006.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  U.S. Application No. 20060026694.

211.  Lanza, R., Chung, Y., West M.D.  2006.  Derivation of embryonic stem cells.  U.S. Application No. 20060206953.

212.  Chung, Y., Lanza, R., West M.D.  2006.  Derivation of embryonic stem cells.  Australian Application No. AU2005304978A1.

213.  Chung, Y., Lanza, R., West M.  2006.  Derivation of embryonic stem cells.  PCT Publication No. WO2006052646A2.

214.  Chung, Y., Lanza, R., West M.  2006.  Derivation of embryonic stem cells.  PCT Publication No. WO2006052646A3.

215.  Cibelli, J., West, M., Lanza, R.  2007.  Detection and method of screening out telomerase activity regulator.  Japanese Application No. JP2003512052A5.

216.  West, M.D., Chapman, K.B., Klimanskaya, I.V.  2007.  Novel culture systems for ex vivo development.  European Application No. EP1711594A4.

217.  West, M.D.  2007.  A bank of stem cells for producing cells for transplantation having hla antigens matching those of transplant recipients, and methods for making and using such a stem cell bank.  European Application No. EP1513928A4.

218.  West, M.D.  2007.  Pluripotent cells comprising allogenic nucleus and mitochondria.  PCT Publication No. WO2001079445A3.

219.  West, M.D., Chapman, K.B., Sargent, R.G.  2007.  Improved methods of reprogramming animal somatic cells.  Canadian Application No. CA2659945A1.

220.  West, M.D., Sargent, G., Murai, J.T., Kessler, S., Chapman, K.  2007.  Methods to accelerate the isolation of novel cell strains from pluripotent stem cells and cells obtained thereby.  PCT Publication No. WO2007062198A1.

221.  West, M.D., Chapman, K.B., Sargent, R.G.  2007.  Improved methods of reprogramming animal somatic cells.  PCT Publication No. WO2007019398A1.

222. West, M.D., Chapman, K.B.  2007.  Novel uses of cells with prenatal patterns of gene expression.  PCT Publication No. WO2007058671A1.

223. West, M.D., Sargent, R.G.  2007.  Totipotent, nearly totipotent or pluripotent mammalian cells homozygous or hemizygous for one or more histocompatibility antigen genes.  PCT Publication No. WO2007047894A2.

224. West, M.D., Sargent, R.G.  2007.  Totipotent, nearly totipotent or pluripotent mammalian cells homozygous or hemizygous for one or more histocompatibility antigen genes.  PCT Publication No. WO2007047894A3

225. West, M.  2007.  Cloning B and T-lymphocytes.  U.S. Application No. 20070274954.

226. West, M., Lanza, R.L., Cibelli, J.  2007.  Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells.  Japanese Application No. JP2003508079A5.

227. West, M., Shay, J., Wright, W., Blackburn, E.  2007.  Therapy and diagnosis of conditions related to telomere length and/or telomerase activity.  U.S. Application No. 20070010476.

228. West, M., Chapman, K., Klimanskaya, I.  2007.  Novel culture systems for ex vivo development.  U.S. Application No. 20070067860.

229. Lanza, R., West M.  2007.  Method for producing immunocompatible cells and tissues using nuclear transfer technology.  Japanese Application No. JP2003509028A5.

230. Lanza, R., Chung, Y., West M.D.  2007.  Derivation of embryonic stem cells.  European Application No. EP1812554A2.

231. Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2008.  Methods and materials for the growth of primate-derived primordial stem cells in feeder-free culture.  Canadian Patent No. CA2307807C.

232. Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D.  2008.  Feeder-free culture method for embryonic stem cells or primate primordial stem cells.  U.S. Patent No. 7,413,902.

233.  Cibelli, J., West, M.  2008.  Embryonic or stem-like cell lines produced by cross species nuclear transplantation and methods for enhancing embryonic development by genetic alteration of donor cells or by tissue culture conditions.  Australian Application No. AU2008229989A1.

234.  Campbell, K., Cibelli, J., West, M.  2008.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  Australian Application No. AU2008243183A1.

235.  West, M.D., Chapman, K.B., Larocca, D.  2008.  Methods for identifying ligands for stem cells and cells derived therefrom.  European Application No. EP1891438A4.

236.  West, M.D., Chapman, K.B., Larocca, D.  2008.  Methods for identifying ligands for stem cells and cells derived therefrom.  European Application No. EP1891438A2.

237.  West, M.D., Chapman, K.B., Larocca, D.  2008.  Methods for identifying ligands for stem cells and cells derived therefrom.  European Application No. EP1891438A4.

238.  West, M.D., Chapman, K.B., Sargent, R.G.  2008.  Improved methods of reprogramming animal somatic cells.  European Application No. EP1984487A1.

239.  West, M., Sargent, G., Murai, J., Kessler, S., Chapman, K.  2008.  Methods to accelerate the isolation of novel cell strains from pluripotent stem cells and cells obtained thereby.  U.S. Application No. 20080070303.

240.  Lanza, R., Chung, Y., West M.D.  2008.  Derivation of embryonic stem cells.  European Application No. EP1812554A4.

241.  Lanza, R., Chung, Y., West M.  2008.  Induction of embryonic stem cells.  Japanese Application No. JP2008518616A.

242.  Lanza, R., Chung, Y., West M.D.  2008.  Induction of embryonic stem cells.  Japanese Application No. JP2008518616A5.

243.  Cibelli, J., West, M., Campbell, K.  2009.  Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells.  U.S. Application No. 20090137040.

244.  West, M.D., Chapman, K.B., Larocca, D.  2009.  Methods for identifying ligands for stem cells and cells derived therefrom.  U.S. Application No. 20090215640.

245. West, M.D., Sargent, R.G.  2009.  Totipotent, Nearly Totipotent or Pluripotent Mammalian Cells Homozygous or Hemizygous for One or More Histocompatibility Antigent Genes.  U.S. Application No. 20090271335.

246. West, M.D., Page, R.L., Schoeler, H., Chapman, K.B.  2009.  Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy.  U.S. Application No. 20090253588.

247. Lanza, R., West M.  2009.  Method for generating immune-compatible cells and tissues using nuclear transfer techniques.  Australian Application No. AU2008261167A1.

248. Cibelli, J., West, M.D.  2010.  Embryonic or stem-like cell lines produced by cross species nuclear transplantation and methods for enhancing embryonic development by genetic alteration of donor cells or by tissue culture conditions.  U.S. Patent No. 7,696,404.

249. Cibelli, J., West, M., Lanza, R.  2010.  Transgenic differentiated progenitor cells and lineage-defective embryonic stem cells, method for their production and uses thereof.  Israeli Application No. IL149043A.

250. Campbell, K., Klimanskaya, I.V., West, M.D.  2010.  Novel culture systems for ex vivo development.  Australian Patent No. AU2005205516B2.

251. West, M.D., Chapman, K.B., Klimanskaya, I.V.  2010.  Novel culture systems for ex vivo development of stem cells in telolecithal or eutelolecithal eggs.  New Zealand Application No. NZ548623A.

252. West, M.D., Sargent, G., Murai, J.T., Kessler, S., Chapman, K., Larocca, D.  2010.  Methods to accelerate the isolation of novel cell strains from pluripotent stem cells and cells obtained thereby.  U.S. Application No. 20100184033.

253. West, M.D., Chapman, K.B., Sargent, R.G.  2010.  Methods of Reprogramming Animal Somatic Cells.  U.S. Application No. 20100167404.

254. West, M.  2010.  Cell ontogeny information systems and methods of using the same.  U.S. Application No. 20100100456.

255. Lanza, R., Chung, Y., West M.D.  2010.  Derivation of embryonic stem cells.  U.S. Patent No. 7,838,727.

256. Klimanskaya, I.V., Lu, S-J, Lanza, R., West, M.D., Chapman, K.B., Sargent, R.G., Page, R., Dominko, T., Malcuit, C. 2011. Genetically Intact Induced Pluripotent Cells Or Transdifferentiated Cells And Methods For The Production Thereof. U.S. Application No. 20110286978.

257. Klimanskaya, I.V., Lu, S-J, Lanza, R., West, M.D., Chapman, K.B., Sargent, R.G., Page, R., Dominko, T., Malcuit, C. 2011. Genetically intact induced pluripotent cells or transdifferentiated cells and methods for the production thereof. U.S. Application No. 20110171185.

258. West, M.D., Sternberg, H., Chapman, K.B. 2011. Methods and compositions for in vitro and in vivo chondrogenesis. Canadian Application No. CA2768376A1.

259. West, M.D., Chapman, K.B., Klimanskaya, I.V. 2011. Culture systems for ex vivo development. U.S. Patent No. 7,910,369.

260. West, M.D., Chapman, K.B., Sargent, R.G. 2011. Improved methods of reprogramming animal somatic cells. European Application No. EP2302034A2.

261. West, M.D., Chapman, K.B., Funk, W.D. 2011. Methods for telomere length and genomic dna quality control analysis in pluripotent stem cells. Canadian Application No. CA2789774A1.

262. West, M.D., Page, R., Schoeler, H., Chapman, K.B. 2011. Mesodermal lineage cells and method of derivation of same. Israeli Application No. IL160507A.

263. West, M.D., Sternberg, H., Chapman, K.B. 2011. Methods and compositions for in vitro and in vivo chondrogenesis. PCT Publication No. WO2011009106A2.

264. West, M.D., Sternberg, H., Chapman, K.B. 2011. Methods and compositions for in vitro and in vivo chondrogenesis. PCT Publication No. WO2011009106A3.

265. West, M.D., Chapman, K.B., Klimanskaya, I.V. 2011. Novel Culture Systems for Ex Vivo Development. U.S. Application No. 20110256622.

266. West, M.D., Chapman, K.B., Sargent, R.G. 2011. Methods of Reprogramming Animal Somatic Cells. U.S. Application No. 20110143441.

267. West, M.D., Chapman, K.B., Funk, W.D. 2011. Methods for telomere length and genomic dna quality control analysis in pluripotent stem cells. PCT Publication No. WO2011103343A2.

268. West, M., Chapman, K.B., Klimanskaya, I. 2011. Method of culturing mammalian pluripotent stem cells. Israeli Application No. IL176641A.

269. Lanza, R., Chung, Y., West M.D. 2011. Derivation of Embryonic Stem Cells. U.S. Application No. 20110150842.

270. Klimanskaya, I.V., Lu, S-J, Lanza, R., West, M.D., Chapman, K.B., Sargent, R.G., Page, R., Dominko, T., Malcuit, C. 2012. Genetically intact induced pluripotent cells or transdifferentiated cells and methods for the production thereof. Chinese Application No. CN102803473A.

271. Campbell, K., Sternberg, H., West, M.D. 2012. Methods and compositions for in vitro and in vivo chondrogenesis. Australian Application No. AU2010273930A1.

272. Campbell, K., Funk, W.D., West, M.D. 2012. Methods for telomere length and genomic DNA quality control analysis in pluripotent stem cells. Australian Application No. AU2011218041A1.

273. West, M.D., Sternberg, H., Chapman, K.B. 2012. Methods and compositions for in vitro and in vivo chondrogenesis. Singapore Application No. SG177694A1.

274. West, M.D., Sternberg, H., Chapman, K.B. 2012. Methods and compositions for in vitro and in vivo chondrogenesis. Chinese Application No. CN102844036A.

275. West, M.D., Sternberg, H., Chapman, K.B. 2012. Methods and compositions for in vitro and in vivo chondrogenesis. European Application No. EP2453905A2.

276. West, M.D., Chapman, K.B. 2012. Methods of modifying transcriptional regulatory networks in stem cells. Canadian Application No. CA2814860A1.

277. West, M.D., Chapman, K.B., Sargent, R.G. 2012. Improved methods of reprogramming animal somatic cells. European Application No. EP2302034A3.

278. West, M.D., Sternberg, H., Chapman, K.B. 2012. Methods and compositions for in vitro and in vivo chondrogenesis. Korean Application No. KR20120092558A.

279. West, M.D., Sternberg, H., Chapman, K.B. 2012. Methods and Compositions for In Vitro and In Vivo Chondrogenesis. U.S. Patent No 8,685,386.

280. West, M.D., Chapman, K.B. 2012. Methods of modifying transcriptional regulatory networks in stem cells. PCT Publication No. WO2012054896A1.

281. West, M.D., Chapman, K.B. 2012. Methods of Modifying Transcriptional Regulatory Networks in Stem Cells. U.S. Application No. 20120129262.

282. West, M.D., Chapman, K.B., Funk, W.D. 2012. Methods for telomere length and genomic dna quality control analysis in pluripotent stem cells. PCT Publication No. WO2011103343A3.

283. Lanza, R., West M. 2012. Method for Generating Immune-Compatible Cells and Tissues Using Nuclear Transfer Techniques. U.S. Application No. 20120246746.

284. Cibelli, J., West, M., Campbell, K. 2013. Methods for making and using reprogrammed human somatic cell nuclei and autologous and isogenic human stem cells. U.S. Application No. 20130102073.

285. Campbell, K., West, M.D. 2013. Methods of modifying transcriptional regulatory networks in stem cells. Australian Application No. AU2011316830A1.

286. West, M.D., Sternberg, H., Chapman, K.B. 2013. Methods and compositions for in vitro and in vivo chondrogenesis. European Application No. EP2453905A4.

287. West, M.D., Chapman, K.B. 2013. Methods of modifying transcriptional regulatory networks in stem cells. European Application No. EP2630232A1.

288. West, M.D., Chapman, K.B., Klimanskaya, I.V. 2013. Culture systems for ex vivo development. U.S. Patent No. 8,597,944.

289. West, M.D., Sargent, R.G. 2013. Totipotent, nearly totipotent or pluripotent mammalian cells homozygous or hemizygous for one or more histocompatibility antigens genes. U.S. Application No. 20130053278.

290. West, M. 2013. Bank of stem cells for producing cells for transplantation having HLA antigens matching those of transplant recipients, and methods for making and using such a stem cell bank. U.S. Application No. 20130276154.

291. West, M., Sternberg, H., Chapman, K. 2013. Methods of Screening Embryonic Progenitor Cell Lines. U.S. Application No. 20130115673.

292. West, M., Chapman, K.B., Funk, W. 2013. Methods for telomere length and genomic dna quality control and analysis in pluripotent stem cells. U.S. Application No. 20130011918.

293. West, M., Lanza, R.L., Cibelli, J. 2013. Method of isolating a mammalian primary cell of a desired type, a cell isolated by the method and a tissue isolated by the method. Israeli Application No. IL148457A.

294. Lanza, R., West M. 2013. Method for facilitating the production of differentiated cell types and tissues from embryonic and adult pluripotent and multipotent cells. U.S. Application No. 20130058900.

295. Lanza, R., Chung, Y., West M.D. 2013. Derivation of embryonic stem cell. Japanese Application No. JP2013046623A.

296. Larocca, D., Bignone, P., West, M., Snyder, E. 2014. Methods and Compositions for Targeting Progenitor Cell Lines. U.S. Application No. 20140099712.

297. Cibelli, J., West, M.D., Lanza, R. 2014. Method of differentiation of morula or inner cell mass cells and method of making lineage-defective embryonic stem cells. U.S. Application No. 20090104697.

298. Cibelli, J., West, M.D., Lanza, R. 2014. Method of differentiation of morula or inner cell mass cells and method of making lineage-defective embryonic stem cells. U.S. Patent No. 8,753,884.

299. Cibelli, J., West, M., Lanza, R. 2014. Method of Differentiation of Morula or Inner Cell Mass Cells and Method of Making Lineage-Defective Embryonic Stem Cells. U.S. Application No. 20140248700.

300. West, M.D. 2014. A bank of stem cells for producing cells for transplantation having HLA antigens matching those of transplant recipients, and methods for making and using such a stem cell bank. European Application No. EP2679671A1.

301. West, M.D., Chapman, K.B. 2014. Methods of modifying transcriptional regulatory networks in stem cells. European Application No. EP2630232A4.

302. West, M.D., Chapman, K.B., Sargent, R.G. 2014. Improved methods of reprogramming animal somatic cells. Canadian Patent No. CA2659945C.

303. West, M.D., Page, R., Schoeler, H., Chapman, K.B. 2014. Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy. Canadian Patent No. CA2458575C.

304. West, M.D., Chapman, K.B., Klimanskaya, I.V. 2014. Novel Culture System for Ex Vivo Development. U.S. Application No. 20140057348.

305. West, M., Sternberg, H., Chapman, K.  2014.  Methods and Compositions for In Vitro and In Vivo Chondrogenesis.  U.S. Application No. 20140178994.

306. West, M., Sternberg, H., Chapman, K.  2014.  Methods and compositions for in vitro and in vivo chondrogenesis.  U.S. Patent No. 8,685,386.

307. West, M., Chapman, K., Sternberg, H.  2014.  Compositions and methods for induced tissue regeneration in mammalian species.  Canadian Application No. CA2914615A1.

308. West, M., Chapman, K., Sternberg, H.  2014.  Compositions and methods for induced tissue regeneration in mammalian species.  PCT Publication No. WO2014197421A1.

309. Larocca, D., Bignone, P., West, M., Snyder, E.  2015.  Methods and compositions for targeting progenitor cell lines.  U.S. Patent No. 9,175,263.

310. Campbell, K., Funk, W.D., West, M.D.  2015.  Methods for telomere length and genomic DNA quality control analysis in pluripotent stem cells.  Australian Patent No. AU2011218041B2.

311. West, M.D., Chapman, K.B., Klimanskaya, I.V.  2015.  Novel culture systems for ex vivo development.  Canadian Patent No. CA2552288C.

312. West, M.D., Sternberg, H., Chapman, K.B.  2015.  Methods and compositions for in vitro and in vivo cartilage formation.  Japanese Application No. JP2012533571A.

313. West, M.D., Chapman, K.B., Sargent, R.G.  2015.  Methods of reprogramming animal somatic cells.  U.S. Application No. 20150232808.

314. West, M., Sternberg, H.  2015.  Methods For Generating Pluripotent Stem Cell-Derived Brown Fat Cells.  U.S. Application No. 20150275177.

315. Lanza, R., Chung, Y., West M.D.  2015.  Induction of embryonic stem cells. Japanese Patent No. JP5728676B2.

316. Campbell, K., West, M.D.  2016.  Methods of modifying transcriptional regulatory networks in stem cells.  Australian Application No. AU2016201696A1.

317. Campbell, K., Sternberg, H., West, M.  2016.  Compositions and methods for induced tissue regeneration in mammalian species.  Australian Application No. AU2014275130A1.

318. Campbell, K., Sternberg, H., West, M. 2016. Methods and compositions for in vitro and in vivo chondrogenesis. Australian Application No. AU2016201700A1.

319. West, M.D., Sternberg, H., Chapman, K.B. 2016. Methods and compositions for in vitro and in vivo chondrogenesis. Chinese Application No. CN105796601A.

320. West, M.D., Sternberg, H., Chapman, K.B. 2016. Methods and compositions for in vitro and in vivo chondrogenesis. Chinese Patent No. CN102844036B.

321. West, M.D., Chapman, K.B., Sternberg, H. 2016. Compositions and methods for induced tissue regeneration in mammalian species. Chinese Application No. CN105473134A.

322. West, M.D., Sargent, G., Murai, J.T., Kessler, S., Chapman, K. 2016. Methods to accelerate the isolation of novel cell strains from pluripotent stem cells and cells obtained thereby. U.S. Application No. 20160369237.

323. West, M.D., Sternberg, H., Chapman, K.B. 2016. Methods and compositions for in vitro and in vivo chondrogenesis. Japanese Application No. JP2016028034A.

324. West, M.D., Chapman, K., Sternberg, H. 2016. Compositions and methods for induced tissue regeneration in mammalian species. U.S. Patent No. 10961531.

325. West, M.D., Page, R.L., Schoeler, H., Chapman, K.B. 2016. Differentiating ES cells using a tenascin. U.S. Patent No. 9,334,478.

326. West, M., Sternberg, H., Chapman, K. 2016. Method of producing cartilage comprising culturing a clonally-purified embryonic progenitor cell line. Israeli Application No. IL217552A.

327. West, M., Chapman, K., Sternberg, H. 2016. Compositions and methods for induced tissue regeneration in mammalian species. European Patent No. 3003290.

328. West, M., Lanza, R.L., Cibelli, J. 2016. Telomere restoration and extension of cell life-span in animals cloned from senescent somatic cells. Canadian Patent No. CA2383790C.

329. West, M., Chapman, K., Sternberg, H. 2016. Compositions and methods for induced tissue regeneration in mammalian species. Japanese Patent No. 6529486.

330. Lanza, R., Chung, Y., West M.D. 2016. Derivation of embryonic stem cell. Japanese Patent No. JP5841926B2.

331.  Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D. 2017. Methods and materials for the growth of primate-derived primordial stem cells in feeder-free culture.  U.S. Patent No. 6,800,480.

332.  Larocca, D., Bignone, P., West, M., Snyder, E.  2017.  Methods and compositions for targeting progenitor cell lines.  U.S. Application No. 20170121676.

333.  West, M.D., Chapman, K.B.  2017.  Methods of modifying transcriptional regulatory networks in stem cells.  U.S. Patent No. 9,732,128.

334.  West, M.D., Page, R.L., Schoeler, H., Chapman, K.B.  2017.  Methods for inducing differentiation of stem cells by exposure to tenascin.  Israeli Application No. IL214969A.

335.  West, M.D., Page, R., Schoeler, H., Chapman, K.B.  2017.  Methods for inducing differentiation of embryonic stem cells. Israeli Application No. IL214970A.

336.  West, M.D., Sternberg, H., Chapman, K.B.  2017.  Methods and compositions for in vitro and in vivo cartilage formation.  Japanese Application No. JP2012533571A5.

337.  West, M.D., Sternberg, H., Chapman, K.B.  2017.  Methods and compositions for in vitro and in vivo cartilage formation.  Japanese Patent No. JP6096509B2.

338.  West, M.D., Sternberg, H., Chapman, K.B.  2017.  Methods and compositions for in vitro and in vivo chondrogenesis.  Japanese Patent No. JP6220367B2.

339.  West, M.D., Sternberg, H., Chapman, K.B.  2017.  Methods and compositions for in vitro and in vivo chondrogenesis.  Korean Patent No. KR101704666B1.

340.  West, M.D., Chapman, K.B., Sargent, R.G.  2017.  Methods of reprogramming animal somatic cells.  U.S. Application No. 20170152475.

341.  West, M.D., Chapman, K.B., Funk, W.D.  2017.  Methods for telomere length and genomic DNA quality control analysis in pluripotent stem cells.  U.S. Application No. 20170335392.

342.  West, M.D., Page, R.L., Schoeler, H., Chapman, K.B.  2017.  Screening assays for identifying differentiation-inducing agents and production of differentiated cells for cell therapy.  U.S. Application No. 20170003278.

343. West, M., Chapman, K., Sternberg, H.  2017.  Compositions and methods for induced tissue regeneration in mammalian species.  European Application No. EP3003290A4.

344. Campbell, K., West, M.D.  2018.  Methods of modifying transcriptional regulatory networks in stem cells.  Australian Application No. AU2018202125A1.

345. Campbell, K., Sternberg, H., West, M.  2018.  Methods and compositions for in vitro and in vivo chondrogenesis.  Australian Application No. AU2018211308A1.

346. West, M.D., Sternberg, H., Chapman, K.B.  2018.  Methods and compositions for in vitro and in vivo chondrogenesis.  Japanese Application No. JP2018035175A.

347. West, M.D., Chapman, K.B.  2018.  Methods of modifying transcriptional regulatory networks in stem cells.  U.S. Application No. 20180170982.

348. West, M.  2018.  Bank of stem cells for producing cells for transplantation having HLA antigens matching those of transplant recipients, and methods for making and using such a stem cell bank.  U.S. Patent No. 10,047,340.

349. Larocca, D., Bignone, P., West, M.D., Snyder, E.  2019.  Methods and compositions for targeting progenitor cell lines.  U.S. Patent No. 10,227,561.

350. Larocca, D., Bignone, P., West, M.D., Snyder, E.  2019.  Methods and compositions for targeting progenitor cell lines.  U.S. Application No. 20190218511.

351. Chapman, K., Sternberg, H., West, M.  2019.  Compositions and methods for induced tissue regeneration in mammalian species.  Australian Patent No. AU2014275130B2.

352. West, M.D.  2019.  A bank of stem cells for producing cells for transplantation having hla antigens matching those of transplant recipients, and methods for making and using such a stem cell bank.  European Patent No. EP1513928B1.

353. West, M.D.  2019.  A bank of stem cells for producing cells for transplantation having HLA antigens matching those of transplant recipients, and methods for making and using such a stem cell bank.  European Patent No. EP2679671B1.

354. West, M.D.  2019.  Bank of stem cells for producing cells for transplantation having hla antigens matching those of transplant recipients and methods for making and using such a stem cell bank.  U.S. Application No. 20190225937.

355. West, M.D., Sternberg, H., Chapman, K.B. 2019. Methods and compositions for in vitro and in vivo chondrogenesis. European Patent No. EP2453905B1.

356. West, M.D., Chapman, K.B., Sargent, R.G. 2019. Methods of reprogramming animal somatic cells. U.S. Patent No. 10,501,723.

357. West, M., Sternberg, H., Chapman, K. 2019. Methods of screening embryonic progenitor cell lines. U.S. Application No. 20190241867.

358. West, M., Chapman, K., Sternberg, H. 2019. Compositions and methods for induced tissue regeneration in mammalian species. Japanese Application No. JP2019163295A.

359. West, M., Chapman, K., Sternberg, H. 2019. Compositions and methods for induced tissue regeneration in mammalian species. Japanese Patent No.7419347.

360. Bodnar, A., Chiu, C-P, Gold, J.D., Inokuma, M., Murai, J.T., West, M.D. 2020. Method and material for proliferating primitive stem cell derived from primate in culture product containing no feeder cell. Japanese Patent No. JP3880778B2.

361. Campbell, K., West, M.D. 2020. Methods of modifying transcriptional regulatory networks in stem cells. Australian Patent No. AU2018202125B2.

362. Chapman K., Sternberg, H., West, M. 2020. Compositions and methods for induced tissue regeneration in mammalian species. Australian Patent No. 2014275130.

363. Campbell, K., Sternberg, H., West, M. 2020. Methods and compositions for in vitro and in vivo chondrogenesis. Australian Patent No. AU2018211308B2.

364. West, M.D., Sternberg, H., Chapman, K.B. 2020. Methods and compositions for in vitro and in vivo chondrogenesis. Spainish Patent No. ES2778750T3.

365. West, M.D., Chapman, K.B. 2020. Methods of modifying transcriptional regulatory networks in stem cells. Canadian Patent No. CA2814860C.

366. West, M.D., Chapman, K.B., Sargent, R.G. 2020. Improved methods of reprogramming animal somatic cells. European Patent No. EP2302034B1.

367. West, M.D., Chapman, K.B., Sargent, R.G. 2020. Methods of reprogramming animal somatic cells. U.S. Application No. 20200181567.

368. West, M.D., Chapman, K.B., Funk, W.D. 2020. Methods for telomere length and genomic DNA quality control analysis in pluripotent stem cells. U.S. Patent No. 10,745,752.

369. West, M., Larocca, D., Lee, J. 2020. Induced tissue regeneration using extracellular vesicles. U.S. Application No. 16/833,285

370. West, M., Larocca, D., Lee, J. 2020. Induced tissue regeneration using extracellular vesicles. EU PCT Application 20779417.3.

371. West, M., Chapman, K., Sternberg, H. 2020. Compositions and methods for induced tissue regeneration in mammalian species. Japanese Patent No. 6821908.

372. Campbell, K., West, M.D. 2021. Methods of modifying transcriptional regulatory networks in stem cells. Australian Application No. AU2020286225A1.

373. West, M.D., Chapman, K.B., Sternberg, H. 2021. Compositions and methods for induced tissue regeneration in mammalian species. Chinese Patent No. CN105473134B.

374. West, M.D., Chapman, K.B., Sternberg, H. 2021. Compositions and methods for induced tissue regeneration in mammalian species. U.S. Patent No. 10,961,531.

375. West, M.D., Chapman, K.B., Funk, W.D. 2021. Methods for telomere length and genomic DNA quality control analysis in pluripotent stem cells. U.S. Application No. 20210102251.

376. West, M.D., Chapman, K., Sternberg, H. 2021. Compositions and methods for induced tissue regeneration in mammalian species. European Patent No. EP3003290B1.

377. West, M.D., Sternberg, H., Chapman, K. 2021. Methods of screening embryonic progenitor cell lines. U.S. Patent No. 10,920,191.

378. West, M.D. Chapman, K., Sternberg, H. 2021. Compositions and Methods for Induced Tissue Regeneration in Mammalian Species. Japanese Application No. JP2021054846A.

379. West, M.D., Chapman, K., Sternberg, H. 2021. Compositions and methods for induced tissue regeneration in mammalian species. Japanese Patent No. JP6821908B2.

380.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. US Div1. 17/177747.

381.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. US Div2. 17/543018.

382.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. PCT WO PCT/US14/40601.

383.   West, M.D. Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. CA Patent No. 2914615.

384.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. CN Patent No. 105473134B.

385.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. AU Div1 Patent No. 2019279909.

386.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. AU Div2 Patent No. 2022200207.

387.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. EP Div1 21157975.0.

388.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. DE Patent No. 602014075609.3.

389.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. FR Patent No. 3003290.

390.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. GB Patent No. 3003290.

391.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. IE Patent No. 3003290.

392.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. CN Patent No. 3003290.

393.   West, M.D., Chapman, K., Sternberg, H.  Compositions and methods for induced tissue regeneration in mammalian species. BE Patent No. 3003290.

394. West, M.D., and Larocca, D. Improved Methods for Detecting and Modulating the Embryonic-Fetal Transition in Mammalian Species. US Application No. 16/211690.

395. West, M.D., and Larocca, D. Improved Methods for Detecting and Modulating the Embryonic-Fetal Transition in Mammalian Species. US Div2 Application No. 17/542992.

396. West, M.D., and Larocca, D. Improved Methods for Detecting and Modulating the Embryonic-Fetal Transition in Mammalian Species. WO PCT/US2017/036452.

397. West, M.D., and Larocca, D. Improved Methods for Detecting and Modulating the Embryonic-Fetal Transition in Mammalian Species. AU Patent no. 2017278931.

398. West, M.D., and Larocca, D. Improved Methods for Detecting and Modulating the Embryonic-Fetal Transition in Mammalian Species. AU Patent Application No. 3026874.

399. West, M.D., and Larocca, D. Improved Methods for Detecting and Modulating the Embryonic-Fetal Transition in Mammalian Species. EP Patent Application No. 17810984.9.

400. West, M.D., and Larocca, D. Improved Methods for Detecting and Modulating the Embryonic-Fetal Transition in Mammalian Species. JP Patent Application No. 2018-563796.

401. West, M.D., and Larocca, D. Improved Methods for Detecting and Modulating the Embryonic-Fetal Transition in Mammalian Species. AU Div1 Application No. 2023203808.

402. West, M.D., and Larocca, D. Improved Methods for Detecting and Modulating the Embryonic-Fetal Transition in Mammalian Species. JP Div1 Application No. 2022-173706.

403. West, M.D. and Sternberg, H. Improved Methods for Inducing Tissue Regeneration and Senolysis in Mammalian Cells. US Application No. 19/014,199.

404. West, M.D. and Sternberg, H. Improved Methods for Inducing Tissue Regeneration and Senolysis in Mammalian Cells. AU Div1 Application No. 2025202129.

405. West, M.D. and Sternberg, H. Improved Methods for Inducing Tissue Regeneration and Senolysis in Mammalian Cells. CA Application No. 3098146.

406. West, M.D. and Sternberg, H. Improved Methods for Inducing Tissue Regeneration and Senolysis in Mammalian Cells. CN Application No. 201980038566.4.

407.   West, M.D. and Sternberg, H. Improved Methods for Inducing Tissue Regeneration and Senolysis in Mammalian Cells. EP Application No. 19791528.3.

408.   West, M.D. and Sternberg, H. Improved Methods for Inducing Tissue Regeneration and Senolysis in Mammalian Cells. JP Patent No. 7419347.

409.   West, M., Larocca, D., Lee, J. Induced Tissue Regeneration Using Extracellular Vesicles. PCT Patent Application No. PCT/US2020/025512.

410.   West, M., Larocca, D., Lee, J. Induced Tissue Regeneration Using Extracellular Vesicles. AU Patent Application No. 2020248481.

411.   West, M., Larocca, D., Lee, J. Induced Tissue Regeneration Using Extracellular Vesicles. CA Patent Application No. 3135200.

412.   West, M., Larocca, D., Lee, J. Induced Tissue Regeneration Using Extracellular Vesicles. CN Patent Application No. 2020800380517.

413.   West, M.D. and Chapman, K. Differentially-Methylated Regions of the Genome Useful as Markers of Embryo-Adult Transitions. US Patent Application No. 18/926,271.

414.   West, M.D. and Chapman, K. Differentially-Methylated Regions of the Genome Useful as Markers of Embryo-Adult Transitions. AU Patent Application No. 2020337349.

415.   West, M.D. and Chapman, K. Differentially-Methylated Regions of the Genome Useful as Markers of Embryo-Adult Transitions. CA Patent Application No. 3151938.

416.   West, M.D. and Chapman, K. Differentially-Methylated Regions of the Genome Useful as Markers of Embryo-Adult Transitions. EP Patent Application No. 208572602.

417.   West, M.D. and Chapman, K. Differentially-Methylated Regions of the Genome Useful as Markers of Embryo-Adult Transitions. CN Patent Application No. 202080073994.3.

418.   West, M.D. Methods for the Ex Vivo Induction of Tissue Regeneration in Microbiopsies. US Patent Application No. 18/272044.

419.   West, M.D. Methods for the Ex Vivo Induction of Tissue Regeneration in Microbiopsies. PCT Patent Application No. PCT/US2022/012017.

420.   West, M.D. Methods for the Ex Vivo Induction of Tissue Regeneration in Microbiopsies. AU Patent Application No. 2022207066.

421.  West, M.D. Methods for the Ex Vivo Induction of Tissue Regeneration in Microbiopsies. CA Patent Application No. 3208140.

422.  West, M.D. Methods for the Ex Vivo Induction of Tissue Regeneration in Microbiopsies. EP Patent Application No. 22739943.3.

423.  West, M.D. Use of Protocadherins in Methods of Diagnosing and Treating Cancer. US Patent Application No. 18/279962.

424.  West, M.D. Use of Protocadherins in Methods of Diagnosing and Treating Cancer. PCT Patent Application No. PCT/US2022/018556.

425.  West, M.D. Use of Protocadherins in Methods of Diagnosing and Treating Cancer. AU Patent Application No. 2022230996.

426.  West, M.D. Use of Protocadherins in Methods of Diagnosing and Treating Cancer. CA Patent Application No. 3212375.

427.  West, M.D. Use of Protocadherins in Methods of Diagnosing and Treating Cancer. CN Patent Application No. 202280031193.X.

428.  West, M.D. Use of Protocadherins in Methods of Diagnosing and Treating Cancer. EP Patent Application No. 22763993.7 .

429.  West, M.D. Use of Protocadherins in Methods of Diagnosing and Treating Cancer. IN Patent Application No. 202317064869.

430.  West, M.D. Use of Protocadherins in Methods of Diagnosing and Treating Cancer. JP Patent Application No. 2023-5534782.

431.  West, M.D. Methods and Compositions Used to Modify Chromatin Architecture to Regulate Phenotype in Aging and Cancer. US Patent Application No. 18/279963.

432.  West, M.D. Methods and Compositions Used to Modify Chromatin Architecture to Regulate Phenotype in Aging and Cancer. PCT Patent Application No. PCT/US2022/018563.

433.  West, M.D. Methods and Compositions Used to Modify Chromatin Architecture to Regulate Phenotype in Aging and Cancer. CA Patent Application No. 3212381.

434.  West, M.D. Methods and Compositions Used to Modify Chromatin Architecture to Regulate Phenotype in Aging and Cancer. EP Patent Application No. 22763997.8.

## Scientific Publications

1. West, M.D., Pereira-Smith, O.M., and Smith, J.R.  1989.  Replicative Senescence of Human Skin Fibroblasts Correlates with a Loss of Regulation and Overexpression of Collagenase Activity.  *Experimental Cell Research,* 184:138-147.

2. Shay, J.W., West, M.D., Wright, W.E.   1992.   Re-expression of Senescent Markers in De-induced Reversibly Immortalized Cells.  *Exp. Gerontol.*   27: 477-492.

3. West, M.D. 1994.  The Cellular and Molecular Biology of Skin Aging.  *Arch. Dermatol.*  130: 87-95.

4. Harley, C.B., Kim, N.W., Prowse, K.R., Weinrich, S.L., Hirsch, K.S., West, M.D., Bacchetti, S., Hirte, H.W., Counter, C.M., Greider, C.W., Piatyszek, M.A., Wright, W.E., and Shay, J.W.  1994.  Telomerase, Cell Immortality, and Cancer.  Cold Spring Harbor Symposium on Quantitative Biology LIX: 307-315.  Cold Spring Harbor Press.  Cold Spring Harbor, N.Y.

5. Kim, N.W., Piatyszek, M.A., Prowse, K.R., Harley, C.B., West, M.D., Ho, P.L.C., Coviello, G.M., Wright, W.E., Weinrich, S.L., and Shay, J.W.  1994. Specific association of human telomerase activity with immortal cells and cancer.  *Science*, 266: 2011-2014.

6. Feng, J., Funk, W.D., Wang, S-S, Weinrich, S.L., Avilion, A.A., Chiu, C-P., Adams, R., Chang, E., Allsopp, R.C., Siyuan Le, J-Y., West, M.D., Harley, C.B., Andrews, W.H., Greider, C.W.,  Villeponteau, B.V.  1995.  The RNA Component of Human Telomerase.  *Science*. 269: 1236-1241.

7. Linskens, M.H., Harley, C.B., West, M.D., Campisi, J., and Hayflick, L.  1995. Replicative Senescence and Cell Death.  *Science* 267 (5194): 17.

8. West, M.D.  1995.  Chromosome and Breakage.  In The Encyclopedia of Aging.  2nd Edition.  Springer, NY.  p179.

9. West, M.D., Shay, J.W., Wright, W.E., and Linskens, M.H.K.  1996.  Altered expression of plasminogen activator and plasminogen activator inhibitor during cellular senescence.  *Exp. Gerontol.*  31: 175-193.

10. Effros, R.B., Allsopp, R., Chiu, C-P., Hausner, M.A., Hirji, K., Wang, L., Harley, C.B., Villeponteau, B., West, M.D., and Giorgi, J.V.  1996.  Shortened telomeres in the expanded CD28- CD8+ cell subset in HIV disease implicate replicative senescence in HIV pathogenesis.  *AIDS* 10: F17-F22.

11. Vaziri, H., West, M.D., Allsopp, R.A., Davison, T.S., Wu, Y-S., Arrowsmith, C.H., Harley, C.B., Poirier, G.G., and Benchiol., S.  1997.  ATM-dependent telomere loss in aging human diploid fibroblasts and DNA damage lead to the post-

translational activation of p53 protein through poly(ADP-ribose) polymerase. *EMBO J*. 16: 6018-6033.

12. West, M.D. 1999. Collagenase and Aging. In: The Collagenases, (Ed. Hoeffler, W.) R.G. Landes Co., Austin, TX, p. 241-254.

13. Matsunaga, H., Handa, J.T., Aotaki-Keen, A., Sherwood, S.W., West, M.D., and Hjelmeland, L.M. 1999. Beta-galactosidase Histostochemistry and Telomere Loss in Senescent Retinal Pigment Epithelial Cells. *Invest*. *Ophthalmol*. *Vis*. *Sci*. 40:197-202.

14. Lanza, R.P., Arrow, K.J., Axelrod, J., Baltimore, D., Benacerraf, B., Bloch, K.E., Bloembergen, N., Brown, H.C., Brown, M.S., Cibelli, J.B., Cohen, S., Cooper, L.N., Corey, E.J., Dulbecco, R., Fischer, E.H., Fitch, V.L., Friedman, J.L., Friedman, M., Furchgott, R.F., Gell-Mann, M., Glaser, D.A., Glashow, S.L., Gilbert, W., Goldstein, J.L., Gould, S.J., Guillemin, R., Hauptman, H.A., Herschbach, D., Hoffman, R., Hood, L., Hubel, D.H., Karle, J., Klein, L.R., Kohn, W., Kornberg, A., Krebs, E.G., Lederman, L.M., Lederberg, J., Lee, D.M., Lucas, R.E., Marcus, R.A., Merrifield, R.B., Miller, M.H., Modigliani, F., Molina, M.J., Mullis, K., Murad, F., Murray, J.E., Nathans, D., Nirenberg, M.W., North, D.C., Olah, G.A., Palade, G.E., Perl, M.J., Ramsey, N.F., Richter, B., Roberts, R.J., Robl, J.M., Samuelson, P.A., Schwartz, M., Sharp, P.A., Smalley, R.E., Smith, H.O., Solow, R.M., Taube, H., Tonegawa, S., Watson, J.D., Weinberg, S., Weller, T.H., West, M.D., Wieschaus, E.F., Wiesel, T.N., Wilson, R.W. 1999. Science Over Politics. *Science*, 283: 1849-1850.

15. Lanza, R.P., Cibelli, J.B., and West, M.D. 1999. Prospects for the use of nuclear transfer in human transplantation. *Nature Biotechnology* 17(12): 1171-1174.

16. Lanza, R.P., Cibelli, J.B., and West, M.D. 1999. Human therapeutic cloning. *Nature Medicine* 5(9): 975-977.

17. Lanza, R.P., Cibelli, J.B., Blackwell, C., Cristofalo, V.J., Francis, M.K., Baerlocher, G.M., Mak, J., Schertzer, M., Chavez, E.E., Sawyer, N., Lansdorp, P.M., and West, M.D. 2000. Extension of cell life-span and telomere length in animals cloned from senescent somatic cells. *Science* 288: 665-669.

18. Lanza, R.P., Cibelli, J.B., Diaz, F., Moraes, C.T., Farin, P.W., Farin, C.E., Hammer, C.J., West, M.D., and Damiani, P. 2000. Cloning of an endangered species (Bos gaurus) using interspecies nuclear transfer. *Cloning* 2(2): 79-90.

19. Lanza, R.P., Caplan, A.L., Silver, L.M., Cibelli, J.B., West, M.D., and Green, R.M. 2000. The ethical validity of using nuclear transfer in human transplantation. *JAMA* 284(24): 3175-3179.

20. Lanza, R.P., Cibelli, J.B., West, M.D., Dorff, E., Tauer, C., and Green, R.M.

2001. The ethical reasons for stem cell research. *Science* 292(5520): 1299b.

21. Cibelli, J.B., Kiessling, A.A., Cunniff, K., Richards, C., Lanza, R.P., and West, M.D. 2001. Somatic cell nuclear transfer in humans: Pronuclear and early embryonic development, *e-biomed: J. Regen. Med.* 2: 25-31.

22. Lanza, R.P., Cibelli, J.B., Faber, D., Sweeney, R.W., Henderson, B., Nevala, W., West, M.D., and Wettstein, P.J. 2001. Cloned animals can be healthy and normal. *Science* 294(5548): 1893-1894.

23. Arrow KJ, Axelrod J, Benacerraf B, Berg P, Bishop JM, Bloembergen N, Brown HC, Cibelli J, Cohen S, Cooper LN, Corey EJ, Cronin JW, Curl R Jr, Dulbecco R, Fischer EH, Fitch VL, Fogel R, Friedman JI, Furchgott RF, Gell-Mann M, Gilbert W, Gilman A, Glaser D, Glashow SL, Green RM, Greengard P, Guillemin R, Hayflick L, Hauptman HA, Heckman JJ, Heeger A, Herschbach D, Hubel DH, Hulse R, Kandel E, Karle J, Klein LR, Kohn W, Kornberg A, Krebs EG, Lanza RP, Laughlin R, Lederman L, Lee DM, Lewis E, Lipscomb W Jr, Marcus RA, McFadden D, Merrifield RB, Merton R, Modigliani F, Molina MJ, Murad F, Nirenberg MW, North DC, Olah GA, Osheroff D, Palade GE, Perl M, Ramsey NF, Richter B, Roberts RJ, Samuelson PA, Schwartz M, Sharp PA, Smalley RE, Smith HO, Solow RM, Stormer H, Taube H, Taylor R, Thomas ED, Tobin J, Tonegawa S, Townes C, Watson JD, Weinberg S, Weller TH, West MD, Wieschaus EF, Wiesel TN, Wilson RW. 2001. Nobel laureates' letter to President Bush. *Washington Post.* Feb. 22, 2001.

24. Cibelli, J.B., Campbell, K.H., Seidel, G.E., West, M.D., Lanza, R.P. 2002. The health profile of cloned animals. *Nature Biotech.* 20: 13-14.

25. Lanza, R.P., Cibelli, J.B., and West, M.D. 2002. Transparency in public relations. *Nat. Biotechnol.* 20: 117-118.

26. Cibelli, J.B., Lanza, R.P., West, M.D., and Ezzell, C. 2002. The first human cloned embryo. *Sci. Am.* 286: 44-51.

27. Cibelli, J.B., Grant, K.A., Chapman, K.B., Cunniff, K., Worst, T., Green, H.L., Walker, S.J., Gutin, P.H., Vilner, L., Tabar, V., Dominko, T., Kane, J., Wettstein, P.J., Lanza, R.P., Studer, L., Vrana, K.E., and West, M.D. 2002. Parthenogenetic stem cells in nonhuman primates. *Science* 295: 819.

28. Butler, R.N., Rothman, D., Harman, S.M., Fossel, M., Heward, C.B., Miller, R.A., Olshansky, S.J., Perls, T.T., Rothman, S.M., Warner, H.R., West, M.D., and Wright, W.E. 2002. Is there an anti-aging medicine? *J. Gerontol. A. Biol. Sci.* 57(9): B333-338. An interdisciplinary workshop of the International Longevity Center – USA. (available at: http://www.ilcusa.org/_lib/pdf/pr20011101.pdf

29. Lanza, R.P., Chung, H.Y., Yoo, J.J., Wettstein, P.J., Blackwell, C., Borson, N., Hofmeister, E., Schuch, G., Soker, S., Moraes, C.T., West, M.D., and Atala, A. 2002. Generation of histocompatible tissues using nuclear transplantation. *Nature Biotechnology* 20(7): 689-696.

30. Vrana, K.E., Hipp, J.D., Goss, A.M., McCool, B.A., Riddle, D.R., Walker, S.J., Wettstein, P.J., Studer, L.P., Tabar, V., Cunniff, K., Chapman, K., Vilner, L., West, M.D., Grant, K.A., and Cibelli, J.B. 2003. Nonhuman primate parthenogenetic stem cells. *Proc. Natl. Acad. Sci. USA*, 100(suppl. 1): 11911-11916.

31. West, M.D. 2003. Back to Immortality: The Opportunities and Challenges of Therapeutic Cloning. *Life Extension* 9(11): 63-70.

32. Lanza, R., Chung, Y., West, M.D., and Campbell, K.H. 2003. Comment on "Molecular correlates of primate nuclear transfer failures". *Science*, Apr 11;300(5617):297.

33. Lanza, R., Moore, M.A., Wakayama, T., Perry, A.C., Shieh, J-H., Hendrikx, J., Leri, A., Chimenti, S., Monsen, A., Nurzynska, D., West, M.D., Kajstura, J., and Anversa, P. 2004. Regeneration of infarcted heart with stem cells derived by nuclear transplantation. *Circ. Res.* 94(6): 820-827.

34. Butler, R.N., Warner, H.R., Williams, T.F., Austad, S.N., Brody, J.A., Campisi, J., Cerami, A., Cohen, G., Cristofalo, V.J., Drachman, D.A., Finch, C.E., Fridovich, I., Harley, C.B., Havlik, R.J., Martin, G.M., Miller, R.A., Olshansky, S.J., Pereira-Smith, O.M., Smith, J.R., Sprott, R.L., West, M.D., Wilmoth, J.R., and Wright, W.E. 1994. The aging factor in health and disease: the promise of basic research on aging. *Aging Clin. Exp. Res.* 16(2): 104-11; discussion 111-2.

35. Klimanskaya, I., Hipp, J., Rezai, K.A., West, M., Atala, A., Lanza, R. 2004. Derivation and comparative assessment of retinal pigment epithelium from human embryonic stem cells using transcriptomics. *Cloning and Stem Cells*, 6(3): 217-245.

36. West, M. (2004). "An Interview with Michael West. Interviewed by Vicki Glaser." *Rejuvenation Res* **7**(1): 65-70

37. Klimanskaya, I., Chung, Y., Meisner, L., Johnson, J., West, M.D., and Lanza, R. 2005. Human Embryonic Stem Cells Derived Without Feeder Cells. *Lancet* 365(9467): 4997.

38. Lanza, R., Shieh, J-H., Wettstein, P.J., Sweeney, R.W., Wu, K., Weisz, A., Borson, N., Henderson, B., West, M.D., and Moore, M.A.S. 2005. Long-Term Bovine Hematopoietic Engraftment with Clone-derived Stem Cells. *Cloning and Stem Cells*, 7(2): 95-106.

*39.* Wilmut, I., West, M.D. Lanza, R., Gearhart, J.D., Smith, A., Colman, A., Trounson, A., and Campbell, K.H. 2005. Human Embryonic Stem Cells. *Science* Online December 13.

40. West, M.D. 2007. Mortal and Immortal Cells: Gerontology in the Age of Regenerative Medicine. In: Physiological Basis of Aging and Geriatrics, 4th Edition, Informa Healthcare (Ed. P. Timiras).

41. West, M .D. and Mason, C. 2007. Mapping the human embryome: 1 to 10e3 and all the cells in between. *Regen. Med*. 2(4):329-333.

42. West, M.D., Sargent, R.G., Long, J., Brown, C., Chu, J-S., Kessler, S., Derugin, N., Sampathkumar, J., Burrows, C., Vaziri, H., Williams, R., Chapman, K.B., Larocca, D., Loring, J.F., and Murai, J. 2008. The ACTCellerate Initiative: large-scale combinatorial cloning of novel human embryonic stem cell derivatives. *Regen. Med*. 3(3): 287-308.

43. West, M.D. 2010. Embryonic Stem Cells: Prospects of Regenerative Medicine for the Treatment of Human Aging. In: *The Future of Aging*, (Eds. Fahy, G.M., West, M.D., Coles, L.S., and Harris, S.B.) Springer, Berlin, Germany.

44. Vaziri H, Chapman K, Guigova A, Teichroeb J, Lacher M, Sternberg H, Singec I, Briggs L, Wheeler J, Sampathkumar J, Gonzalez R, Larocca D, Murai J, Snyder E, Andrews W, Funk W, West M.D. 2010. Spontaneous reversal of the developmental aging of normal human cells following transcriptional reprogramming. *Regen. Med*. 5(3): 345-363.

45. West, M.D. and Vaziri, H. 2010. Back to Immortality: The restoration of embryonic telomere length during induced pluripotency. *Regen. Med.* 5(4):485-488.

46. Funk, W.D., Labat, I., Sampathkumar, J., Gourraud, P-A., Oxenberg, J.R., Rosler, E., Steiger, D., Sheibani, N., Caillier, S., Stache-Crain, B., Johnson, J.A., Meisner, L., Lacher, M.D., Chapman, K.B., Park, Myung Jin, Shin, Kyoung-Jin, Drmanac, R., West, M.D. 2011. Evaluating the Genomic and Sequence Integrity of human ES cell lines; Comparison to Normal Genomes. *Stem Cell Research* 8(2):154-64.

47. Sternberg, H. Murai, J.T., Erickson, I.E., Funk, W.D., Das, S., Wang, Q., Snyder, E., Chapman, K.B., Vangsness, C.T. Jr., and West, M.D. 2012. A human embryonic stem cell-derived clonal progenitor cell line with chondrogenic potential and markers of craniofacial mesenchyme. *Regen. Med.* 7(4): 481-501.

48. Prestwich, G.D., Erickson, I., Zarembinski, T.I., West, M., and Tew W.P. 2012. The translational imperative: Making cell therapy simple and effective. *Acta Biomater.* 8(12):4200-7.

49. Chapman, K.B., Predes, M.J., Sternberg, H., Kidd, J.L., Funk, W.D., Wagner, J., and West, M.D. 2012. *Col10A1* expression is elevated in diverse solid tumor types and is associated with tumor vasculature. *Future Oncology* 8(8): 1031-1040.

50. Sternberg, H., Kidd, J., Murai, J.T., Jiang, J., Rinon, A., Erickson, I.E., Funk, W.D., Wang, Q., Chapman, K.B., Vangsness, Jr. C.T., and West, M.D. 2012. Seven diverse human embryonic stem cell-derived chondrogenic clonal embryonic progenitor cell lines display site-specific cell fates. *Regen. Med.* 8(2):125-44.

51. Bignone, P.A., Krupa, R.A., Sternberg, H., Funk, W.D., Snyder, E.Y., West, M.D., and Larocca, D. 2013. Identification of Human Embryonic Progenitor Cell Targeting Peptides Using Phage Display. *PLoS ONE* 8(3): e58200.

52. Sternberg, H., Janus, J., and West, M. 2013. Defining cell-matrix combination products in the era of pluripotency. *Biomatter* 2013 Jan 1;3(1). pii: e24496.

53. Tsviya Olender, T. Safran, M., Edgar, R., Stelzer, G., Nativ, N., Rosen, N., Shtrichman, R., Mazor, Y., West, M.D., Keydar, I., Rappaport, N., Belinsky, F., Warshawsky, D., and Lancet, D. 2013. An Overview of Synergistic Data Tools for Biological Scrutiny. *Israel J. Chem.*, 53: 185–198.

54. Edgar, R., Mazor, Y., Rinon, A., Blumenthal, J., Golan, Y., Buzhor, E., Livnat, I., Ben-Ari, S., Lieder, I., Shitrit, A., Gilboa, Y., Ben-Yehudah, A., Edri, O., Shraga, N., Bogoch, Y., Leshansky, L., Aharoni, S., West, M.D., Warshawsky, D., and Shtrichman, R. 2013. LifeMap Discovery: The embryonic development, stem cells, and regenerative medicine research portal. *PLoS ONE* 8(7): epublished ahead of print.

55. Chapman, K.B., Prendes, M.J., Kidd, J.L., Sternberg, H., West, M.D., and Wagner, J. 2013. Elevated expression of cancer/testis antigen FSIP1 in ER-positive breast tumors *Biomark Med.* 7(4): 601-11.

56. Sternberg, H., Jiang, J., Sim, P., Kidd, J., Janus, J., Rinon, A., Edgar, R., Shitrit, A., Larocca, D., Chapman, K.B., Binette, F., and West, M.D. 2014. Human embryonic stem cell-derived neural crest cells capable of expressing markers of osteochondral or meningeal-choroid plexus differentiation. *Regen. Med.* 9(1): 53-66.

57. Caplan, A.I. and West, M.D. 2014. Progressive Approval: A Proposal for a New Regulatory Pathway for Regenerative Medicine. *Stem Cells Transl. Med.* 3(5) 560-563.

58. Yu, J., Adisetiyo, H., Little, G.H., Vangsness, C.T. Jr., Jiang, J., Sternberg, H., West, M.D., and Frenkel, B. 2014. Initial Characterization of Osteoblast Differentiation

and Loss of RUNX2 Stability in the Newly Established SK11 Human Embryonic Stem Cell-Derived Cell Line. *J. Cell Physiol*. 230(2): 237-41.

59. Bignone PA, Krupa RA, West MD, Larocca D. 2014. Selection of Phage Display Peptides Targeting Human Pluripotent Stem Cell-Derived Progenitor Cell Lines. *Methods Mol Biol*. 1357:269-83.

60. Singh, R.K., Mallela, R.K., Cornuet, P.K., Reifler, A.N., Chervenak, A.P., West, M.D., Wong, K.Y., and Nasonkin, I.O. 2015. Characterization of Three-Dimensional Retinal Tissue Derived from Human Embryonic Stem Cells in Adherent Monolayer Cultures. *Stem Cells Dev*. 24(23): 2778-95.

61. West, M.D. Binette, F., Larocca, D., Chapman, K.B., Irving, C., and Sternberg, H. 2016. The Germline/Soma Dichotomy: Implications for Aging and Degenerative Disease. *Regen. Med*. 11(3): 331-334.

62. Zhavoronkov, A. Izumchenko, E. Kanherkar, R.R., Teka, M., Cantor, C., Manaye, K., Csoka, A.B., West, M.D., and Makarev, E. 2016. Pro-fibrotic pathway activation in trabecular meshwork and lamina cribrosa is the main driving force of glaucoma. *Cell Cycle* Published Online May 26, 2016.

63. West, M.D., Nasonkin, I., Larocca, D., Chapman, K.B., Binette, F., and Sternberg, H. 2016. Adult Versus Pluripotent Stem Cell-Derived Mesenchymal Stem Cells: The Need for More Precise Nomenclature. *Curr. Stem Cell Rep*. 2:299-303.

64. Ozerov, I.V., Lezhnina, K.V., Izumchenko, E., Artemov, A.V., Medintsev, S., Vanhaelen, Q., Aliper, A., Vijg, J., Osipov, A.N., Labat, I., West, M.D., Buzdin, A., Cantor, C.R., Nikolsky, Y., Borisov, N., Irincheeva, I., Khokhlovich, E., Sidransky, D., Camargo, M.L., and Zhavoronkov, A. 2016. In silico pathway activation network decomposition analysis (iPANDA) as a method for biomarker development. *Nat. Commun*. 7: 13427.

65. Singh, R.K., Mallela, R.K., Hayes, A., Dunham, N.R., Hedden, M.E., Enke, R.A., Fariss, R.N., Sternberg, H., West, M.D., and Nasonkin, I.O. 2016. Dnmt1, Dnmt3a, and Dnmt3b cooperate in photoreceptor and outer plexiform layer development in the mammalian retina. *Exp. Eye Res*. Nov 16. pii: S0014-4835(16)30469-9. doi: 10.1016/j.exer.2016.11.014. [Epub ahead of print].

66. Somoza, R.A., Correa, D., Labat, I., Sternberg, H., Forrest, M.E., Khalil, A.M., West, M.D., Tesar, P.J., and Caplan, A.I. 2017. Transcriptome-wide analysis of human neonatal articular cartilage and human mesenchymal stem cells (hMSCs)-derived cartilage provide a new molecular target for evaluating engineered cartilage. *Tissue Eng. Part A*. Jun 10, doi: 10.1089/ten.TEA.2016.0559 [Epub ahead of print].

67. West, M.D., Labat, I., Sternberg, H., Larocca, D., Nasonkin, I., Chapman, K.B., Singh, R., Makarev, E., Aliper, A., Kazennov, A., Alekseenko, A., Shuvalov, N., Cheskidova, E., Alekseev, A., Artemov, A., Putin, E., Mamoshina, P., Pryanichnikov, N., Larocca, J., Copeland, K., Izumchenko, E., Korzinkin, M., and Zhavoronkov, A. 2018. Use of deep neural network ensembles to identify embryonic-fetal transition markers: repression of *COX7A1* in embryonic and cancer cells. *Oncotarget*, 9(8) 7796-7811.

68. Singh, R., Cuzzani, O., Binette, F., Sternberg, H., West, M.D. and Nasonkin, I.O. 2018. Pluripotent Stem Cells for Retinal Tissue Engineering: Current Status and Future Prospects. *Stem Cell Rev Rep.* 14(4):463-483

69. West, M.D., Chang CF, Larocca D, Li J, Jiang J, Sim P, Labat I, Chapman KB, Wong KE, Nicoll J, Van Kanegan MJ, de Grey ADNJ, Nasonkin IO, Stahl A, Sternberg H. 2019. Clonal Derivation of White and Brown Adipocyte Progenitors from Human Pluripotent Stem cells. *Stem Cell Res Ther*.10:7.

70. West, M.D., Sternberg, H., Labat, I., Janus, J., Chapman, K.B., Malik, N.N., de Grey, A.D., and Larocca, D. 2019. Toward a Unified Theory of Aging and Regeneration. *Regen. Med.* 14(9):867-886.

71. West, M.D. 2019. Regenerative Medicine and Aging: Is Senescence Reprogrammable? In: Second-Generation Cell and Gene-Based Therapies: Biological Advances, Clinical Outcomes, and Strategies for Capitalization, (Eds. Vertes, A., Dowden, N.J., Smith, D., and Qureshi, N.) Academic Press, p. 449-460.

72. West, M.D. Labat, I., Li, J. Sim, P, Janus, J., Mangelson, H., Sullivan, S., Liachko, I., Labhart, P., Craske, M., Egan, B., Chapman, K.B., Malik, N.N., Larocca, D., and Sternberg, H. 2021. Differential Expression of the α, β, and γ Protocadherin Isoforms During Differentiation, Aging, and Cancer. *bioRxiv* 2021.03.07.434314; doi: https://doi.org/10.1101/2021.03.07.434314

73. Larocca, D., Lee, J., West, M.D., Labat, I., and Sternberg, H. 2021. No Time to Age: Uncoupling Aging from Chronological Time. *Genes* (Basel). 2021 Apr 21;12(5):611. doi: 10.3390/genes12050611. PMID: 33919082; PMCID: PMC8143125.

74. Green, R.M., West, M.D., and Hayflick, L. 2021. Don't abandon 14-day limit on embryo research, it makes sense. *Nature* 594:333.

75. Lee, J., Sternberg, H., Bignone, P.A., Murai, J., Malik, N.N., West, M.D., and Larocca, D. 2023. Clonal and scalable endothelial progenitor cell lines from human

pluripotent stem cells. Biomedicines13;11(10):2777. doi: 10.3390/biomedicines11102777. PMID: 37893151; PMCID: PMC10604251.

76. Dewal RS, Yang FT, Baer LA, Vidal P, Hernandez-Saavedra D, Seculov NP, Ghosh A, Noé F, Togliatti O, Hughes L, DeBari MK, West MD, Soroko R, Sternberg H, Malik NN, Puchulu-Campanella E, Wang H, Yan P, Wolfrum C, Abbott RD, Stanford KI. Transplantation of committed pre-adipocytes from brown adipose tissue improves whole-body glucose homeostasis. iScience. 2024 Jan 17;27(2):108927. doi: 10.1016/j.isci.2024.108927. PMID: 38327776.

77. West MD, de Magalhães JP, Olshansky SJ. Leonard Hayflick (1928-2024). *Nat Aging.* 2024 Sep 30. doi: 10.1038/s43587-024-00720-1. Epub ahead of print. PMID: 39349624.

**Books**

1. Cibelli, J.B., Lanza, R.P., Campbell, K.H.S., and West, M.D.  2002.  *Principles of Cloning*, Academic Press.

2. West, M.D.  2003.  *The Immortal Cell*.  Doubleday (ISBN 0-385-80928-6).

3. Lanza, R.P., Gearhart, J.D., Hogan, B.L.M., McKay, R.D., Melton, D.A., Pedersen, R., Thomson, J.A., and West, M.D. (Eds.), 2004.  *Handbook of Stem Cells*, Volume 1 – Embryonic Stem Cells, Academic Press.

4. Lanza, R.P., Blau, H.M., Melton, D.A., Moore, M.A., Thomas, E.D., Verfaillie, C.M., Weissman, I.L., and West, M.D.  (Eds.), 2004.  *Handbook of Stem Cells*, Volume 2 – Adult and Fetal Stem Cells, Academic Press.

5. Lanza, R.P., Gearhart, J.D., Hogan, B.L.M., Melton, D.A., Pedersen, R., Thomson, J.A., Thomas, E.D., and West, M.D. (Eds.), 2005. *Essentials of Stem Cell Biology*, Academic Press.

6. Fahy, G.M., West, M.D., Coles, L.S., and Harris, S.B. 2010. *The Future of Aging*. Springer.

7. Cibelli, J.B., Gurdon, Sir John, Wilmut, Sir Ian, Jaenisch, R. Lanza, R.P., West, M.D., and Campbell, K.H.S. 2013.  *Principles of Cloning*, Second Edition, Academic Press.

8. Wold, Z. (Pseudonym). 2024. *Ruby Perfect*, Soma Books.

**Other Publications**

West, Michael D.  1998.  Cloning: Legal, Medical, Ethical, and Social Issues.  Hearing Before the Subcommittee on Health and Environment of the Committee on Commerce, House of Representatives, Feb. 12, 1998.  Serial No. 105-70.

West, Michael D.  December 4, 2001. Testimony of Michael D. West at LHHS hearing on stem cell research, U.S. Senate Committee on Appropriations.  Text available at: http://appropriations.senate.gov/releases/record.cfm?id=179832