# EXHIBIT 1

# CORA ANDERSON

**RESEARCH ASSISTANT**

## CONTACT

- (540) 519-1340
- cora_anderson@hms.harvard.edu
- Boston, MA 02115

## SKILLS

- Teamwork and collaboration
- Research ethics
- Time management
- Attention to detail
- Literature reviews
- Analytical thinking
- Research project design
- Lab safety
- Documentation skills
- Multitasking and organization
- Problem-solving
- Publication preparation
- Laboratory testing
- Proficient in [technique]
- Experimental design
- Scientific experiments
- Specimen preparation
- Recordkeeping
- Regulatory compliance
- Lab equipment operation
- Specimen handling

## PROFESSIONAL SUMMARY

Dynamic researcher with hands-on experience at Harvard Medical School, specializing in experimental design and analytical thinking. Proven ability to collaborate effectively and adapt to evolving project needs. Skilled in specimen preparation and committed to maintaining research ethics and lab safety. Strong documentation practices enhance successful project outcomes.

## EXPERIENCE

April 2023 - Present
**Research Assistant**
Harvard Medical School, Boston, MA

- WNT project: Destruction complex targets. Focus on APC/Axin1 targets. APC interaction with SREBP2.
- Xenopus Single Cell project: Embryo dissociation, microfluidics chip design
- Participated in team meetings to discuss progress on ongoing projects.
- Assisted in designing research methodologies and protocols.
- Operated and maintained research equipment following established protocols and best practices.
- Adapted to changing research environments and readily adjusted to new research directions and priorities.

May 2021 - April 2023
**Research Technician**
University of Notre Dame, South Bend, IN

## EDUCATION

**Bachelor of Arts (B.A.) in Biology**
James Madison University, Harrisonburg, VA, US

**Bachelor of Science (B.S.) in Biology**
Northeast State Community College, Blountville TN

**Bachelor of Arts (B.A.) in Biology**
East Tennessee State University, Johnson City, TN, US

## CERTIFICATIONS

- IACUC training

## PUBLICATIONS

- Anderson, Cora E., et al. "Inverse Lansing effect: maternal age and provisioning affecting daughters' longevity and male offspring production." The American Naturalist 200.5 (2022): 704-721.
- Anderson, Cora E., et al. "Lack of age-related respiratory changes in Daphnia." Biogerontology 23.1 (2022): 85-97.
- Ekwudo, Millicent N., et al. "The interplay between prior selection, mild intermittent exposure, and acute severe exposure in phenotypic and transcriptional response to hypoxia." Ecology and Evolution 12.10 (2022): e9319.
- Beam, Thomas C., et al. "Short lifespan is one's fate, long lifespan is one's achievement: lessons from Daphnia." GeroScience 46.6 (2024): 6361-6381.