May 21, 2025

Declaration of Andrea Nicole Wilson – LCB, CCS

My name is Andrea Nicole Wilson, and I am a Licensed U.S. Customs Broker. I have worked in the customs and international trade industry for over 15 years, processing thousands of import entries across all modes of transportation, including air cargo, ocean freight, land border crossings, and passenger hand-carried items. I specialize in imports involving live animals, preserved specimens, and agricultural products, which often fall under the jurisdiction of multiple federal agencies.

As a Customs Broker, my role is to ensure compliance with all applicable U.S. import regulations, including those enforced by U.S. Customs and Border Protection (CBP) and other Participating Government Agencies (PGAs) such as the U.S. Department of Agriculture (USDA), the U.S. Fish and Wildlife Service (FWS), and the Centers for Disease Control and Prevention (CDC).

I have reviewed the following documentation in connection with the case of Kseniia Petrova:

- A letter from the Research Center at Institute Curie in France, which describes the research samples Ms. Petrova was bringing to the United States;

- Mr. Petrova's Record of Sworn Statement dated February 16, 2025.

As a Licensed U.S. Customs Broker, after reviewing the details of the merchandise in question, I can state that—based on my professional experience and knowledge of applicable import procedures—this item is not prohibited, would not require a permit, and would typically be cleared through standard formal entry procedures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully,

Andrea Nicole Wilson
Licensed U.S. Customs Broker
**Global Customs Brokers LLC**
7500 NW 25th St. Suite 216 Miami, FL 33122
Phone: 305.597.0551 |Cel. 786.222.8896 |Email. nicole@gcbusa.com
www.globalcustomsbrokers.com

