UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN 16 PM 4:04

CLERK
BY  (sig)
DEPUTY CLERK

| | |
|---|---|
| KSENIIA PETROVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY; KRISTI NOEM, Secretary of the )<br>U.S. Department of Homeland Security, in her )<br>official capacity; THERESA MESSIER, )<br>Superintendent, Chittenden Regional )<br>Facility, in her official capacity; PETE R. )<br>FLORES, Acting Commissioner, U.S. Customs )<br>and Border Protection; JULIO CARAVIA, )<br>Director, Boston Logan Airport Port of Entry, )<br>U.S. Customs and Border Protection; )<br>PAMELA J. BONDI, U.S. Attorney General; )<br>PAUL CAMPBELL, Warden, Ouachita )<br>Correctional Center, Monroe, LA; KEITH )<br>DEVILLE, Warden, Richwood Correctional )<br>Center, Monroe, LA )<br>)<br>Respondents. ) | Case No. 2:25-cv-00240 |

**ENTRY ORDER GRANTING IN PART AND DENYING IN PART
RESPONDENTS' PROPOSED CONDITIONS OF BAIL**
(Doc. 73)

On May 29, 2025, the court released Petitioner Kseniia Petrova on bail pursuant to its "inherent authority to admit to bail habeas petitioners" and invited the government to propose conditions of release. *Mapp v. Reno*, 241 F.3d 221, 231 (2d Cir. 2001). The federal respondents filed a memorandum proposing conditions of bail on May 30, 2025, (Doc. 73), and Ms. Petrova filed an opposition on June 3, 2025, (Doc. 87). In the interim, Ms. Petrova was held in custody pursuant to a criminal case pending against her in the District of Massachusetts. On June 12, 2025, Ms. Petrova appeared for a detention hearing in the District of Massachusetts before Magistrate Judge Judith G. Dein. The

government withdrew its motion for detention, and Ms. Petrova was released on conditions set by the Magistrate Judge. Electronic Clerk's Notes, United States v. Petrova, 1:25-mj-05150 (D. Mass. June 12, 2025).

This court sets the following conditions of bail for Ms. Petrova's release in her habeas case:

1. Ms. Petrova must report for any hearing directed by U.S. Immigration and Customs Enforcement ("ICE") or the Executive Office for Immigration Review.
2. Ms. Petrova or her counsel must check in with Boston Enforcement and Removal Operations ("ERO") by calling (781) 359-7500 within two business days of the issuance of this order.
3. Ms. Petrova must surrender for removal from the United States if she is subject to a final removal order and has exhausted all applicable administrative or judicial procedures and remedies.
4. Ms. Petrova must notify the ERO of any change of address.
5. Ms. Petrova must not violate any local, state, or federal criminal laws.
6. Should the government seek to re-detain Ms. Petrova in connection with her immigration status or proceedings, or for any violation of these conditions of release, the government must provide 24 hours' notice to this court and to Ms. Petrova's counsel.

## CONCLUSION

For the foregoing reasons, the court GRANTS in part and DENIES in part Respondents' proposed conditions of bail.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this _16th_ day of June, 2025.

Christina Reiss, Chief Judge
United States District Court