# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| _____ ) | |
| **KSENIIA PETROVA**, ) | |
| ) | |
| Petitioner-Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-00240-CR |
| ) | |
| **U.S. DEPARTMENT OF HOMELAND** ) | **Honorable Chief District Judge** |
| **SECURITY; KRISTI NOEM**, Secretary of the ) | **Christina Reiss** |
| U.S. Department of Homeland Security, in her ) | |
| official capacity; **THERESA MESSIER**, ) | |
| Superintendent, Chittenden Regional Correctional ) | |
| Facility, in her official capacity, ) | |
| ) | |
| Respondents-Defendants. ) | |
| _____ ) | |

## CERTIFIED ADMINISTRATIVE RECORD (Vol. 1)

## INDEX

| Document | Bates Page Number |
|---|---|
| Certification of Agency Records (Dec. 4, 2025) | N/A |
| Notice and Order of Expedited Removal (Feb. 16, 2025) | 1-3 |
| Record of Sworn Statement Under Section 235(b)(1) of the Act (Feb. 16, 2025) | 4-9 |
| Jurat for Record of Sworn Statement in Proceedings Under Section 235(b)(1) of the Act | 10 |
| Record of Deportable/Inadmissible Alien (Feb. 16, 2025) | 11-15 |
| Passport of the Russian Federation for Kseniia Petrova | 16-25 |
| Form I-94, Arrival Departure Record | 26 |
| Memorandum From Acting Executive Director of Admissibility and Passenger Programs (Dec. 6, 2013) | 27-28 |

## PRIVILEGE LOG

| Document Description | Bates Page Number | Privileges Asserted |
|---|---|---|
| Memorandum From Acting Executive Director of Admissibility and Passenger Programs (Dec. 6, 2013) | 27-28 | Law Enforcement Privilege. Disclosure of law enforcement procedures would adversely impact the ability of CBP to effectively enforce immigration laws. |

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**

**CERTIFICATION OF AGENCY RECORDS**

Pursuant to 28 U.S.C. § 1732-1733, the attached agency documents are records of the U.S.

Department of Homeland Security, U.S. Customs and Border Protection, Office of Field

Operations.

I, John W. Wallace, declare:

1. I am a Watch Commander with U.S. Customs and Border Protection, Office of Field
   Operations.  I have served in this position since August 2022.  My current duty location is
   Logan International Airport in Boston, Massachusetts. My responsibilities include
   overseeing the inspections and admissibility determinations of international travelers
   conducted by U.S. Customs and Border Protection Officers assigned to Logan
   International Airport.

2. Attached to this Certification is a copy of the official agency records generated as part of
   the inspection of the following traveler:

   Subject:  Kseniia Petrova
   File No.: A240-485-724

3. These records were prepared by personnel of the U.S. Department of Homeland Security,
   U.S. Customs and Border Protection, Office of Field Operations in the ordinary course of
   business at or near acts, conditions, or events described in the records.

I, John W. Wallace, do hereby certify that I have reviewed the records attached to this

certification, and confirm that they are true and correct copies of the originals.

12/4/2025
Date

JOHN W WALLACE  Digitally signed by JOHN W WALLACE
Date: 2025.12.04 14:10:09 -05'00'

John W. Wallace, CBP Watch Commander

U.S. Department of Homeland Security

## Notice and Order of Expedited Removal

## DETERMINATION OF INADMISSIBILITY

Event Number : ▮▮▮▮▮▮▮        File No: 240485724

SIGMA Event: ▮▮▮▮▮        Date: February 16, 2025

In the Matter of: PETROVA, KSENIIA

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;
2. You are a native of RUSSIA and a citizen of RUSSIA;
3. You applied for admission on 02/16/2025 at GENERAL EDWARD LAWRENCE LOGAN INTERNATIONAL AIRPORT, BOSTON, MA, USA;
4. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act; to wit; you are an intending immigrant with out valid documents as you claimed credible fear to return to your home country of Russia

...(CONTINUED ON I-831)

CBP OFFICER ▮▮▮▮▮▮▮▮
_____
Name and title of immigration officer (Print)

▮▮▮▮▮▮▮▮▮
_____
*Digitally Acquired Signature*    Signature of immigration officer

## ORDER OF REMOVAL
### UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

_____
Name and title of immigration officer (Print)

_____
Signature of immigration officer

_____
Name and title of supervisor (Print)

_____
Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

---

## CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on February 16, 2025
                                                                                                (Date)

CBP OFFICER ▮▮▮▮▮▮
_____
Signature of immigration officer

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.)** Form I-860 (Rev. 08/01/07)

001

**U.S. Department of Homeland Security**              **Notice and Order of Expedited Removal**

---

**ACKNOWLEDGEMENT**

I acknowledge receipt of this notification _____

Signature of alien

Form I-860 (reverse)

**U.S. Department of Homeland Security**                    Continuation Page for Form I-860

| Alien's Name | File Number **2404**▮▮ | Date |
|---|---|---|
| **PETROVA, KSENIIA** | SIGMA Event: ▮▮▮▮ | **February 16, 2025** |
| | Event No: ▮▮▮▮ | |

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE
UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
================================================================================

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an
immigrant who, at the time of application for admission, is not in possession of a valid
unexpired immigrant visa, reentry permit, border crossing card, or other valid entry
document required by the Act, and a valid unexpired passport, or other suitable travel
document, or document of identity and nationality as required under the regulations issued
by the Attorney General under section 211(a) of the Act.

| Signature | Title |
|---|---|
| ▮▮▮▮▮▮▮▮ | **CBP OFFICER** |

*Digitally Acquired Signature*

_____ **3** of _____ **3** ____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

U.S. Department of Homeland Security

Office: **GENERAL EDWARD LAWRENCE LOGAN INTERNATIONAL AIRPORT, BOSTON, MA, USA**

SIGMA Event: ▉
File No: **A-240-485-724**
Event Number : ▉

Statement by: **PETROVA, KSENIIA**

In the case of: **PETROVA, KSENIIA**

Date of Birth: ▉**/1994**

Gender (circle one): Male (Female)

At: **BOSTON (LGN)**

Date: **02/16/2025**

Before: **ANGULO,** ▉ **CBP OFFICER**
(Name and Title)

Digitally Acquired Signature

In the **ENGLISH** language. Interpreter _____ Employed by _____

I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Q. Do you understand what I've said to you?

A. Yes

Q. Any statement you make must be given freely and voluntarily. Are you willing to answer my questions at this time?

A. Yes

Q. Do you swear or affirm that all the statements you are about to make are true and complete?

A. Yes

Q. Are you comfortable conducting this statement in the English language?

A. Yes

...(CONTINUED ON I-831)

Page 1 of _7_


Ksenia
Digitally Acquired Signature

I-867A (08/01/07)

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.) 004**

U.S. Department of Homeland Security                    Continuation Page for Form  I-867A

| Alien's Name<br>**PETROVA, KSENIIA** | File Number **A-240-485-724**<br>SIGMA Event: ▮▮▮▮▮▮<br>Event No: ▮▮▮▮▮▮ | Date<br>**February 16, 2025** |

**Q.** What is your full, true and correct name?

**A.** Kseniia Petrova

**Q.** Have you ever been known by any other name or names?

**A.** No

**Q.** When were you born?

**A.** ▮▮▮▮▮▮, 1994

**Q.** Where were you born?

**A.** Russia

**Q.** What country are you a citizen of?

**A.** Russia

**Q.** Do you have any claim to United States citizenship?

**A.** No

**Q.** Do you have any claim to Lawful Permanent Residency in the United States?

**A.** No

**Q.** Do you have any pending petitions before the United States government that would allow you to live or work in the United States?

**A.** No

**Q.** What is your father's name?

**A.** ▮▮▮▮▮▮

**Q.** What is your father's citizenship?

**A.** Russia

**Q.** Where was your father born?

**A.** Russia

**Q.** Has your father ever resided in the United States?

**A.** No

**Q.** Where does your father currently reside?

**A.** Russia
...(CONTINUED ON NEXT PAGE)

| Signature<br>▮▮▮▮▮▮▮▮▮ | Title<br>**CBP OFFICER** |

*Digitally Acquired Signature*

*Ksenia*
*Digitally Acquired Signature*

__2__ of __7__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.)  005**

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-867A

| Alien's Name | File Number A-240-485-724 | Date |
|---|---|---|
| PETROVA, KSENIIA | SIGMA Event: ▮▮▮▮▮<br>Event No: ▮▮▮▮▮▮▮ | February 16, 2025 |

Q. What is your mother's name?

A. ▮▮▮▮▮▮▮▮

Q. What is your mother's citizenship?

A. Russia

Q. Where was your mother born?

A. Russia

Q. Has your mother ever resided in the United States?

A. No

Q. Where does your mother currently reside?

A. Russia

Q. Are you currently married?

A. No

Q. Do you have any children?

A. No

Q. Do you have any relatives who are currently Lawful Permanent Residents of the United States?

A. No

Q. Do you have any relatives who are currently United States citizens?

A. No

Q. On February 16th, 2025, you entered the United States at Boston Logan International Airport in Boston, Massachusetts and arrived on Air France flight 334 from Paris, France. Is this correct?

A. Yes

Q. When you entered the United States you presented yourself as a Russian citizen with your Russian passport bearing #768044550. With a J1 non-immigrant visa FOIL# T1302206. Is this correct?

A. Yes

Q. What is the purpose of your travel today?

A. I am coming back home, I live here and I work here
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮ | CBP OFFICER |

*Digitally Acquired Signature*

*Ksenia*
*Digitally Acquired Signature*

____3____ of ____7____ Pages

Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.)  006

**U.S. Department of Homeland Security**    **Continuation Page for Form** I-867A

| Alien's Name | File Number **A-240-485-724** | Date |
|---|---|---|
| **PETROVA, KSENIIA** | SIGMA Event: ▮▮▮▮ | **February 16, 2025** |
| | Event No: ▮▮▮▮ | |

Q. Where do you work?

A. Harvard Meical School

Q. What do you do at Harvard?

A. I am research assistant

Q. What do you do research in?

A. Biology

Q. You were asked by the primary officer if you were traveling with any biological material. You stated no, do you understand?

A. Yes

Q. You were asked by an agricultural specialist if you were traveling with any biological material. You stated no, do you understand?

A. Yes

Q. The agriculture specialist found a Styrofoam box with biologicals as well as loose biologicals in multiple Ziplock bags in your duffle bag, is this correct?

A. Yes

Q. Did you pack the biological contents into your duffle bag and the Styrofoam box?

A. Yes

Q. Can you describe what type of biological material you placed in your duffle bag?

A. Fixed and embedded frog embryos

Q. Is this biological material from a laboratory?

A. Yes

Q. What laboratory is this biological material from?

A. Anne Helen Mon Soro Burq in Medical Insitute in Paris

Q. Why did you bring this biological material to the United States?

A. To (long pause.......) finish our experiment

Q. What is the experiment you are trying to finish?

A. Spatial transcriptomics

Q. Why do you need frog embryos for spatial transcriptomics
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| ████████████ | |
| *Digitally Acquired Signature* | **CBP OFFICER** |

*Ksenia*
*Digitally Acquired Signature*

_____4_____ of ___7___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.)  007**

U.S. Department of Homeland Security

Continuation Page for Form  I-867A

| Alien's Name<br>**PETROVA, KSENIIA** | File Number **A-240-485-724** | Date |
| | SIGMA Event: ▇▇▇▇▇ | **February 16, 2025** |
| | Event No: ▇▇▇▇▇ | |

A. Frog embryos well established biological for embryology research

Q. Did you know that you are supposed to declare biological material when entering the United States?

A. Ummmm..... (long pause). I was not sure

Q. Who is Will TRIM?

A. Ummmm... (long pause) my colleague

Q. A text message from Will TRIM (▇▇▇▇▇▇) states: "if you bring samples or antibody back, make sure you get the permissions etc. Like that link i sent to leon/ group chat about frog embryos because TSA went through my bags at customs in Boston" Do you understand?

A. Yes

Q. Did you have a permit issued by the United States Government that would allow you to import this biological material?

A. No

Q. I'll ask the question again; did you know that you are supposed to declare biological material when entering the United States?

A. I was not sure about embryos specifically

Q. Who is Leon PESHKIN?

A. My principal investigator

Q. How did you meet Leon Peshkin?

A. Through common friends

Q. A text message from Leon PESHKIN from phone number (▇▇▇▇▇▇) states "what is your plan for getting through US Customs with samples?" Do you understand?

A. Yes

Q. Your response back to Leon PESHKIN states: "No plan yet &#128522;. I won't be able to swallow them &#128522;" Do you understand?

A. (Laughs for a minute) Yes

Q. You are inadmissible pursuant to INA 212(a)(7)(A)(i)(I) as an immigrant without a valid and unexpired immigrant document. Your true intentions cannot be determined. Do you understand?

A. Yes

Q. You are being afforded the opportunity to willingly withdraw your application for admission...(CONTINUED ON NEXT PAGE)

| Signature | Title |
| ▇▇▇▇▇▇▇▇▇▇▇▇ | |
| *Digitally Acquired Signature* | **CBP OFFICER** |

*Ksenia*
*Digitally Acquired Signature*

Form I-831 Continuation Page (Rev. 08/01/07)

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.)  008**

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-867A

| Alien's Name | File Number A-240-485-724 | Date |
|---|---|---|
| **PETROVA, KSENIIA** | SIGMA Event: ▮▮▮▮ | **February 16, 2025** |
| | Event No: ▮▮▮▮ | |

to the United States in lieu of being expeditiously removed which carries a bar of five years. Would you like to willingly withdraw your application for admission at this time?

A. Yes

Q. Your visa will be canceled. You must obtain a visa prior to future travel to the United States. Do you understand?

A. Yes

Q. Is there anything you would like to add?

A. No.

Q. Would you like the US Government to contact the Russian Government to let them know you are here?

A. No

Q. Do you have fear or are afraid to return to your home country?

A. Yes, I am scared to go back to Russia. I am afraid the Russian Federation will kill me for protesting against them

| | | Title |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | | **CBP OFFICER** |

*Digitally Acquired Signature*



Ksenia

*Digitally Acquired Signature*

_____**6**_____ of _____**7**_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

**Jurat for Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

SIGMA Event: ▮

Q: Why did you leave your home country or country of last residence?

A. **To return back to Harvard**

Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?

A. ▮

Q. Would you be harmed if you are returned to your home country or country of last residence?

A. ▮

Q. Do you have        or is there anything else you would like to add?

A. **No**

I have read (or have had read to me) this statement, consisting of __7__ pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Department of Homeland Security. I have initialed each page of this statement (and the corrections noted on page(s)_____).

*Digitally Acquired Signature*

Signature: _Ksenia_____

**PETROVA, KSENIIA**

Sworn and subscribed to before me at **BOSTON (LGN)**
on **February 16, 2025** .

*Digitally Acquired Signature*

▮

Signature of Immigration Officer

**CBP OFFICER**

*Digitally Acquired Signature*

Witnessed by: ▮

**U.S. Department of Homeland Security**                                          **Record of Deportable/Inadmissible Alien**

| | | |
|---|---|---|
| Family Name (CAPS) **PETROVA, KSENIIA** | First | Middle |

| Sex **F** | Hair **BRO** | Eyes **BRO** | Cmplxn **FAR** |
|---|---|---|---|

| Country of Citizenship **RUSSIA** | Passport Number and Country of Issue **769044550 RUSSI** | Case No: **A240485724** |
|---|---|---|

| Height **70** | Weight **130** | Occupation |
|---|---|---|

U.S. Address
**FAILED TO PROVIDE ADDRESS**

Scars and Marks
**NONE INDICATED**

| Date, Place, Time, and Manner of Last Entry **Unknown Date, Unknown Time** | Passenger Boarded at |
|---|---|

| F.B.I. Number **84RMRXPAM** | ☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated |
|---|---|

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension

| Date of Birth **1994**       Age: **30** | Date of Action **02/16/2025** | Location Code **BOS - LGN** |
|---|---|---|

| At/Near **See I-831** | Date/Hour **02/16/2025 2256** |
|---|---|

| City, Province (State) and Country of Birth **MOSCOW, RUSSIA** | AR ☐ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ **NONE** |
|---|---|---|

By

| NIV Issuing Post and NIV Number **TEL AVIV, ISRAEL T1302206** | Social Security Account Name **None** |
|---|---|

| Status at Entry **See Narrative** | Status When Found **TRAVEL/SEEKING** |
|---|---|

| Date Visa Issued **May 1, 2023** | Social Security Number **None** |
|---|---|

Length of Time Illegally in U.S. **At Entry**

| Immigration Record **NEGATIVE** | Criminal Record **None Known** |
|---|---|

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) **NONE** | Number and Nationality of Minor Children |
|---|---|

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession **See Narrative** | Fingerprinted? ☒ Yes ☐ No | Systems Checks **See Narrative** | Charge Code Words(s) **See Narrative** |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S.Employer **NONE** | Type of Employment **NONE** | Salary **0.0 USD**   Hr | Employed from/to **0/0/00 - 0/0/00** |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

PINS: 1337555111             Left Index Finger              Right Index Finger

STATUS AT ENTRY
-------------------------------------
Other Applicant for Admission

CLAIMED DOCUMENTS
----------------
Passport - 768044550 (Retained: Valid)
...(CONTINUED ON I-831)

| Digitally Acquired Signature | **CBP OFFICER** | Digitally Acquired Signature |
|---|---|---|
| Alien has been advised of communication privileges **02/16/2025** (Date/Initials) | | (Signature and Title of Immigration Officer) |

| Distribution: | Received: (Subject and Documents)  (Report of Interview) **CBP OFFICER** |
|---|---|
| | Officer: |
| | on: **February 16, 2025** (time) Digitally Acquired Signature |
| | Disposition: **EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF)** |
| | Examining Officer: **Signed on Behalf of** |

Digitally Acquired Signature            Form I-213 (Rev. 08/01/07)

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.) 011**

U.S. Department of Homeland Security                    Continuation Page for Form I213

| Alien's Name<br>PETROVA, KSENIIA | File Number A-240-485-724 ███████████████ | Date<br>May 6, 2025 |
|---|---|---|

Visa - T1302206

RECORDS CHECKED
---------------
█   Neg
█   Neg
    Neg
█   Neg
    Neg
█   Neg
    Neg
█   Neg

SECTION CODES
-------------
Sec212(a)(7)(A)(i)(I)
8 USC 1182-ALIEN INADMISSIBILITY UNDER SEC 212(a)

At/Near
-------------
General Edward Lawrence Logan International Airport

Narrative:
------------
Subject PETROVA, Kseniia (DOB: ███████/1994; RU PP#768044550) arrived at Boston Logan International Airport on February 16, 2025, from her original embarkment of Paris, France via Air France Airlines 334. Subject was processed on primary but encountered by an CBP agriculture specialist for having undeclared biologicals, thus referred to TTRT for further inspection.

PETROVA was met by a TTRT officer at baggage secondary where a binding declaration was obtained, and interview began.

PETROVA stated that she was returning back to the United States after a three-week vacation. From the start of the inspection with the inspecting TTRT officer, PETROVA was very reluctant to answer questions or would answers questions with one word only. PETROVA stated that she visited Latvia, Estonia, Poland, France, Amsterdam and Germany. PETROVA stated she stayed one day in Latvia and visited a museum but could not remember the name of the museum. From Latvia she took a bus to Estonia where she stated she met with a friend by the name of Evgeniya who works in artificial intelligence. PETROVA stated that she knew Evgeniya from Russia but would give no further information. PETROVA stated she stayed in Estonia also for one day and then took a bus to Warsaw, Poland to visit the Treblinka extermination camp. PETROVA also stayed one day in Poland and then took a flight to Paris for three days to see a concert. From there, PETROVA went to Amsterdam for one day to visit another museum but could not remember the name of the museum. PETROVA then went to Germany for two days to visit another friend whom she did not give the name of. After Germany, PETROVA returned back to Paris and stated she worked in the Anne Helene Mon Soro Bunq laboratory at the Institut Curie where she claimed to have received frog embryos to bring back to the United States.

During the Primary Inspection, PETROVA was asked if she was traveling with biologicals or any...(CONTINUED ON NEXT PAGE)

| Signature<br>████████████     ████████████ | Title<br>            CBP OFFICER |
|---|---|

Digitally Acquired Signature

Form I-831 Continuation Page (Rev. 08/01/07)
**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.) 012**

**U.S. Department of Homeland Security**　　　　　**Continuation Page for Form** I213

| Alien's Name<br>**PETROVA, KSENIIA** | File Number A-240-485-724 | Date<br>May 6, 2025 |
|---|---|---|

work-related materials and gave a negative declaration. Prior to the examination of PETROVA's luggage, the CPBAS BTOS asked if the subject had any research materials and PETROVA initially declared a Styrofoam container was all she had. The inspection of PETROVA's checked bags resulted in the discovery of a Styrofoam container with petri dishes containing unknown biological material. Further examination of PETROVA's checked luggage resulted in the discovery of several loose vials of biologicals packed in Ziplock bags. PETROVA stated the material was embryonic cells derived from frogs. PETROVA was asked why she was carrying undeclared biologicals, and she had no response other than stating her lab needs it in order to complete their current project. PETROVA was asked if Harvard collaborates with the Institut Curie in which she hesitated but stated no, not officially. PETROVA was not in possession of any permits or supporting documents related to the biologicals

PETROVA stated that she is originally from Moscow, Russia. PETROVA explained that she earned both her bachelors and master's at the Moscow Institute of Physics and Technology from 2014 to 2019. She received her bachelors in Math and Physics and her master's in bioinformatics. PETROVA stated that she worked at the Moscow Center for Genetics as a bioinformatician of genetic disorders from 2016 to 2023. PETROVA was asked whether this was a Russian government institution, and she stated that about half of the scientists worked for the Russian government and half for hospitals. PETROVA stated that she worked for Quantori, a U.S. based company, in Georgia, as a bioinformatician from 2021 to 2022. Lastly, PETROVA stated that she was most recently employed by the Institute of Gene Biology in Moscow conducting informatics research on populations genetics from 2023 to 2024. Currently, PETROVA is a research assistant at Harvard Medical School. PETROVA stated that she does research in biology pertaining to embryology. PETROVA stated that she does work in a lab at Harvard and works with Leon PESHKIN who is her principal investigator at the university.

Due to PETROVA traveling with undeclared biologicals and not being forthcoming during inspection, a basic examination was requested on PETROVA's cellular device for national security purposes. The basic examination was approved by SCBPO ▮▮▮▮ and the devices were viewed in compliance within CBP Policy. The cellular data and Wi-Fi connections were disabled, and the cellular device was placed into airplane mode. An inspection of Electronic Devices Tear Sheet was provided to the subject, and they were notified of the search. The subject provided the password to the cellular device. The basic examination was found to be positive for derogatory findings. During the media exam there were multiple conversations where she displays knowledge that she required authorization to bring samples into the United States. PETROVA even has a conversation with Leon PESHKIN where he asks: "what is your plan for getting through US Customs with samples?" In which PETROVA responds with "No plan yet. I won't be able to swallow them."

The media search began at 19:45hours and concluded at 23:06hours. At the conclusion of the exam the cellular device was returned to the subject by placing it back with her belongings.

Galaxy A14
Model Number: SM-A146U
Serial Number: R9TWB14W57P
IMEI: 352096699255313

Due to the fact that PETROVA was traveling with undeclared biologicals and having ties with a country of interest, along with conversations regarding PETROVA entering the US with the samples without authorization, there was reasonable suspicion to request an advanced search. ...(CONTINUED ON NEXT PAGE)

| Signature<br>▮▮▮▮▮▮　　　▮▮▮▮▮▮ | Title<br>　　　CBP OFFICER |
|---|---|

*Digitally Acquired Signature*

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.)  013**

**U.S. Department of Homeland Security**                    Continuation Page for Form ___I213___

| Alien's Name<br>**PETROVA, KSENIIA** | File Number **A-240-485-724** | Date<br>**May 6, 2025** |
|---|---|---|

The advanced exam was approved by CBP Watch Commander ▮▮▮▮▮ The advanced exam was successful and positive on the device. Information from the electronic device search was retained by CBP in a privacy act compliant system and consistent with the applicable system of records notice. The port retained no copies other than the information retained in ▮▮▮

After being put under oath and completing a sworn statement, PETROVA was afforded the opportunity to withdraw her application for admission in lieu of expedited removal, at which time she made a Credible Fear claim. PETROVA was then processed for an Expedited Removal-Credible Fear and charged under INA Section 212(a)(7)(A)(i)(I) as an intending immigrant without proper documents. NTC was notified of the findings. CBP TFO was contacted and also apprised of findings.

A third-party notification was made to Leon PESHKIN.

A#240485724
Apprehended and charged/ booked under 8 U.S.C 1182 and assigned via JABS (FBI # 84RMRXPAM). Due to congressional mandate PETROVA provided a BUCAL DNA sample and FD936 was completed. The adverse action was approved by SCBPO ▮▮▮▮ and Watch Commander ▮▮▮▮▮

| Signature | Title |
|---|---|
| ▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮ | **CBP OFFICER** |

*Digitally Acquired Signature*

Form I-831 Continuation Page (Rev. 08/01/07)

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.) 014**

U.S. Department of Homeland Security

Continuation Page for Form __I213__

| Alien's Name<br>**PETROVA, KSENIIA** | File Number **A240 485 724** | Date<br>**02/17/2025** |
|---|---|---|

```
----------------------------------------
ADDENDUM
----------------------------------------

Addendum Reason: SWB WD Closeout Questions
Added by ████████████
Added on 02/17/2025
BOSTON AIRPORT  - BOS


Addendum Narrative:
----------------------------------------
Please choose the category that best fits the crime. If more than one applies, please
select the most egregious offense.
ANSWER: N/A (ANSWERED NO TO THE PREVIOUS QUESTION)

Does the alien have a waiver of inadmissibility for the crime?
ANSWER: N/A (ANSWERED N/A TO THE PREVIOUS QUESTION)

Has the alien ever been arrested, convicted or engaged in prior criminal activity?
ANSWER: NO
```

| Signature | Title |
|---|---|
|  | **SUPERVISORY CBP OFFICER** |

_____ of _____ Pages

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.)  015**



















МЕСТО ЖИТЕЛЬСТВА

ЗАРЕГИСТРИРОВАН
17 марта 1995 г.

ГОР. МОСКВА

Пункт: МЕЛЬНИКОВА
Р-н:
Улица УЛ.
дом 13а, кв. 45
ОТДЕЛОМ УФМС РОССИИ ПО ГОР. МОСКВЕ ПО РАЙОНУ
НИЖНЕПОРТОВЫЙ

770-113

Заверил:



# MOST RECENT I-94 RESULTS

| Full Name | | | |
|---|---|---|---|
| PETROVA, Kseniia | | | |
| **Admission (I-94) Record Number** | **Most Recent Date of Entry** | **Class of Admission** | **Admit Until Date** |
| 405212830A4 | 02/16/2025 | ERF | N/A |

| DETAILS PROVIDED ON I-94 ARRIVAL/DEPARTURE RECORD |
|---|

Last/Surname: PETROVA

First (Given) Name: KSENIIA

Date of Birth: ████ 1994

Document Number: 768044550

Country of Citizenship: RUSSIA

ANNOTATIONS:



Please visit Official I-94 website for the most up-to-date information: https://i94.cbp.dhs.gov/

1300 Pennsylvania Avenue NW
Washington, DC 20229



**U.S. Customs and Border Protection**

DEC 0 6 2013

MEMORANDUM FOR:    Directors, Field Operations
Director, Preclearance Operations
Office of Field Operations

FROM:    Acting Executive Director
Admissibility and Passenger Programs

SUBJECT:

**Petrova v. U.S. Department of Homeland Security, 25-cv-240 (D. Vt.) 027**

## Weekly Muster

**Week of Muster**:
**Topic**:
**Reference**:
**Headquarters POC**:
**Office**:

