# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| **KSENIIA PETROVA**, | ) |
| | ) |
| Petitioner-Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-00240-CR |
| | ) |
| **U.S. DEPARTMENT OF HOMELAND** | ) **Honorable Chief District Judge** |
| **SECURITY; KRISTI NOEM**, Secretary of the | ) **Christina Reiss** |
| U.S. Department of Homeland Security, in her | ) |
| official capacity; **THERESA MESSIER**, | ) |
| Superintendent, Chittenden Regional Correctional | ) |
| Facility, in her official capacity, | ) |
| | ) |
| Respondents-Defendants. | ) |

## CERTIFIED ADMINISTRATIVE RECORD (Vol. 2)

## INDEX

| Document | Bates Page Number |
|---|---|
| Certification of Agency Records (Dec. 5, 2025) | N/A |
| NIV Applicant Detail | 29-32 |
| DS-160 Report | 33-38 |



United States Department of State
Washington, D.C. 20520

RE: Certification of Visa Records of the Bureau of Consular Affairs, U.S. Department of State

I, Larry W. Talbott hereby declare under penalty of perjury:

I am Deputy Director with the Office of Information Management and Liaison within the Visa Office of the Bureau of Consular Affairs, U.S. Department of State. I am authorized to certify the authenticity of visa records for the Bureau of Consular Affairs, including the visa records from the Consular Consolidated Database. The Consular Consolidated Database contains records of U.S. visa applications since 1997.

The attached documents are true, accurate and complete copies of the information contained in the Consular Consolidated Database maintained by the U.S. Department of State, Bureau of Consular Affairs, for the non-immigrant visa application submitted by **Kseniia Dmitrievna Petrova** (Date of Birth ████████ 1994) and adjudicated at the U.S. Embassy Branch Office **Tel Aviv** (Control Number **2023117 243 0001**). This record was made from the information provided by the visa applicant at or near in time to when that information was transmitted to the Department of State. The record was kept pursuant to the Department of State's procedures for the adjudication and retention of visa applications and was made as part of a regular practice.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Washington, D.C.
December 5, 2025

*Larry W. Talbott*
_____
Larry W. Talbott

SENSITIVE BUT UNCLASSIFIED



# NIV Applicant Detail

## The United States Department of State/Bureau of Consular Affairs

**Sensitive But Unclassified (SBU)** Information Protected under INA 222(f) and 9 FAM 603  This information "shall be considered confidential" per Section 222(f) of the Immigration and Nationality Act (INA) [8 U S C  Section 1202]  Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f) and 9 FAM 603  Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State  If this record is for Visa Class LPR, the subject of the record is a lawful permanent resident of the U S , and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions

Refer to FPU (Fraud Prevention Unit)

Matches… MATRIX (Match Analytics and Trusted Real-time Identity X-ref)…



**Date**
19-NOV-2025

**Issuing Post Name**
TEL AVIV (TLV)

**Surname**
PETROVA

**Given Name**
KSENIIA DMITRIEVNA

**Control Number**
2023117 243 0001

**Passport Number**
768044550, Regular

**Sex**
Female

**Date of Birth**
████ 1994

**Nationality**
RUS

SENSITIVE BUT UNCLASSIFIED
Department of Homeland Security.

**Place of Birth**
Russia (RUS)

**City of Birth**
MOSCOW



## Visa Data

**Visa Class**
Exchange Visitor (J1)
**Issued**
01-MAY-2023
**Entries**
M
**Expires**
26-APR-2026
**Foil Number**
T1302206
**Annotation**
N0034204909 P-1-00124
HARVARD UNIVERSITY
BEARER IS NOT SUBJECT TO SECTION 212(E).
TWO YEAR RULE DOES NOT APPLY.

## Additional Case Notes

There are presently no additional case notes for this case.

## Case Memo(s)

| Date Entered | User ID | Memo |
| --- | --- | --- |
| 27-APR (April)-2023 | [redacted] | Russian TCN J1 to do research at Harvard GSAS in bioinformatics. sponsored by program, ds-2019 seen, sevis initial, fee paid. subject is not a TAL concern. Strong ties, overcomes, ok to issue. |
| 18-FEB (February)-2025 | [redacted] | [redacted] |
| 28-MAY (May)-2025 | [redacted] | [redacted] |

| Adjud Date | Status |
|---|---|
| 27-APR (April)-2023 | Issued |

## Foil History

| Foil Number | Class | Printed | Foil Status | Date Spoiled |
|---|---|---|---|---|
| T1302206 | J1 | 01-MAY (May)-2023 | Printed and passed QA | |

## Application Data

**Appointment Date**
27-APR-2023
**Birth Place City**
MOSCOW
**Passport Number**
768044550
**Passport Issue Date**
07-JUL-2022
**Passport City**
MOSCOW RUS
**Passport Book Number**

**Passport Expires**
07-JUL-2032
**Passport Country**
RUS
**Address**

**City**
MOSCOW
**Country**
RUS
**State**
MOSCOW
**Postal Code**
109044
**Barcode Number**
AA00BWQWM5
**National ID**

**Employer**
INSTITUTE OF GENE BIOLOGY RUSSIAN ACADEMY OF SCIENCES
**Occupation**
NATURAL SCIENCE
**Visa Type**

**Regular**
**Petitioner Name**

**STC Name**

**Telephone**
▉▉▉▉▉▉ (home)

**Email**
▉▉▉▉▉▉@GMAIL.COM

**Contact Name**
LEON PESHKIN

**Contact Phone(s)**
▉▉▉▉▉▉

**Arrival Date**
13-MAY-2023

**Misc Data**

**Associated Case(s)**

There are presently no other cases known to be associated with this case.

**NIV Online Application**

View NIV Online Application Detail

**Scanned Documents**

There are presently no known documents associated with this case.



# CEAC DS-160 Report - Sensitive But Unclassified(SBU)

| | |
|---|---|
| All security questions are answered 'NO'. | **BARCODE #:** AA00BWQWM5 ⚠ **Data Check Pending**  **STATUS: SUBMITTED** |

## REMARKS

| Seq. | Section | Remarks | Added By | Submit Date | Site Code |
|---|---|---|---|---|---|

## PERSONAL

| | |
|---|---|
| Name Provided: | **PETROVA, KSENIIA** |
| Full Name in Native Language: | ПЕТРОВА КСЕНИЯ ДМИТРИЕВНА |
| Other Names Used: | NO |
| Do you have a telecode that represents your name? | NO |
| Date of Birth: | ███ 1994 |
| Country/Region of Birth: | MOSCOW, MOSCOW, RUSSIA |
| Country/Region of Origin (Nationality): | RUSSIA |
| Do you hold or have you held any nationality other than the one indicated above on nationality? | NO |
| Are you a permanent resident of a country/region other than your country/region of origin (nationality) indicated above? | NO |
| Sex: | FEMALE |
| Marital Status: | SINGLE |
| National Identification Number: | DOES NOT APPLY |
| U.S. Social Security Number: | DOES NOT APPLY |
| U.S. Taxpayer ID Number: | DOES NOT APPLY |

## PASSPORT

| | |
|---|---|
| Passport/Travel Document Type: | REGULAR |
| Passport/Travel Document Number: | 768044550 |
| Passport Book Number: | DOES NOT APPLY |
| Country/Authority that Issued Passport/Travel Document: | RUSSIA |
| City Where Issued: | MOSCOW |
| Country/Region Where Issued: | RUSSIA |
| Issuance Date: | 07 JULY 2022 |

## TRAVEL

| | |
|---|---|
| The List of Purposes of Trip to the U.S. | |
| (1) Purpose of Trip: | **EXCHANGE VISITOR (J)** |
| Specify: | **EXCHANGE VISITOR (J1)** |
| Specific Travel Plan? NO | |
| Intended Date of Arrival: | 13 MAY 2023 |
| Intended Length of Stay in U.S.: | 3 YEAR(S) |
| Address where you will stay in the U.S.: | 1350 MASSACHUSETTS AVE  CAMBRIDGE, MASSACHUSETTS 02138 |
| Person/Entity Paying for Your Trip: | EMPLOYER IN THE U.S. |

## TRAVEL COMPANION

| | |
|---|---|
| Other Persons Traveling with You: | NO |

## US CONTACT

| | |
|---|---|
| Contact Person Name in the U.S.: | PESHKIN, LEON |
| Organization Name in the U.S.: | HARVARD UNIVERSITY |
| Relationship to You: | EMPLOYER |
| U.S. Contact Address: | ███  BOSTON, MASSACHUSETTS 02115 |
| Phone Number: | ███ |
| Email Address: | ███@gmail.com |

## PREVIOUS US TRAVEL

| | |
|---|---|
| Have you ever been in the U.S.? | NO |
| Have you ever been issued a U.S. visa? | NO |
| Have you ever been refused a U.S. Visa, or been refused admission to the United States, or withdrawn your application for admission at the port of entry? | **NO** |
| Has anyone ever filed an immigrant petition on your behalf with the | NO |

| | | | |
|---|---|---|---|
| Expiration Date: | **07 JULY 2032** | United States Citizenship and Immigration Services? | |
| Have you ever lost a passport or had one stolen? | NO | | |

## ⯅ STUDENT/EXCHANGE VISA

## ⯅ WORK, EDUCATION AND TRAINING

| Additional Point of Contact | |
|---|---|
| (1) Names: | ANTONOV, IVAN |
| Street Address: | ▮▮▮▮▮▮▮▮▮▮ |
| City: | MOSCOW |
| State/Province: | MOSCOW |
| Postal Zone/ZIP Code: | 117624 |
| Country/Region: | RUSSIA |
| Telephone Number: | ▮▮▮▮ |
| Email Address: | ▮▮▮▮@gatech.edu |
| (2) Names: | SUVOROVA, MARIA |
| Street Address: | ▮▮▮▮▮▮▮▮▮▮ |
| City: | ZHUKOVSKY |
| State/Province: | MOSCOW REGION |
| Postal Zone/ZIP Code: | 140185 |
| Country/Region: | RUSSIA |
| Telephone Number: | ▮▮▮▮ |
| Email Address: | ▮▮▮▮@gmail.com |

| Present Work/Education/Training | |
|---|---|
| Primary Occupation: | NATURAL SCIENCE |
| Present Employer or School Name: | INSTITUTE OF GENE BIOLOGY RUSSIAN ACADEMY OF SCIENCES |
| Address: | 34 VAVILOVA STREET |
| City: | MOSCOW |
| State/Province: | MOSCOW |
| Postal Zone/Zip Code: | 119334 |
| Country/Region: | RUSSIA |
| Employment Date From: | 26 DECEMBER 2022 |
| Work Phone Number: | ▮▮▮▮ |
| Monthly Income in Local Currency(if employed): | 100000 |
| Briefly Describe your Duties: | SCIENTIFIC SOFTWARE DEVELOPER (HUMAN GENETICS) |

| SEVIS | |
|---|---|
| SEVIS ID: | N0034204909 |
| Program Number: | P-1-00124 |
| Do you intend to study in the U.S.? | NO |

## ⯅ SECURITY AND BACKGROUND

| Previous Work/Education/Training | |
|---|---|
| Were you previously employed? | YES |

| Part 1 | |
|---|---|
| Do you have a communicable disease of public health significance? (Communicable diseases of public significance include chancroid, gonorrhea, granuloma inguinale, infectious leprosy, lymphogranuloma venereum, infectious stage syphilis, active tuberculosis, and other diseases as determined by the Department of Health and Human Services.) | NO |
| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| Are you or have you ever been a drug abuser or addict? | NO |

| | | |
|---|---|---|
| (1) Employer Name: | CLOUD DEVOPS SERVICES | |
| Employer Address: | ▮▮▮▮▮▮▮▮▮▮ | |
| City: | SAINT PETERSBURG | |
| State/Province: | SAINT PETERSBURG | |
| Postal Zone/Zip Code: | 194044 | |
| Country/Region: | RUSSIA | |
| Telephone Number: | 00000000000 | |
| Job Title: | BIOINFORMATICIAN | |
| Supervisor's Surnames: | SEMYONOV | |
| Supervisor's Given Names: | SEMYON | |
| Employment Date From: | 01 JULY 2021 | |
| Employment Date To: | 09 SEPTEMBER 2022 | |
| Briefly describe your duties: | BIOINFORMATICIAN, DATA SCIENTIST | |

| Part 2 | |
|---|---|
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |

| | |
|---|---|
| Have you attended any educational institutions at a secondary level or above? | YES |
| (1) Name of Institution: | MOSCOW INSTITUTE OF PHYSICS AND TECHNOLOGY |
| Address of Institution: | ▮▮▮▮▮▮▮▮▮▮ |
| City: | DOLGOPRUDNY |
| State/Province: | MOSCOW REGION |
| Postal Zone/ZIP Code: | 141701 |
| Country/Region: | RUSSIA |
| Course of Study: | ACADEMIC |

| | | | |
|---|---|---|---|
| Date of Attendance From: | 01 SEPTEMBER 2014 | Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States? | NO |
| Date of Attendance To: | 16 JULY 2022 | Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities? | NO |
| **Additional Work/Education/Training** | | | |
| Do you belong to a clan or tribe? | NO | Have you ever knowingly aided, abetted, assisted or colluded with an individual who has committed, or conspired to commit a severe human trafficking offense in the United States or outside the United States? | NO |
| Provide a List of Languages You Speak | | | |
| (1) Language Name: | RUSSIAN | | |
| (2) Language Name: | ENGLISH | | |
| | | **Part 3** | |
| Have you traveled to any countries/regions within the last five years? | YES | Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| Provide a List of Countries/Regions Visited | | Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| (1) Country/Region: | GEORGIA | | |
| (2) Country/Region: | ARMENIA | | |
| Have you belonged to, contributed to, or worked for any professional, social, or charitable organization? | YES | Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| (1) Name of Organization: | CITY PROJECTS OF ILYA VARLAMOV AND MAXIM KATZ | Are you a member or representative of a terrorist organization? | NO |
| Do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience? | NO | Are you the spouse, son, or daughter of an individual who has engaged in terrorist activity, including providing financial assistance or other support to terrorists or terrorist organizations, in the last five years? | NO |
| Have you ever served in the military? | NO | Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization? | NO | Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| | | Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| | | Have you ever engaged in the recruitment or the use of child soldiers? | NO |
| **⚠ ADDRESS AND PHONE** | | Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| Home Address: | ████████ | | |
| City: | **MOSCOW** | Have you ever been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free will? | NO |
| State/Province: | **MOSCOW** | | |
| Postal Zone/ZIP Code: | **109044** | | |
| Country/Region: | **RUSSIA** | | |
| Same Mailing Address? | YES | Have you ever been directly involved in the coercive transplantation of human organs or bodily tissue? | NO |
| Primary Phone Number: | ████████ | | |
| Secondary Phone Number: | DOES NOT APPLY | **Part 4** | |
| Work Phone Number: | DOES NOT APPLY | Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |
| Have you used any other telephone numbers during the last five years? | NO | Have you ever been removed or deported from any country? | NO |
| Email Address: | ████████@gmail.com | **Part 5** | |
| Have you used any other email addresses during the last five years? | NO | Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |

| | | | |
|---|---|---|---|
| (1) Social Media Provider/Platform: | LINKEDIN | Have you voted in the United States in violation of any law or regulation? | NO |
| Social Media User ID: | ▮▮▮▮▮▮▮▮▮▮ | Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |

| | |
|---|---|
| Do you wish to provide information about your presence on any other websites or applications you have used within the last five years to create or share content (photos, videos, status updates, etc.)? | NO |

⮝ **FAMILY**

**Relatives**

| | |
|---|---|
| Father's Surnames: | ▮▮▮▮ |
| Father's Given Names: | ▮▮▮ |
| Father's Date of Birth: | ▮▮▮  1965 |
| Is your father in the U.S.? | NO |
| Mother's Surnames: | ▮▮▮▮▮▮ |
| Mother's Given Names: | ▮▮ |
| Mother's Date of Birth: | ▮▮▮▮▮▮▮  1959 |
| Is your mother in the U.S.? | NO |
| Do you have any immediate relatives, not including parents in the U.S.? | NO |
| Do you have any other relatives in the United States? | NO |

⮝ **LOCATION, PREPARER AND SUBMISSION**

**Current Location**

| | |
|---|---|
| Location where you will be submitting your application: | TEL AVIV |
| CEAC Version NO: | 01.08.08 |

**Preparer of Application**

| | |
|---|---|
| Did anyone assist you in filling out this application? | NO |

**Submission**

| | |
|---|---|
| Creation IP Address: | 213.208.172.200 |
| Submission IP Address: | 79.139.204.188 |
| Date of Submission: | 07 APRIL 2023 09:50:09 AM (GMT -05.00) |

⮝ **SIGN AND SUBMIT LANGUAGE**

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn

declarations made under penalty of perjury. (28 U.S.C. 1746).

Additionally, by clicking "Sign and Submit Application" you are certifying that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You are certifying that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation.

Some visa applicants are required to undergo a medical examination with an authorized physician to assess visa eligibility consistent with INA Sections 212(a) and 221(d), and will be notified of the requirement. If you are notified and required to undergo a medical examination, failure to provide required information may cause delay or denial of your visa application. If required to undergo a medical examination, your medical examination information may be collected and temporarily stored in the eMedical system hosted, operated, and maintained by the Australian Department of Home Affairs. If your medical examination is collected in eMedical, you will be requested to provide consent to its collection and temporary storage in such system, and being transferred to the U.S. Government for the purposes of enabling the U.S. Department of State to determine your medical eligibility and for the U.S. Centers for Disease Control and Prevention to undertake public health functions under the Public Health Service Act Section 325 and INA Section 212(a).

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). If you wish to correct a record as it appears in the FBI's CJIS Division Records System, you should follow procedures to change, correct, or update a record that are set forth in Title 28, CFR, Section 16.34. The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

I certify that I have viewed and read the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008.

**To Top**

| | Data Check Type: | SELECT ONE |

**Enter the reason for reopening the applicant's DS-160 application below, then click "OK". If you did not intend to reopen the DS-160 application, click "Cancel".**

| 0 | of 4000 characters entered. |

*Note: Per VO guidance, once the DS-160 is reopened the applicant must resubmit the DS-160 before further NIV processing.*

**Are you sure that you want to request the previous report to display?**