Greg Romanovsky <romanovskylaw@gmail.com>

# Re: [EXTERNAL] Re: Petrova's Discovery Requests -- Petrova v. DHS, et al., 25-cv-240 (D. Vt.)

**Greg Romanovsky** <gr@romanovskylaw.com>                               Mon, Jan 19, 2026 at 11:08 PM
To: "Hartman, Jeffrey M. (CIV)" <jeffrey.m.hartman@usdoj.gov>
Cc: "Greer, Matthew (USAVT)" <Matthew.Greer@usdoj.gov>

Hi Jeff,

I hope you had a nice long weekend.
I am attaching the deposition notice reflecting the agreed-upon date, time, and location. The deposition is expected to be completed in one day. Please let me know if you have any questions or foresee any issues.

Otherwise, I look forward to speaking with you on February 3 regarding the scheduling conference.

Thanks,
Greg

On Wed, Jan 14, 2026 at 12:24 AM Greg Romanovsky <gr@romanovskylaw.com> wrote:
> Thanks, Jeff. I'll notice it for 10am on Feb. 12.
> Greg
>
> On Tue, Jan 13, 2026 at 2:06 PM Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov> wrote:
>>
>> Greg,
>>
>> Wednesday February 11 or Thursday February 12, 2026, will work for the Deposition of Officer Angulo.
>>
>> Best,
>> Jeff
>>
>> ---
>>
>> **From:** Greg Romanovsky <gr@romanovskylaw.com>
>> **Sent:** Tuesday, January 13, 2026 9:04 AM
>> **To:** Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>
>> **Cc:** Greer, Matthew (USAVT) <Matthew.Greer@usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Re: Petrova's Discovery Requests -- Petrova v. DHS, et al., 25-cv-240 (D. Vt.)
>>
>> Thank you, Jeff.
>>
>> On Tue, Jan 13, 2026 at 08:43 Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov> wrote:
>>>
>>> Received, thank you Greg. I am available the week of February 9-13, 2026. I am trying to verify Officer Angulo's availability for a deposition and will follow up later today.