

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BOSTON IMMIGRATION COURT**

Respondent Name:

   PETROVA, KSENIIA

To:

   ROMANOVSKY, GREGORY
   12 Marshall Street
   Boston, MA 02108

A-Number:
240-485-724
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
11/12/2025

**ORDER OF THE IMMIGRATION JUDGE**

The immigration court has considered the Request for a Subpoena filed by ☑ Respondent ☐ the Department of Homeland Security on 10/31/2025. The immigration court concludes that:

☐ The moving party failed to state in writing how the requested ☐ witness ☐ evidence will help the moving party meet its burden of proof. See 8 C.F.R. § 1003.35(b) (2).

☐ The moving party failed to show affirmatively that the party has been unsuccessful at producing the requested evidence despite diligent effort. 8 C.F.R. § 1003.35(b) (2).

☑ The moving party complied with all regulatory requirements.

**ORDER:** It is hereby ordered that the Request for a Subpoena:

☐ Be granted because the immigration court is satisfied that the witness will not appear to testify or produce the requested evidence and that the witness's testimony or evidence is essential. 8 C.F.R. § 1003.35(b) (3).

☑ Be denied because the immigration court is not satisfied that the witness will not appear to testify or produce the requested evidence and that the witness's testimony or evidence is essential. 8 C.F.R. § 1003.35(b) (3).

Immigration Judge: Masters, Todd 11/12/2025

Appeal:    Department of Homeland Security: ☐ waived  ☐ reserved
           Respondent:                     ☐ waived  ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : PETROVA, KSENIIA | A-Number : 240-485-724

Riders:

Date: 11/12/2025 By: Rios, Bryan, Court Staff