


# Redline comparison – Sworn Statement

This document has been prepared by eVerbary, LLC, a professional transcription and certified documentation services agency, for the purpose of identifying discrepancies between the sworn written statement and the spoken content captured in the referenced video and/or audio recording.

The sworn statement was reviewed and compared line-by-line against the video recording. Any differences between what is written in the sworn statement and what is actually spoken in the recording have been marked accordingly. Additions based solely on the audio/video evidence appear in red underline, and deletions or text that does not occur in the recording appear in red strikethrough. This comparison reflects only what is audibly discernible in the recording.

eVerbary, LLC certifies that this document is a true and accurate representation of the discrepancies detected during the comparison of both sources, to the best of our professional judgment. This document does not certify the authenticity or legal sufficiency of the sworn statement itself, nor does it express any opinion regarding the intent or conduct of the individuals involved in the recording.

The purpose of this document is strictly to assist counsel by highlighting variances between the written statement and the video/audio recording. eVerbary, LLC assumes no liability for the way in which this report is interpreted or used by the client, their legal counsel, or any third party.

**Source of Video 1:** Dropbox Video titled 'Admis Rm 2104-2119 (Sworn Statement)'
**URL:** https://www.dropbox.com/scl/fi/2h6vgg04xeamypbzkv38z/Admis-Rm-2104-2119.mp4?rlkey=hz66oij29ho54mzd00ctizbh5&e=1&st=mzjtbe0x&dl=0

**Source of Video 2:** Dropbox Video titled 'Angulo II (17.55-refused entry for biological)'
**URL:** https://www.dropbox.com/scl/fi/xii8qdt04csc58xlb0f1f/Angulo-II-17.55-refused-entry-for-biological.mp4?rlkey=6uo7c8j0ranqeycvusgtkov44&st=6lafygoo&dl=0

_____
Alejo Fiasche Cormick
Authorized Representative
Order Date: Oct 30, 2025
eVerbary
530-B Harkle Road
Suite 100
Santa Fe, NM 87505
United States

 

# Record of Sworn Statement in Proceedings
# under Section 235(b)(1) of the Act

Q. I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this
interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

~~Except~~ as I will explain to you, you are not entitled to a hearing or review.

U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

~~Any statement you make may be used against you in this or any subsequent administrative proceeding.~~

Q. Do you understand what I've said to you?
A. Mm-hmm. ~~Yes~~
Q. I got to have yes or no as answers, okay? Do you understand what I've said to you?
A. Mm-hmm.
Q. Any statement you make must be given freely and voluntarily. Are you willing to
answer my questions at this time?
A. Mm-hmm.
Q. Yes or no?
A. Yes
Q. Do you swear or affirm that all the statements you are about to make are true and
complete?
A. What?
Q. Do you swear that all the statements that you are about to make are true and complete?
A. Swear?
Q. Do you swear? Do you swear that you are about to tell me the truth in everything that I ask you?
Q. I swear.
A. Yes or no?
A. Yes
Q. Are you comfortable conducting this statement in the English language?
A. Mm-hmm
Q. I can repeat anything that you don't understand.
A. Yes
(CONTINUED ON NEXT PAGE)

 

Q. What is your full, true and correct name?
A. Kseniia Petrova
Q. Have you ever been known by any other name or names?
A. No
Q. When were you born?
A. December 29, 1994
Q. Where were you born?
A. Russia
Q. What country are you a citizen of?
A. Russia
Q. Do you have any claim to United States citizenship?
A. No
Q. Do you have any claim to Lawful Permanent Residency in the United States?
A. No
Q. Do you have any pending petitions before the United States government that would allow you to live or work in the United States?
A. What?
Q. Do you have, like any pending petitions that would allow you to live here or work for the United States?
A. You mean…what is pending petition?
Q. Pending petition is like somebody petitioning for you to work or petitioning for you to live here. Like if you had….
A. [Inaudible]
Q. Yeah. No, that's not that. Like has anybody petitioned for you to like….
A. No
Q. What is your father's name?
A. Dmitrii.
Q. Full name.
A. Dmitrii Petrov
Q. Okay. What is your father's citizenship?
A. Russia
Q. Where was your father born?
A. In Moscow. ~~Russia~~
Q. Has your father ever ~~resided~~ lived in the United States?
A. No
Q. Where does your father currently ~~reside~~ live?
A. Russia
...
(CONTINUED ON NEXT PAGE)

Page 3 of 10

 

Q. What is your mother's name?
A. Irina Zaborskaia
Q. What is your mother's citizenship?
A. Russia
Q. Where was your mother born?
A. Moscow.Russia
Q. Has your mother ever resided lived in the United States?
A. No
Q. Where does your mother currently residelive?
A. Moscow.Russia
Q. Are you currently married?
A. No
Q. Do you have any children?
A. No
Q. Do you have any relatives who are currently Lawful Permanent Residents of the United States? Anybody with a green card?
A. No
Q. Do you have any relatives who are currently United States citizens?
A. No
Q. Okay. Today, On February 16th, 2025, you entered the United States at Boston Logan International Airport in Boston, Massachusetts and arrived on Air France flight 334 from Paris, France. Is this correct?
A. Mm-hmm.Yes
Q. When you entered the United States you presented yourself as a Russian citizen with your Russian passport bearing #768044550. With a J1 non-immigrant visa FOIL# which is the red T1302206. Is this correct?
A. Mm-hmm.
Q. Yes or no?
A. Yes
Q. Okay. What is the purpose of your travel today?
A. I am coming back home,
Q. You mean like [Inaudible]
A. I live here and I work here

(CONTINUED ON NEXT PAGE)

 

Q. Where do you work?
A. Harvard Meical School
A. Medical school
Q. Harvard Medical School?
A. Yes.
Q. What do you do at Harvard?
A. I am research assistant
Q. In what? What do you do research in?
A. In Systems Biology Department. [Inaudible] Biology
Q. Remember when I asked you what you did earlier, which is a really simple question. I am asking what you do at Harvard, right?
A. I am a research assistant
Q. Earlier you told me that you were a biologist, right?
A. No. I think I am pretty sure. I told that I am a research assistant.
Q. What do you do research in?
A. Biology.
Q. You were asked by the primary officer if you were traveling with any biological
material. You stated no, do you understand?
A. Yes
Q. You were asked by an agricultural specialist if you were traveling with any biological
material. You stated no, do you understand?
A. Yes
Q. The agriculture specialist found a Styrofoam box with biologicals as well as loose
biologicals in multiple Ziplock bags in your duffle bag, is this correct?
A. Yes. Nobody asked me If I am travelling [Inaudible]
Q. What?
A. Nobody asked me If I am travelling [Inaudible].
Q. Multiple people asked you if you had biological materials. We have recordings. They asked you first upstairs. Then he brought you back here. He said, do you have any research material or any biological material?
A. [Inaudible].
Q. That's fine. You can keep lying. It's fine. We have cameras and microphones. He literally asked you up there. I have already seen it.
A. No. He first asked me if I have any meat and fruit
Q. Correct. Then…
A. He asked me if I have in my bag which I had with me, if I had something there, and I said [Inaudible]. And then he asked me if I have something else in my bag, and I said, what did I have? Because I said, what? And then he asked again and I said, yes, I have.
Q. Okay, but you still did not admit to the biologicals that you have, correct?
A. No, I did.
Q. You just said nobody asked you, and now you said that you admit.
A. I mean…nobody asked me, but when he asked, I said yes, this is [Inaudible].
Q. Did you pack the biological contents into your duffle bag and the Styrofoam box?
A. Yes
Q. Can you describe what type of biological material you placed in your duffle bag?
A. Fixed and embedded frog embryos
A. Fixed frogs and embedded.
Q. Fixed and embedded?
A. Frog embryos.
Q. Is this biological material from a laboratory?
A. Yes
Q. What laboratory is this biological material from?
A. Anne Helen Mon Soro Burq in Medical Insitute in Paris
Q. Sorry. Anne Helene Monsoro Burq Institute….
A. [Inaudible] Institute in Paris.
Q. Why did you bring this biological material to the United States?
A. To (long pause...……………..) finish our experiment
Q. What is the experiment you are trying to finish?
A. Spatial transcriptomics




Q. What is it? Spatial…
A. Spatial Transcriptomics.
Q. Spatial Trans…
A. Transcriptomics. Transcrip, tomics
Q. [Inaudible] c, s? Spatial Transcriptomics?
A. Yes
Q. Why do you need frog embryos for spatial transcriptomics

(CONTINUED ON NEXT PAGE)

 

A. Frog embryos well established biological for embryology research
Q. Frog embryos are what?
A. well established for [Inaudible] embryology research
Q. Do you see how you are being vague? So, like what type of research is it? Genetics or genes? Like not just biology, like I get it's biology, but there's certain things in biology, right?
A. It is embryology.
Q. Embryology.
A. Embryology research.
Q. Did you know that you are supposed to declare biological material when entering the United States?
A. Ummmm..... (long pause). I was not sure
Q. Who is Will TRIM?
A. Ummmm... (long pause) my colleague
Q. A text message from Will TRIM (6177357738) states: "if you bring samples or antibody back, make sure you get the permissions etc. Like that link i sent to leon/ group chat about frog embryos because TSA went through my bags at customs in Boston" Do you understand?
A. Yes
Q. Did you have a permit issued by the United States Government that would allow you to import this biological material?
A. No
Q. I'll ask the question again; did you know that you are supposed to declare biological material when entering the United States?
A. I was not sure about embryos specifically
Q. Who is Leon PESHKIN?
A. My principal investigator
Q. How did you meet Leon Peshkin?
A. Through common friends
Q. Does he work in the lab too?
A. Yes.
Q. So, it's his lab at Harvard.
A. No.
Q. Is he a professor there?
A. Yes.
Q. Okay, but he works in the lab at Harvard?
A. Yes.
Q. A text message from Leon PESHKIN from phone number (6176997147) states "what is your plan for getting through US Customs with samples?" Do you understand?
A. Yes
Q. Your response back to Leon PESHKIN states: "No plan yet &#128522;(smiley face);. I won't be able to swallow them (smiley face)&#128522;;" Do you understand?
A. (Laughs for a minute) Yes (Laughs for two seconds)
Q. Alright. You can go back out there and take a seat. Do you need any water or anything still?
A. No, thank you

[FIRST VIDEO FINISHES HERE]


[SECOND VIDEO STARTS HERE]

Q. You are inadmissible pursuant to INA 212 (a) (7) (A) (i) (I) as an immigrant without a valid and unexpired immigrant document. Your true intentions cannot be determined. Do you understand? [Inaudible]
A. Yes [Inaudible]
Q. [Inaudible] you are being refused entry into the United States today. You did not declare your biological materials, do you understand? [Inaudible] Huh?
Q. [Inaudible] you are being refused entry into the United States [Inaudible], do you understand? [Inaudible] get a new visa. Do you understand? [Inaudible]




Q. Kseniia. I have a few questions to ask. If you don't answer my questions, I can bar your entry for five years. Do you understand? I can call the [Inaudible]. I need you to answer these questions, okay? You understand that you are not coming in today.
A. Yes.
Q. You are being afforded the opportunity to willingly withdraw your application for admission...
(CONTINUED ON NEXT PAGE)




to the United States in lieu of being expeditiously removed which carries a bar of five years. Would you like to willingly withdraw your application for admission at this time? So, if you withdraw your application and your visa today, you can go back to Moscow, go back to wherever you got your J1 and apply again, and get yourself a new visa. If you don't want to withdraw, you can be barred in the United States for five years. [Inaudible]. Are you willing to withdraw your application today?
A. ~~Yes~~ [Inaudible]
Q. Sorry?
A. [Inaudible]
Q. You can decide yourself. If you don't answer the question, you will be barred in the United States. So the decision is now. You can withdraw your J1 Visa and you go back to the consulate tomorrow, today, go get another J1 or if you don't answer or you don't want to do that, you will be barred from the United States for 5 years. You're not calling Leon. [Inaudible] one more officer…I will call Leon too [Inaudible]. Would you like to withdraw your application for admission then?
A. [Inaudible]
Q. No?
Q. The decision has been made. Regardless, you're not coming into the United States. Would you like to withdraw your application?
A. [Inaudible]
Q. Your visa will be canceled. You must obtain a visa prior to future travel to the United
States. Do you understand?
A. [Inaudible] ~~Yes~~
Q. Is there anything you would like to add?
A. [Inaudible] ~~No.~~
Q. Would you like the US Government to contact the Russian Government to let them know you are here?
A. [Inaudible] ~~No~~
Q. Do you have fear or concern or are afraid to return to your home country?
A. ~~Yes, I am scared to go back to Russia. I am afraid the Russian Federation will kill me for protesting against them~~
A. [Inaudible]
Q. Huh? You're scared too. Will you be tortured or harmed if you go back to Russia? Is someone going to kill you if you go back to Russia?
A. Maybe.
Q. I can't have a maybe, it's a yes or no. If you answer yes, you will be in custody until a decision is reached by a judge. So you will be in…is someone going to hurt you, kill you, harm you if you go back to Russia?
A. [Inaudible]
Q. I am sorry, I couldn't hear you
A. [Inaudible]
Q. So, they're going to kill you?
A. [Inaudible]
Q. So, you are scared to go back to Russia?
A. [Inaudible]
Q. Okay. You can take a seat.

(CONTINUES ON NEXT PAGE)




~~Q: Why did you leave your home country or country of last residence?~~
~~A. To return back to Harvard~~
~~Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?~~
~~A. Yes~~
~~Q. Would you be harmed if you are returned to your home country or country of last residence?~~
~~A. Yes, I am scared to go back to Russia. I am afraid the Russian Federation will kill me for protesting against them~~
~~Q. Do you have any questions or is there anything else you would like to add?~~
~~A. No~~