

Greg Romanovsky <romanovskylaw@gmail.com>

## RE: [EXTERNAL] Re: Meet and Confer Follow-Up -- Petrova v. DHS, 25-cv-240 (D. Vt.)

**Hartman, Jeffrey M. (CIV)** <Jeffrey.M.Hartman@usdoj.gov>　　　　　　　　　　　Wed, Mar 4, 2026 at 5:37 PM
To: Greg Romanovsky <gr@romanovskylaw.com>
Cc: "McGuire, Caroline (CIV)" <Caroline.McGuire@usdoj.gov>

Good Afternoon, Greg,

That's correct—CBP was unable to locate the February 17, 2026, G-589 property receipt for $155 dollars in a certifiable system of records.

And thank you for clarifying your client's proposed schedule for expedited summary judgment briefing. Given the issues and our intent to move for summary judgment in conjunction with the motion to expedite, the government intends to file a written opposition to the motion to expedite within the time allowed by Local Rule 7. That should obviate the need for a scheduling order for now, but if we need one in the future, I linked to the Court's template in my prior email.

Sincerely,

Jeff

---

**From:** Greg Romanovsky <gr@romanovskylaw.com>
**Sent:** Wednesday, March 4, 2026 1:09 PM
**To:** Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>
**Cc:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer Follow-Up -- Petrova v. DHS, 25-cv-240 (D. Vt.)

Thanks, Jeff.

Just to confirm, was the government unable to locate the Form G-589 that I emailed you earlier?

As for the schedule, we are planning to propose 14 days for the government's opposition and one week or less for our reply. If you believe a different schedule would be more workable while still allowing the Court to resolve the issue by early April, please let me know.

And if you have a suggestion regarding the format of the joint filing you have in mind, I would be glad to take a look, as long as we can put it together by tomorrow. Otherwise, I will relay the government's position on timing as outlined in your previous email.

Greg

On Wed, Mar 4, 2026 at 10:07 AM Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov> wrote:

> Good Morning, Greg,

3/6/26, 11:19 AM                                     Gmail - RE: [EXTERNAL] Re: Meet and Confer Follow-Up -- Petrova v. DHS, 25-cv-240 (D. Vt.)

2:25-cv-00240-cr    Document 118-1    Filed 03/06/26    Page 2 of 4

As we discussed on Thursday and I confirmed with the agency after our meet-and-confer, no Form 6051A, Form 6051D, or Form G-589 exists in CBP's system of records and, consequently, those requested documents will not be certified or produced.

The government's position remains that a joint pleading addressing the discovery and summary judgment deadlines is consistent with Local Rule 26 and 56(e) and the court's scheduling order.  Can you please clarify what deadlines you intend to request in your motion for expedited summary judgment briefing?

Sincerely,

Jeff

---

**From:** Greg Romanovsky <gr@romanovskylaw.com>
**Sent:** Wednesday, March 4, 2026 12:20 AM
**To:** Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>
**Cc:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Subject:** [EXTERNAL] Re: Meet and Confer Follow-Up -- Petrova v. DHS, 25-cv-240 (D. Vt.)

Good evening Jeff,

Thank you for your email.

It is unclear from your filing earlier today why the remaining documents were not provided. Could you please clarify whether the government's position is that those documents do not exist? I did not see any certification to that effect, which Judge Reiss's order appeared to require.

Regarding the partial summary judgment motion, I agree that it often makes sense to wait until discovery is complete before litigating summary judgment. However, Rule 56(b) permits a party to file a summary judgment motion "at any time until 30 days after the close of discovery," and in some cases it makes sense to address a narrow issue before discovery is complete.

As I explained during our call, our decision to pursue partial summary judgment on the narrow issue of visa cancellation is driven by the recent ruling in Ms. Petrova's immigration court case. The immigration judge declined to admit her in J-1 status solely because the visa is currently treated as canceled. Because the material facts relating to the cancellation appear undisputed and the issue is purely legal, it makes sense to seek summary judgment on that discrete question so that Ms. Petrova can preserve the opportunity to seek reconsideration of the IJ's decision before the visa expiration date of April 26.

Of course, I would also prefer to lodge a joint filing addressing the parties' respective positions. However, because neither of the options outlined in your email would allow the visa-cancellation issue to be resolved in time to affect the removal proceedings, I am not sure what a joint filing would realistically accomplish.

Unless you have another proposal, we will proceed with the motions described in my previous email and will note the government's objection to expedited briefing.

Greg

On Tue, Mar 3, 2026 at 12:11 PM Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov> wrote:

> Good Afternoon, Greg,
>
> Thank you for following up on our meet and confer last Thursday.  As you know, a summary judgment motion ordinarily cannot be filed until after discovery has concluded.  Fed. R. Civ. P. 56(b).  Consequently, the government's

3/6/26, 11:19 AM           Gmail - RE: [EXTERNAL] Re: Meet and Confer Follow-Up - Petrova v. DHS, 25-cv-240 (D. Vt.)

2:25-cv-00240-cr    Document 118-1    Filed 03/06/26    Page 3 of 4

position is that the parties can engage in full summary judgment motion briefing now, under a briefing schedule consistent with the deadlines established by Local Rule 7, provided that Petrova withdraws her discovery requests. Alternatively, if Petrova wishes to continue with discovery, the government's position is that the parties should engage in full summary judgment briefing once discovery concludes, consistent with Local Rule 7. As we discussed, the government believes the best way to organize a path forward is for the parties to lodge a joint filing with the district court to address their respective positions on discovery and any summary judgment briefing deadlines in *Petrova v. DHS,* 25-cv-240 (D. Vt.).

The government is opposed to an expedited summary judgment briefing in this case. The government raised the April 26, 2026, expiration date of Petrova's J-1 visa when we conferred in December, and the government proposed to establish a summary judgment briefing schedule at that time. Petrova's decision to file extra-record discovery requests has ultimately delayed the parties reaching summary judgment motion practice.

Please let me know how Plaintiff would like to proceed and we can prepare accordingly.

Additionally, pursuant to the district court's order, the government intends to provide the documents listed in ECF 111 at 5 except for: (1) the G-589, Property Receipt; (2) Form 6051A; and (3) Form 6051D.

Respectfully,

Jeff

---

**From:** Greg Romanovsky <gr@romanovskylaw.com>
**Sent:** Monday, March 2, 2026 10:01 PM
**To:** Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>
**Cc:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Discovery Deadline and Proposed Protective and Clawback Orders -- Petrova v. DHS, 25-cv-240 (D. Vt.)

Hi Jeff,

I wanted to follow up to see whether you've heard back from your client. Kindly let me know tomorrow (Tuesday) whether your client will agree to an abbreviated schedule to get a decision on the visa cancellation issue by early April. Absent agreement, I plan to file a partial summary judgment motion, together with a request for expedited briefing and decision, later this week.

Separately, do you have an update on the missing documents? If additional time is needed, could you at least confirm whether the attached Form I-275 is the version in your client's file?

Thanks,
Greg

On Fri, Feb 27, 2026 at 10:03 AM Greg Romanovsky <gr@romanovskylaw.com> wrote:

> Thank you, Jeff.
>
> Have a nice weekend.
>
> Greg

3/6/26, 11:19 AM  Kornail - RE: [EXTERNAL] Re: Meet and Confer Follow-up - Petrova v. DHS, 25-cv-240 (D. Vt.)

2:25-cv-00240-cr   Document 118-1   Filed 03/06/26   Page 4 of 4

On Fri, Feb 27, 2026 at 8:43 AM Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov> wrote:

> Hi Greg,
>
> Thank you for following up with copies of these documents. I reached out to my client about your goal of litigating the visa cancellation issue to summary judgment before April 26 and will follow up with any proposed schedule for the remainder of this case.
>
> I hope you have a nice Friday.
>
> Best,
>
> Jeff
>
> ---
>
> **From:** Greg Romanovsky <gr@romanovskylaw.com>
> **Sent:** Thursday, February 26, 2026 7:54 PM
> **To:** Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>
> **Cc:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
> **Subject:** Re: [EXTERNAL] Re: Discovery Deadline and Proposed Protective and Clawback Orders -- Petrova v. DHS, 25-cv-240 (D. Vt.)
>
> Hi Jeff,
>
> Good speaking with you today.
>
> As discussed, I am attaching the following documents:
> – Agriculture Inspection Remark
> – Form G-589
>
> With respect to Forms 6051A and 6051D, my understanding is that the attached Seizure Form (6051S) typically follows at least Form 6051D, and possibly 6051A, although at this point I do not know for sure whether either of those forms was executed in this case.
>
> As we discussed, in light of the Immigration Court's ruling and the April 26 visa expiration, we intend to file a narrow partial summary judgment motion limited to the visa cancellation issue by early next week. Let's coordinate on the briefing schedule so we can jointly propose something workable to Judge Reiss and give her an opportunity to resolve that discrete question in time to preserve Ms. Petrova's ability to pursue admission in her removal proceedings, while we complete remaining discovery and address other outstanding legal issues in due course.
>
> Please let me know your thoughts on a proposed schedule.
>
> Thank you,
>
> Greg
>
> On Fri, Feb 20, 2026 at 11:27 AM Greg Romanovsky <gr@romanovskylaw.com> wrote:
>
>> Thanks, Jeff – sounds good.
>>
>> Have a good weekend as well.