**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **KSENIIA PETROVA**, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 2:25-cv-00240-CR |
| | ) | |
| v. | ) | |
| | ) | |
| **U.S. DEPARTMENT OF HOMELAND** | ) | |
| **SECURITY, *et al.*,** | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## <u>ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO FEDERAL RESPONDENTS' RENEWED MOTION TO DISMISS</u>

Petitioner Kseniia Petrova, through undersigned counsel, respectfully moves for a brief extension of time, from April 22, 2026 to April 29, 2026, to file her response to Federal Respondents' Renewed Motion to Dismiss.

In support of this motion, Petitioner states as follows:

1. Petitioner's response to Respondents' Renewed Motion to Dismiss is currently due on April 22, 2026.

2. Petitioner respectfully requests a one-week extension, up to and including April 29, 2026, to complete and file her response.

3. Due to other litigation commitments in related proceedings, counsel requires additional time to respond to the renewed motion to dismiss.

4. Undersigned counsel has conferred with counsel for Federal Respondents, who has indicated that he assents to the requested extension.

5. This is a short, good-faith request and will not unduly delay the proceedings.

WHEREFORE, Petitioner respectfully requests that the Court extend the deadline to file her response to the government's Renewed Motion to Dismiss from April 22, 2026 to April 29, 2026.


Dated: April 22, 2026                                    Respectfully submitted,

/s/ *Brian Scott Green*                                 /s/ *Gregory Romanovsky\**
Brian Scott Green                                       Gregory Romanovsky
Law Office of Brian Green                               Romanovsky Law Offices
9609 S University Boulevard #630084                     12 Marshall Street
Highlands Ranch, CO 80130                               Boston, MA 02108
(443) 799-4225                                          (617) 787-0000
                                                        gr@romanovskylaw.com

                                                        *\*Admitted pro hac vice*

*Attorneys for Petitioner*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  April 22, 2026                          By:    /s/ Gregory Romanovsky
                                                       Gregory Romanovsky