

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BOSTON IMMIGRATION COURT**

Respondent Name:

    PETROVA, KSENIIA

To:

    ROMANOVSKY, GREGORY
    12 Marshall Street
    Boston, MA 02108

A-Number:
240-485-724
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
06/23/2026

### ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ the Department of Homeland Security has filed a motion to reconsider.

Upon consideration of the motion, and any opposition from the non-moving party, the motion is ☐ granted ☑ denied for the following reason(s):

☑ The motion is numerically barred. *See* INA § 240(c)(6)(A); 8 C.F.R. § 1003.23(b)(1).

☐ The motion is untimely. *See* INA § 240(c)(6)(B); 8 C.F.R. § 1003.23(b)(1).

☐ The motion does not specify errors of law or fact in the previous order or is not supported by pertinent authority. *See* INA § 240(c)(6)(C); 8 C.F.R. § 1003.23(b)(2).

☑ Other:

The Court denies the Motion to Reconsider on two grounds. 1) The motion is numerically barred and 2) While the R has provided the District Court's declaration that the improper revocation of the R's J-1 visa was set aside, the R has not provided sufficient evidence to this Court of a valid visa that has been reinstated by either the Department of State or U.S. Customs and Border Protection (CBP). Thus, the Court finds that the R remains removable pursuant to 212(a)(7)(A)(i)(I) of the Act.

*Todd A Masters*

Immigration Judge: Masters, Todd 06/23/2026

Appeal:    Department of Homeland Security:    ☐    waived    ☐    reserved

Respondent:    ☐    waived    ☐    reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : PETROVA, KSENIIA | A-Number : 240-485-724

Riders:

Date: 06/23/2026 By: Rios, Bryan, Court Staff