# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| KSENIIA PETROVA <br><br> *Petitioner(s)* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al. <br><br> *Respondent(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  2:25-cv-240 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Entry Order (Doc. 131) filed July 28, 2026, the federal defendants' Renewed Motion to Dismiss (Doc. 123) is GRANTED IN PART. JUDGMENT is entered for petitioner Kseniia Petrova on her APA claim, against respondents U.S. Department of Homeland Security, Kristi Noem, Theresa Messier, Pete R. Flores, Julio Caravia, Pamela Bondi, Paul Campbell, Keith Deville.

Date:   July 30, 2026

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   7/30/2026

*/s/ Lisa A. Wright*

*Signature of Clerk or Deputy Clerk*