**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **KSENIIA PETROVA,**<br><br>Petitioner,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,** ***et al.*****,**<br><br>Respondents. | ) | Case No. 2:25-cv-00240-CR |

**DECLARATION UNDER 28 U.S.C. § 2412(d)(2)(B)**

I, Kseniia Petrova, hereby declare as follows:

1. I am the Petitioner in the above-captioned action.
2. I submit this declaration in support of my motion for an award of attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412.
3. At the time this action was filed I had a net worth of less than $2,000,000.
4. I used the services of Attorney Gregory Romanovsky of Romanovsky Law Offices to represent me in this case. I hereby assign payment of any award of fees and costs to Romanovsky Law Offices.
5. To the best of my knowledge, I do not owe any debt to the United States federal government.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

DATED: October 22, 2026

[signature]
Kseniia Petrova