# PETROVA D. VT. EAJA TIME SCHEDULE

| No. | Start | End | Work Performed | Hours | Notes |
|---|---|---|---|---|---|
| T001 | 02/18/25 | 02/19/25 | Phone / email communications (34) with Prof. Peshkin and documentation review | 2.80 | Initial case assessment / legal theory |
| T002 | 02/18/25 | 02/20/25 | Phone calls (3) / email communications (9) with Harvard IO, documentation review | 1.50 | Evaluating Client's admissibility and immigration history |
| T003 | 02/19/25 | 02/19/25 | Prepare Notice of Appearance, phone/email communications with ICE / Chittenden Facility | 2.70 | Attempting to prevent Client's transfer to another jurisdiction, establishing client communication |
| T004 | 02/19/25 | 02/19/25 | Phone call to Client (Chittenden Correctional Facility) | 0.50 | Initial intake |
| T005 | 02/20/25 | 02/20/25 | Email communications (3) with ICE and documentation review | 1.20 | Requesting charging documents |
| T006 | 02/20/25 | 02/20/25 | Phone / email communications (3) with Prof. Peshkin and documentation review (France) | 0.50 | Potential exhibit to a federal court complaint and any requests for release |
| T007 | 02/20/25 | 02/20/25 | Phone / email communications (6) with Logan CBP Chief | 0.80 | Seeking information on Client's entry process |
| T008 | 02/20/25 | 02/20/25 | Phone / email communications (5) with Sen. Markey's Office, documentation review | 1.20 | Potential exhibit to a federal court complaint and any requests for release |
| T009 | 02/20/25 | 02/21/25 | Phone / email communications (10) with Prof. Peshkin, document preparation (support letter) | 2.40 | Potential exhibit to a federal court complaint and any requests for release |
| T010 | 02/20/25 | 02/21/25 | Phone / email communications (2) with Chittenden Facility, document preparation | 0.80 | Establishing client communication |
| T011 | 02/21/25 | 02/21/25 | Phone / email communications (3) with NILA | 1.50 | Local counsel services for D.Vt. |
| T012 | 02/21/25 | 02/21/25 | Draft Request for Release, submit to ICE, request phone access to Client | 3.50 | Exhausting Admin. Remedies, Potential release alternative to habeas litigation |
| T013 | 02/21/25 | 02/21/25 | Draft and submit request for credible fear Interview | 1.90 | Exhausting Admin. Remedies, Potential release alternative to habeas litigation |
| T014 | 02/21/25 | 02/21/25 | Phone / email communications (5) with Harvard | 0.70 | Review Client's underlying status for complaint preparation, explore litigation support |
| T015 | 02/21/25 | 02/23/25 | Research and prepare initial habeas and APA complaint; review and revise drafts with NILA; analyze venue and expedited-removal posture | 9.50 | Attorney research, review, and drafting only; excludes clerical assembly |
| T016 | 02/21/25 | 02/21/25 | Conference with co-counsel regarding emergency habeas/APA strategy, venue, and filing plan. | 0.75 | early emergency filing strategy and division of responsibilities |
| T017 | 02/23/25 | 02/25/25 | Draft pseudonym motion and pro hac vice papers; prepare affidavit and confer with local counsel | 2.60 | Attorney review and drafting only; excludes clerical assembly and fee payment. |
| T018 | 02/24/25 | 02/26/25 | Review summons and service of process needs; confer with NILA regarding service and affidavits | 0.80 | Excludes mailing, printing, and administrative submission. |
| T019 | 02/26/25 | 03/03/25 | Review and revise application for order to show cause (OSC) | 2.40 | Joint work with local counsel; includes only Romanovsky's contribution. |
| T020 | 02/27/25 | 02/27/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | Existing source entry: single client call; end date aligned to start date. |

# PETROVA D. VT. EAJA TIME SCHEDULE

| No. | Start | End | Work Performed | Hours | Notes |
|---|---|---|---|---|---|
| T021 | 02/28/25 | 02/28/25 | Email communications with DHS counsel (5), request missing sworn statement, phone call with local counsel | 1.20 | Assess proposal to withdraw application for admission and return to France |
| T022 | 03/03/25 | 03/04/25 | Email communications with DHS counsel (8), review sworn statement, settlement conference preparation and attendance | 2.50 | |
| T023 | 03/04/25 | 03/04/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | Discussed settlement and return to France |
| T024 | 03/04/25 | 03/05/25 | Email communications (8) and phone conference with local counsel, draft settlement agreement | 2.50 | |
| T025 | 03/05/25 | 03/06/25 | Email communications with DHS counsel (12) regarding settlement | 1.30 | |
| T026 | 03/05/25 | 03/06/25 | Review OSC response by Messier, stipulated motion for extension | 0.50 | |
| T027 | 03/08/25 | 03/08/25 | Email exchange with local counsel (3) | 0.20 | strategy in light of NTA issuance |
| T028 | 03/08/25 | 03/11/25 | Email communications with DHS counsel (11) regarding lack of settlement progress, initiation of removal proceedings | 1.30 | settlement offer withdrawn by DHS |
| T029 | 03/10/25 | 03/14/25 | Prepare and submit request for release, email communications with DHS counsel (4) | 2.40 | |
| T030 | 03/10/25 | 03/10/25 | Conference with co-counsel regarding OSC briefing, settlement posture, and next steps. | 0.50 | |
| T031 | 03/12/25 | 03/12/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | Release request / interview prep |
| T032 | 03/17/25 | 03/17/25 | Review government's response to OSC, conduct legal research, confer with local counsel | 1.80 | |
| T033 | 03/17/25 | 03/19/25 | Research and revise reply to response to order to show cause | 3.50 | Joint work with local counsel; includes only Romanovsky's contribution. |
| T034 | 03/24/25 | 03/24/25 | Review court order setting a hearing, confer with local counsel | 0.20 | |
| T035 | 03/25/25 | 03/25/25 | Email and phone conference with Harvard | 0.30 | Update on hearing, case strategy |
| T036 | 03/27/25 | 03/27/25 | Email communications with Harvard (4) and documentation review | 0.40 | Release request denied |
| T037 | 03/28/25 | 03/31/25 | Email communications (16) and phone conference with congressional offices | 1.80 | Support letter for use in litigation efforts |
| T038 | 03/31/25 | 04/02/25 | Arrange replacement local counsel and review NILA withdrawal and local rules | 0.90 | Excludes administrative work |
| T039 | 04/02/25 | 04/02/25 | Phone call to Client (Richwood Correctional Center, LA), prepare and submit documents for Client to sign | 1.00 | Prepared declaration |
| T040 | 04/03/25 | 04/03/25 | Email communications with DHS counsel (3) | 0.20 | Discussed motion to expedite |
| T041 | 04/03/25 | 04/08/25 | Email exchanges (10) and phone conferences (2) with customs experts, research statute and regs | 3.20 | Peter Quinter, Denise Calle - permit requirements and penalties for failure to declare |
| T042 | 04/08/25 | 04/08/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | Discussed upcoming hearing |
| T043 | 04/08/25 | 04/08/25 | Email communications with DHS counsel (2) | 0.20 | Discussed proposed resolution |
| T044 | 04/09/25 | 04/09/25 | Phone call to Client (Richwood Correctional Center, LA), prepare and submit documents for Client to sign | 1.00 | |

# PETROVA D. VT. EAJA TIME SCHEDULE

| No. | Start | End | Work Performed | Hours | Notes |
|---|---|---|---|---|---|
| T045 | 04/10/25 | 04/13/25 | Research, draft and file motion to advance hearing date | 3.40 | |
| T046 | 04/12/25 | 04/17/25 | Email communications with DHS counsel (9) | 0.90 | Discussed settlement; motion to unseal identity. |
| T047 | 04/14/25 | 04/17/25 | Email exchanges (10) with DHS Counsel and court hearing date | 0.30 | |
| T048 | 04/15/25 | 04/15/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | Discussed bail hearing, motion to unseal |
| T049 | 04/17/25 | 04/17/25 | Research, draft and file motion to unseal identity | 1.30 | |
| T050 | 04/17/25 | 04/25/25 | Email and phone conferences with Harvard | 1.20 | support and potential participation in May 14 hearing |
| T051 | 04/18/25 | 04/18/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | Discussed Harvard support |
| T052 | 04/24/25 | 04/24/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | Expert testimony and case strategy |
| T053 | 04/25/25 | 04/29/25 | Review DHS's motion to dismiss and corrected MTD, conduct research, review Intercept's motion to lift restrictions | 2.90 | |
| T054 | 04/27/25 | 04/29/25 | Email and phone conferences with Harvard, Dr. Chalfie, Dr. Yamamoto | 2.60 | Hearing exhibits, testimonies |
| T055 | 04/28/25 | 04/28/25 | Conference with co-counsel regarding motion-to-dismiss briefing, May hearing, and evidentiary issues. | 0.80 | motion-to-dismiss briefing and May hearing preparation |
| T056 | 04/29/25 | 04/29/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | |
| T057 | 04/29/25 | 04/30/25 | Email communications with DHS counsel (3) | 0.20 | Discussed motion for immediate release |
| T058 | 05/01/25 | 05/01/25 | Review Chalfie's exhibit, provide feedback via email (4) | 0.80 | |
| T059 | 05/01/25 | 05/02/25 | Email communications (7) and Zoom conference with AG office re amicus support | 1.60 | |
| T060 | 05/02/25 | 05/02/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | Hearing preparation |
| T061 | 05/05/25 | 05/09/25 | Research, draft, and revise opposition to motion to dismiss | 16.50 | Analyze cancellation authority, detention jurisdiction, and record |
| T062 | 05/06/25 | 05/06/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | |
| T063 | 05/09/25 | 05/09/25 | Email communications (8) and phone conference with amici | 1.00 | |
| T064 | 05/09/25 | 05/09/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.80 | initial call disconnected (facility issue) |
| T065 | 05/10/25 | 05/13/25 | Prepare for May 14 federal hearing; review government reply, authorities, record, and anticipated jurisdictional questions | 4.50 | Preparation estimate kept separate from transcript-established appearance. |
| T066 | 05/12/25 | 05/12/25 | Review amicus brief, conduct research | 2.20 | |
| T067 | 05/12/25 | 05/12/25 | Phone call to Client (Richwood Correctional Center, LA) | 0.50 | Hearing preparation |
| T068 | 05/13/25 | 05/13/25 | Conference with co-counsel | 1.00 | final preparation for May 14 hearing |
| T069 | 05/14/25 | 05/14/25 | Appear at hearing on habeas petition | 9.20 | Includes travel time |
| T070 | 05/14/25 | 05/16/25 | Analyze effect of criminal custody on habeas jurisdiction and APA claim; confer with amici and government | 2.90 | Excludes criminal bail hearing attendance |
| T071 | 05/15/25 | 05/22/25 | Research and draft amended petition | 5.70 | analyze post-transfer custody, APA relief, due process |
| T072 | 05/15/25 | 05/15/25 | Conference with co-counsel | 0.75 | post-hearing transfer to criminal custody |

# PETROVA D. VT. EAJA TIME SCHEDULE

| No. | Start | End | Work Performed | Hours | Notes |
|---|---|---|---|---|---|
| T073 | 05/16/25 | 05/16/25 | Review government's motion to continue bail hearing, conduct research | 2.50 | Client was charged and transferred to criminal custody when bail hearing was set |
| T074 | 05/16/25 | 05/17/25 | Email communications (10) with court and DHS counsel, phone call with DHS counsel | 1.40 | discussed May 28 bail hearing, DHS's motion to postpone, briefing schedule |
| T075 | 05/16/25 | 05/16/25 | Zoom conference with Client and criminal defense counsel | 1.00 | |
| T076 | 05/18/25 | 05/18/25 | Draft Notice re bail hearing | 0.50 | Per Court's order concerning petitioner's participation, interpreter, and proposed testimony |
| T077 | 05/18/25 | 05/23/25 | Prepare and revise Quinter, Kaplan, customs broker, and scientific declarations and review supporting exhibits | 4.20 | preparation for bail hearing |
| T078 | 05/19/25 | 05/19/25 | Email communications with local counsel (4) regarding bail hearing attendance | 0.20 | |
| T079 | 05/19/25 | 05/21/25 | Draft Motion to Set Briefing Schedule, review government's response | 1.50 | |
| T080 | 05/20/25 | 05/20/25 | Email communications with Court and DHS counsel (11) | 0.80 | Discussed witnesses and other logistics of bail hearing, possibility of DHS re-detention |
| T081 | 05/20/25 | 05/22/25 | Prepare motion for leave to amend and confer on opposition and briefing, review government's opposition | 1.50 | Excludes duplicate charges for amended petition drafting. |
| T082 | 05/21/25 | 05/23/25 | Email communications (10) with court and DHS counsel | 0.50 | Discussed witnesses and other logistics of bail hearing |
| T083 | 05/22/25 | 05/23/25 | Research and prepare habeas release brief | 8.20 | |
| T084 | 05/25/25 | 05/27/25 | Review DHS habeas brief, research and prepare reply brief | 6.50 | |
| T085 | 05/25/25 | 05/27/25 | Prepare witness list, and testimony outlines | 2.90 | |
| T086 | 05/26/25 | 05/27/25 | Prepare joint stipulations of fact, confer with DHS counsel | 2.10 | DHS refused to stipulate |
| T087 | 05/26/25 | 05/27/25 | Prepare witnesses and review declarations and scientific evidence for May 28 hearing | 2.50 | |
| T088 | 05/27/25 | 05/27/25 | Final hearing preparation; review May 14 hearing transcript, opposing submissions and argument outlines | 3.70 | |
| T089 | 05/27/25 | 05/27/25 | Conference with co-counsel | 1.00 | May 28 bail hearing, witnesses, and release strategy |
| T090 | 05/28/25 | 05/28/25 | Appear at evidentiary and bail hearing | 9.80 | Includes travel time |
| T091 | 05/28/25 | 05/29/25 | Review bail ruling and confer concerning immigration re-detention and effect of criminal custody | 0.80 | |
| T092 | 05/29/25 | 05/29/25 | Review hearing transcript | 0.60 | |
| T093 | 05/29/25 | 05/30/25 | Finalize amended pleading following leave to amend; revise exhibits and prepare requests for summons issuance | 1.80 | Excludes copying or filing mechanics. |
| T094 | 05/30/25 | 06/03/25 | Review proposed immigration release conditions and prepare opposition | 2.50 | criminal release conditions excluded. |
| T095 | 05/30/25 | 05/30/25 | Conference with co-counsel | 0.50 | bail order, re-detention protection, and amended pleading |
| T096 | 06/02/25 | 06/02/25 | Email communications (7) with DHS counsel, review proposed motion for extension | 0.50 | assented to proposed extension |

# PETROVA D. VT. EAJA TIME SCHEDULE

| No. | Start | End | Work Performed | Hours | Notes |
|---|---|---|---|---|---|
| T097 | 06/03/25 | 06/10/25 | Update Vermont Court and confer concerning custody changes affecting requested habeas relief | 0.60 | No representation of attendance at June 12 criminal bail hearing. |
| T098 | 06/15/25 | 06/15/25 | Meeting with Client | 1.00 | Discussed release and case strategy |
| T099 | 06/16/25 | 06/17/25 | Review Court's immigration release conditions and advise client concerning compliance | 1.10 | criminal defense excluded |
| T100 | 06/17/25 | 06/17/25 | Telephone conference with client regarding post-release status, immigration conditions, and federal case. | 0.50 | post-release status, strategy |
| T101 | 06/24/25 | 06/24/25 | Zoom conference with Client and criminal defense counsel | 0.80 | |
| T102 | 06/24/25 | 06/24/25 | Telephone conference with client regarding litigation developments and coordination with criminal counsel. | 0.20 | litigation developments and coordination with criminal counsel |
| T103 | 06/27/25 | 07/02/25 | Review government's second motion to dismiss and research defenses to jurisdictional challenges | 2.80 | |
| T104 | 06/27/25 | 06/27/25 | Conference with co-counsel | 0.90 | second motion-to-dismiss response |
| T105 | 06/30/25 | 06/30/25 | Meeting with Client | 1.50 | Reviewed and annotated Goldsworthy reports, discussed strategy |
| T106 | 07/03/25 | 07/11/25 | Research, draft, and revise opposition to second motion to dismiss | 12.50 | |
| T107 | 07/08/25 | 07/08/25 | Telephone conference with client. | 0.30 | federal strategy and anticipated jurisdictional briefing |
| T108 | 07/23/25 | 07/24/25 | Review government's reply concerning jurisdiction and evaluate need for further response | 1.50 | |
| T109 | 09/26/25 | 09/29/25 | Review 47-page order on motion to dismiss; analyze surviving APA and due-process claims, conduct research | 2.90 | |
| T110 | 09/30/25 | 09/30/25 | Telephone conference with client regarding partial dismissal and surviving APA and due-process claims. | 0.80 | partial dismissal and surviving APA and due-process claims |
| T111 | 10/01/25 | 10/01/25 | Meeting with Client | 2.50 | Discussed order on MTD, reviewed CBP video recordings |
| T112 | 10/19/25 | 11/05/25 | Follow up with government regarding delayed administrative record and federal case schedule | 0.30 | |
| T113 | 11/03/25 | 11/03/25 | Meeting with Client | 0.50 | Discussed Record of Sworn statement and video transcript |
| T114 | 11/10/25 | 11/10/25 | Telephone conference with client regarding AR and discovery strategy. | 0.20 | administrative-record status, setting a meeting |
| T115 | 11/11/25 | 11/11/25 | Meeting with Client | 1.30 | evaluated possibility of redetention |
| T116 | 11/18/25 | 11/24/25 | Address status conference and joint request for remote appearance with Court and DHS counsel | 0.60 | |
| T117 | 12/04/25 | 12/11/25 | Review proposed certified administrative record, compare existing record, confer with client, and address substantive redactions | 3.70 | |
| T118 | 12/12/25 | 12/16/25 | Prepare for status conference; analyze missing administrative documents, discovery, and remaining remedies | 2.50 | |
| T119 | 12/15/25 | 12/15/25 | Conference with co-counsel | 0.70 | administrative-record deficiencies and discovery strategy |
| T120 | 12/16/25 | 12/16/25 | Attend status conference (Zoom) | 0.40 | |

# PETROVA D. VT. EAJA TIME SCHEDULE

| No. | Start | End | Work Performed | Hours | Notes |
|---|---|---|---|---|---|
| T121 | 12/16/25 | 12/16/25 | Telephone conference with client regarding discovery conference and next steps. | 0.60 | discovery conference and next steps |
| T122 | 12/19/25 | 12/31/25 | Review discovery and mootness orders; confer regarding discovery schedule and remaining APA claim | 0.80 | |
| T123 | 12/22/25 | 12/22/25 | Confer with DHS counsel regarding Feb. 19 hearing and motion for remote appearance | 0.20 | |
| T124 | 12/30/25 | 12/30/25 | Review DHS answer to the complaint, discuss with Client | 2.10 | |
| T125 | 12/30/25 | 12/31/25 | Email communications (2) with DHS counsel regarding discovery | 0.20 | |
| T126 | 01/05/26 | 01/09/26 | Research and prepare interrogatories, review with Client | 3.30 | Service confirmed January 9 |
| T127 | 01/08/26 | 01/08/26 | Conference with co-counsel regarding discovery | 1.00 | discovery, deposition issues, and schedule |
| T128 | 01/09/26 | 01/09/26 | Email communications with DHS counsel (4) | 0.20 | Regarding Feb. 3 conference and interrogatories |
| T129 | 01/09/26 | 01/12/26 | Prepare requests for production and admissions | 3.50 | Service confirmed January 12 |
| T130 | 01/12/26 | 01/14/26 | Email communications with DHS counsel (5) | 0.30 | Deposition of CBP officer, RPDs and RFAs |
| T131 | 01/14/26 | 01/14/26 | Telephone conference with client | 0.30 | discovery and record completeness |
| T132 | 01/18/26 | 01/20/26 | Prepare notice of Officer Angulo deposition and confer regarding scope and agreed date | 0.90 | Scheduled deposition did not occur |
| T133 | 01/30/26 | 02/03/26 | Prepare for February 3 discovery conference and review government proposed motions | 1.40 | |
| T134 | 02/03/26 | 02/03/26 | Conference with DHS counsel concerning APA discovery, depositions, and schedule, confer with Client | 1.40 | |
| T135 | 02/04/26 | 02/04/26 | Telephone conference with client | 0.40 | discovery rulings and MSJ preparation |
| T136 | 02/05/26 | 02/06/26 | Review and revise proposed protective order and clawback terms, confer with Client, respond to DHS counsel | 1.50 | |
| T137 | 02/05/26 | 02/09/26 | Review court order re: discovery, DHS motion to quash and reconsider discovery; analyze restrictions on APA discovery | 2.80 | |
| T138 | 02/06/26 | 02/09/26 | Email communications (6) with court and DHS counsel | 0.30 | Deposition of CBP officer postponed |
| T139 | 02/10/26 | 02/13/26 | Review airport recording transcript and administrative record | 2.60 | Omissions relevant to withdrawal of admission and visa cancellation |
| T140 | 02/14/26 | 02/18/26 | Research, draft, and revise opposition to government's discovery motion | 5.70 | |
| T141 | 02/18/26 | 02/19/26 | Prepare for discovery status conference and discuss proposed relief with client | 1.50 | |
| T142 | 02/18/26 | 02/18/26 | Conference with co-counsel regarding discovery conference | 0.90 | |
| T143 | 02/19/26 | 02/19/26 | Email exchange with local counsel (7) regarding status conference | 0.20 | |
| T144 | 02/19/26 | 02/19/26 | Email exchange with Court, confer with Client | 0.30 | |
| T145 | 02/19/26 | 02/19/26 | Attend discovery status conference (Zoom) | 0.80 | |
| T146 | 02/19/26 | 02/20/26 | Email communications (6) with DHS counsel | 0.20 | Regarding phone conference |
| T147 | 02/20/26 | 02/27/26 | Review discovery order; confer with DHS counsel on missing documents and SJ schedule | 1.00 | |

# PETROVA D. VT. EAJA TIME SCHEDULE

| No. | Start | End | Work Performed | Hours | Notes |
|---|---|---|---|---|---|
| T148 | 02/23/26 | 03/03/26 | Research visa cancellation SJ issue and examine I-275, regulations, and administrative record | 3.80 | Research only; immigration-court work excluded |
| T149 | 02/24/26 | 02/24/26 | Review hearing transcript | 0.50 | |
| T150 | 03/02/26 | 03/04/26 | Email communications (4) with DHS counsel, review additional documentation provided against admin. record | 1.60 | Discussed abbreviated schedule for SJ |
| T151 | 03/02/26 | 03/06/26 | Research, draft and revise summary judgment motion | 10.80 | |
| T152 | 03/04/26 | 03/04/26 | Review hearing transcript | 0.40 | |
| T153 | 03/04/26 | 03/06/26 | Prepare motion for expedited briefing | 2.70 | Must get a decision before visa expiration |
| T154 | 03/05/26 | 03/05/26 | Conference with co-counsel. | 1.20 | partial-summary-judgment and expedited-briefing strategy |
| T155 | 03/08/26 | 03/08/26 | Review opposition to expedition and prepare reply | 3.80 | |
| T156 | 03/10/26 | 03/10/26 | Review order granting expedited briefing and advise client concerning schedule | 0.50 | |
| T157 | 03/12/26 | 03/12/26 | Telephone conference with Client | 0.50 | partial-summary-judgment briefing and visa expiration |
| T158 | 03/23/26 | 03/24/26 | Review DHS opposition to MSJ; conduct research, confer with co-counsel | 2.50 | |
| T159 | 03/24/26 | 03/25/26 | Research, draft, and revise reply supporting partial summary judgment | 6.20 | |
| T160 | 04/06/26 | 04/08/26 | Review discovery responses and document production for relevance to remaining claims, confer with Client | 2.70 | |
| T161 | 04/07/26 | 04/08/26 | Review summary-judgment decision; advise client regarding visa-cancellation ruling and remaining claims | 1.50 | Excludes subsequent immigration court work |
| T162 | 04/07/26 | 04/07/26 | Conference with co-counsel | 0.50 | SJ ruling and next steps |
| T163 | 04/08/26 | 04/16/26 | Prepare for and confer with government regarding discovery responses and remaining claims | 1.00 | |
| T164 | 04/09/26 | 04/09/26 | Telephone conference with client regarding summary-judgment ruling and remaining federal and immigration proceedings. | 0.30 | MSJ ruling and remaining federal and immigration proceedings |
| T165 | 04/13/26 | 04/17/26 | Review renewed motion to dismiss and counter-statement of facts, confer regarding extension to respond | 1.00 | Vermont response only. |
| T166 | 04/16/26 | 04/16/26 | Meet and confer with DHS counsel | 0.50 | |
| T167 | 04/16/26 | 04/16/26 | Email communications with DHS counsel (3) | 0.20 | Existing source entry: single conference; end date aligned to start date. |
| T168 | 04/23/26 | 04/23/26 | Prepare motion for extension to respond to renewed motion to dismiss | 0.40 | |
| T169 | 04/24/26 | 04/29/26 | Research and prepare opposition to renewed motion to dismiss | 8.40 | Addressed remaining due-process and APA remedies |
| T170 | 04/29/26 | 04/29/26 | Conference with co-counsel | 0.60 | Renewed MTD response |
| T171 | 05/13/26 | 05/14/26 | Review government's reply on remaining claims and consider need for further submission | 1.00 | |
| T172 | 05/15/26 | 05/15/26 | Telephone conference with client regarding renewed motion to dismiss and relief. | 0.50 | Renewed motion to dismiss and relief |

# PETROVA D. VT. EAJA TIME SCHEDULE

| No. | Start | End | Work Performed | Hours | Notes |
|---|---|---|---|---|---|
| T173 | 06/29/26 | 06/30/26 | Prepare notice of supplemental authority | 0.90 | |
| T174 | 07/28/26 | 07/30/26 | Review disposition of final claim and judgment; analyze viability of appeal, discuss with Client | 1.60 | |
| T175 | 10/22/26 | 10/28/26 | Research and draft EAJA motion | 7.50 | |
| | | | **Total Hours** | **326.10** | |
| | | | **Total Fees (@ $750/hour enhanced rate)** | | **$244,575** |