U.S. BUREAU OF LABOR STATISTICS



# Northeast Information Office



# Consumer Price Index Boston-Cambridge-Newton, MA-NH (1982-84 = 100)

**Consumer Price Index for all Urban Consumers (CPI-U), Not Seasonally Adjusted**
**Boston-Cambridge-Newton, MA-NH All Items 1982-1984=100**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1997** | 167.7 | | 168.1 | | 166.7 | | 167.1 | | 167.8 | | 169.4 | | 167.9 |
| **1998** | 171.2 | | 171.3 | | 170.9 | | 170.7 | | 172.1 | | 173.3 | | 171.7 |
| **1999** | 174.1 | | 174.8 | | 174.2 | | 175.3 | | 176.8 | | 179.2 | | 176.0 |
| **2000** | 180.2 | | 182.8 | | 181.7 | | 183.2 | | 184.3 | | 187.4 | | 183.6 |
| **2001** | 189.0 | | 190.9 | | 190.9 | | 192.1 | | 192.7 | | 192.7 | | 191.5 |
| **2002** | 192.9 | | 194.7 | | 194.8 | | 195.7 | | 199.1 | | 200.4 | | 196.5 |
| **2003** | 199.8 | | 202.8 | | 202.3 | | 203.0 | | 206.8 | | 206.5 | | 203.9 |
| **2004** | 208.4 | | 208.7 | | 208.7 | | 208.9 | | 209.8 | | 211.7 | | 209.5 |
| **2005** | 211.3 | | 214.2 | | 214.6 | | 217.2 | | 220.1 | | 218.6 | | 216.4 |
| **2006** | 220.5 | | 221.3 | | 222.9 | | 225.1 | | 224.5 | | 223.1 | | 223.1 |
| **2007** | 224.432 | | 226.427 | | 226.247 | | 226.929 | | 227.850 | | 230.689 | | 227.409 |
| **2008** | 231.980 | | 233.084 | | 235.344 | | 241.258 | | 238.519 | | 232.354 | | 235.370 |
| **2009** | 230.806 | | 232.155 | | 231.891 | | 233.018 | | 236.596 | | 236.589 | | 233.778 |
| **2010** | 237.266 | | 237.986 | | 238.083 | | 236.132 | | 236.474 | | 238.103 | | 237.446 |
| **2011** | 239.814 | | 242.787 | | 244.574 | | 244.256 | | 245.310 | | 245.030 | | 243.881 |
| **2012** | 245.891 | | 247.166 | | 246.582 | | 246.326 | | 249.488 | | 249.929 | | 247.733 |
| **2013** | 249.957 | | 250.835 | | 250.036 | | 251.067 | | 251.918 | | 252.230 | | 251.139 |
| **2014** | 253.123 | | 254.982 | | 255.209 | | 255.296 | | 255.878 | | 256.262 | | 255.184 |
| **2015** | 254.556 | | 257.013 | | 256.839 | | 256.999 | | 256.643 | | 258.407 | | 256.715 |
| **2016** | 257.215 | | 258.587 | | 260.809 | | 260.800 | | 262.606 | | 261.675 | | 260.496 |
| **2017** | 264.865 | | 265.070 | | 266.256 | | 266.429 | | 269.757 | | 269.149 | | 267.033 |
| **2018** | 272.229 | | 274.591 | | 274.668 | | 275.402 | | 278.663 | | 277.632 | | 275.815 |
| **2019** | 278.976 | | 280.393 | | 280.937 | | 280.943 | | 281.603 | | 283.526 | | 281.082 |
| **2020** | 285.181 | | 285.544 | | 282.620 | | 283.175 | | 283.391 | | 284.622 | | 284.266 |
| **2021** | 286.615 | | 289.240 | | 291.667 | | 295.211 | | 294.784 | | 299.723 | | 293.521 |
| **2022** | 304.634 | | 310.311 | | 313.578 | | 315.841 | | 318.800 | | 320.702 | | 314.356 |
| **2023** | 324.270 | | 324.859 | | 324.927 | | 324.746 | | 327.145 | | 328.362 | | 326.016 |
| **2024** | 330.746 | | 335.599 | | 337.772 | | 335.963 | | 338.258 | | 338.512 | | 336.376 |
| **2025** | 343.486 | | 343.972 | | 347.897 | | 346.856 | | 349.271 | | 347.892 | | 346.889 |
| **2026** | 348.343 | | 350.705 | | 359.056 | | 359.707 | | 362.575 | | | | |
| **Percent Change from 12 months ago** | | | | | | | | | | | | | |
| **1998** | 2.1% | | 1.9% | | 2.5% | | 2.2% | | 2.6% | | 2.3% | | 2.3% |

Source: US Bureau of Labor Statistics